IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-11298-DPW |
| v. ) | |
| ) | |
| FOUNDRY NETWORKS, INC.; and ) | |
| EXTREME NETWORKS, INC., ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT OF ENTERASYS NETWORKS, INC.

Pursuant to Local Rule 7.3, Plaintiff Enterasys Networks, Inc. states that it does not have a parent corporation and that there is no publicly held company that owns 10% or more of its stock.

Dated: June 21, 2005

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

_____
Christopher P. Sullivan, Esq. (BBO No.485120)
Marc N. Henschke, Esq. (BBO No. 636146)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

BN1 35024567.1

## CERTIFICATE OF SERVICE

I, Marc N. Henschke, hereby certify that on June 22, 2005, I caused the attached *Corporate Disclosure Statement of Enterasys Networks, Inc.* to be served by first class mail upon each of the Defendants at the following addresses:

>Foundry Networks, Inc.
>2100 Gold Street
>San Jose, CA 95164

>And

>Extreme Networks, Inc.
>3585 Morse Street
>Santa Clara, CA 95015
>Attn: General Counsel

Dated: June 22, 2005

_____
Marc N. Henschke