✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| For The | | District of | Massachusetts |
|---|---|---|---|

Enterasys Networks, Inc.

V.

Foundry Networks, Inc.; and
Extreme Networks, Inc.

**SUMMONS IN A CIVIL ACTION**

**05  11298 DPW**

CASE NUMBER:

TO: (Name and address of Defendant)

> Extreme Networks, Inc.
> 3585 Monroe Street
> Santa Clara, California 95015
> Attn:  Alicia Jayne Moore

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Marc N. Henschke, Esq.
> Robins, Kaplan, Miller & Ciresi L.L.P.
> 800 Boylston Street, 25th Floor
> Boston, Massachusetts 02199

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(By) DEPUTY CLERK

DATE   JUN 2 1 2005

05  11298 DPW

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                              *Signature of Server*


                                        _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | June 22, 2005 |
|---|---|---|
| **NAME OF SERVER**     BURTON M. MALKOFSKY | **TITLE** | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other:   By handing true and attested copies thereof to <u>Gail Brown, Fulfillment Specialist for CT Corporation Systems, Registered</u>

~~Duly Authorized~~ Agent for the within-named     **Defendant, Extreme Networks, Inc.**

Said service was made at:

**101 Federal Street, 3rd Floor, Boston** , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE  $ | 40.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ June 22, 2005 _____     *Signature of Server*
        Date

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| **ALSO SERVED:** | | | $ _____ |
| - JURY DEMAND | | | $ _____ |
| - CIVIL ACTION COVER SHEET | | | $ _____ |
| - CIVIL CATEGORY SHEET (INCL. AO 120) | | | $ _____ |
| - CORPORATE DISCLOSURE STATEMENT OF ENTERASYS NETWORKS, INC. | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     **Boston, MA 02109**          Fax #          (617) 720-5737