IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ENTERASYS NETWORKS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No. 05-11298 (DPW)<br>) |
| v. | )<br>) |
| FOUNDRY NETWORKS, INC.; and<br>EXTREME NETWORKS, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Alan E. McKenna as additional counsel of record on behalf of Plaintiff Enterasys Networks, Inc.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

*/s/ Alan E. McKenna*

Christopher P. Sullivan, Esq. (BBO 485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

DATED: July 5, 2005