IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOUNDRY NETWORKS, INC.; and ) <br> EXTREME NETWORKS, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 05-11298 (DPW) |

## MOTION TO ADMIT MARLA R. BUTLER *PRO HAC VICE*

Now comes Alan E. McKenna, counsel of record for the Plaintiff, and a member in good standing of the bar of the United States District Court for the District of Massachusetts and of the Massachusetts Supreme Judicial Court, and respectfully requests this Court to admit Marla R. Butler *pro hac vice* in this matter. In support of this Motion, Attorney McKenna states as follows:

1. Attorney Butler is an attorney practicing with the law firm of Robins, Kaplan, Miller & Ciresi, LLP, 2600 One Atlanta Plaza, 950 East Paces Ferry Road N.E., Atlanta, Georgia 30326.

2. Attorney Butler is admitted to practice in the highest court of the state of Georgia and in The United States District Court for the District of Georgia.

3. Attorney Butler is a member of the bar in good standing of every jurisdiction where he has been admitted to practice.

4. There are no disciplinary proceedings pending against Attorney Butler as a member of the bar of any jurisdiction.

5. Attorney Butler is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this Motion, Attorney McKenna submits the accompanying Affidavit of Marla R. Butler, attached as Exhibit "A".

WHEREFORE, Attorney McKenna respectfully requests that this Court allow this Motion in its entirety.

> Respectfully submitted,
>
> ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
>
> */s/ Alan E. McKenna/*
> _____
> Christopher P. Sullivan, Esq. (BBO 485120)
> Marc N. Henschke, Esq. (BBO No. 636146)
> Alan E. McKenna, Esq. (BBO No. 644556)
> ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
> 800 Boylston Street, 25th Floor
> Boston, MA 02199
> Tel. (617) 267-2300
> Attorneys for Plaintiff
> ENTERASYS NETWORKS, INC.

DATED: July 5, 2005

**STATEMENT REGARDING LOCAL RULE 7.1(A)(2)**

**Defendants' counsel have not yet appeared, and no conference is therefore possible.**

*/s/ Alan E. McKenna/*
_____
Alan E. McKenna

BN1 35024689.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ENTERASYS NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11298 (DPW) |
| ) | |
| v. ) | |
| ) | |
| FOUNDRY NETWORKS, INC.; and ) | |
| EXTREME NETWORKS, INC., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF MARLA R. BUTLER IN SUPPORT OF MOTION
TO ADMIT MARLA R. BUTLER *PRO HAC VICE***

The affiant, Marla R. Butler hereby deposes and states:

1. I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi, LLP, 2600 One Atlanta Plaza, 950 East Paces Ferry Road N.E., Atlanta, Georgia 30326.

2. This affidavit is submitted in support of Alan E. McKenna's Motion to Admit Marla R. Butler *Pro Hac Vice*.

3. I am admitted to practice in the highest court of the state of Georgia and The United States District Court for the District of Georgia.

4. I am a member of the bar in good standing of every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 30th day of June ~~July~~ 2005.

_____
Marla R. Butler