**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ENTERASYS NETWORKS, INC., Plaintiff, v. FOUNDRY NETWORKS, INC.; and EXTREME NETWORKS, INC., Defendants. | ) | Civil Action No. 05-11298 (DPW) |

**MOTION TO ADMIT ROBERT A. AUCHTER *PRO HAC VICE***

Now comes Alan E. McKenna, counsel of record for the Plaintiff, and a member in good standing of the bar of the United States District Court for the District of Massachusetts and of the Massachusetts Supreme Judicial Court, and respectfully requests this Court to admit Robert A. Auchter *pro hac vice* in this matter. In support of this Motion, Attorney McKenna states as follows:

1. Attorney Auchter is an attorney practicing with the law firm of Robins, Kaplan, Miller & Ciresi, LLP, Suite 1200, 1801 K Street N.W., Washington, D.C. 20006.

2. Attorney Auchter is admitted to practice in the District of Columbia and in the following Federal Courts: The United States Court of Appeals for the Federal Circuit, The United States Court of Federal Claims and The United States District Court for the Southern District of Indiana.

3. Attorney Auchter is a member of the bar in good standing of every jurisdiction where he has been admitted to practice.

4. There are no disciplinary proceedings pending against Attorney Auchter as a member of the bar of any jurisdiction.

5. Attorney Auchter is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this Motion, Attorney McKenna submits the accompanying Affidavit of Robert A. Auchter, attached as Exhibit "A".

WHEREFORE, Attorney McKenna respectfully requests that this Court allow this Motion in its entirety.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

Christopher P. Sullivan, Esq. (BBO 485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300
Attorneys for Plaintiff
ENTERASYS NETWORKS, INC.

DATED: July 5, 2005

**STATEMENT REGARDING LOCAL RULE 7.1(A)(2)**

**Defendants' counsel have not yet appeared, and no conference is therefore possible.**

Alan E. McKenna

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ENTERASYS NETWORKS, INC.,<br>Plaintiff,<br>v.<br>FOUNDRY NETWORKS, INC.; and<br>EXTREME NETWORKS, INC.,<br>Defendants. | Civil Action No. 05-11298 (DPW) |

**AFFIDAVIT OF ROBERT A. AUCHTER IN SUPPORT OF MOTION TO ADMIT ROBERT A. AUCHTER *PRO HAC VICE***

The affiant, Robert Auchter hereby deposes and states:

1. I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi, LLP, Suite 1200, 1801 K Street N.W., Washington, D.C. 20006.

2. This affidavit is submitted in support of Alan E. McKenna's Motion to Admit Robert A. Auchter *Pro Hac Vice*.

3. I am admitted to practice in the District of Columbia and in the following Federal Courts: The United States Court of Appeals for the Federal Circuit, The United States Court of Federal Claims, and The United States District Court for the Southern District of Indiana.

4. I am a member of the bar in good standing of every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 28th day of June 2005.

Robert A. Auchter

BN1 35024696.1