IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOUNDRY NETWORKS, INC.; and ) <br> EXTREME NETWORKS, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 05-11298 (DPW) |

## MOTION TO ADMIT A. JAMES ANDERSON *PRO HAC VICE*

Now comes Alan E. McKenna, counsel of record for the Plaintiff, and a member in good standing of the bar of the United States District Court for the District of Massachusetts and of the Massachusetts Supreme Judicial Court, and respectfully requests this Court to admit A. James Anderson *pro hac vice* in this matter. In support of this Motion, Attorney McKenna states as follows:

1. Attorney Anderson is an attorney practicing with the law firm of Robins, Kaplan, Miller & Ciresi, LLP, 2600 One Atlanta Plaza, 950 East Paces Ferry Road N.E., Atlanta, Georgia 30326.

2. Attorney Anderson is admitted to practice in the highest court of the states of Georgia and Minnesota and in the following Federal Courts: The United States Court of Appeals for the Fourth Circuit, The United States Court of Appeals for the Eighth Circuit, The United States Court of Appeals for the Ninth Circuit, The United States Court of Appeals for the Eleventh Circuit, The United States Court

of Appeals for the Federal Circuit, The United States District Court for the District of Georgia, and The United States District Court for the District of Minnesota.

3. Attorney Anderson is a member of the bar in good standing of every jurisdiction where he has been admitted to practice.

4. There are no disciplinary proceedings pending against Attorney Anderson as a member of the bar of any jurisdiction.

5. Attorney Anderson is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this Motion, Attorney McKenna submits the accompanying Affidavit of A James Anderson, attached as Exhibit "A".

WHEREFORE, Attorney McKenna respectfully requests that this Court allow this Motion in its entirety.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

_____
Christopher P. Sullivan, Esq. (BBO 485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300
Attorneys for Plaintiff
ENTERASYS NETWORKS, INC.

DATED: July 7, 2005

## STATEMENT REGARDING LOCAL RULE 7.1(A)(2)

**Defendants' counsel have not yet appeared, and no conference is therefore possible.**

_____
Alan E. McKenna

BN1 35024625.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11298 (DPW) |
| ) | |
| v. ) | |
| ) | |
| FOUNDRY NETWORKS, INC.; and ) | |
| EXTREME NETWORKS, INC., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF A. JAMES ANDERSON IN SUPPORT OF MOTION
TO ADMIT A. JAMES ANDERSON *PRO HAC VICE***

The affiant, A. James Anderson hereby deposes and states:

1. I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi, LLP, 2600 One Atlanta Plaza, 950 East Paces Ferry Road N.E., Atlanta, Georgia 30326.

2. This affidavit is submitted in support of Alan E. McKenna's Motion to Admit A. James Anderson *Pro Hac Vice*.

3. I am admitted to practice in the highest court of the states of Georgia and Minnesota and in the following Federal Courts: The United States Court of Appeals for the Fourth Circuit, The United States Court of Appeals for the Eighth Circuit, The United States Court of Appeals for the Ninth Circuit, The United States Court of Appeals for the Eleventh Circuit, The United States Court of Appeals for the Federal Circuit, The United States District Court for the District of Georgia, and The United States District Court for the District of Minnesota.

4. I am a member of the bar in good standing of every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 5th day of July, 2005.

*A. James Anderson*
A. James Anderson