UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC., and )<br>EXTREME NETWORKS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11298-DPW |

**DEFENDANT EXTREME NETWORK, INC.'S ASSENTED TO MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Defendant Extreme Networks, Inc. ("Extreme Networks") hereby moves, pursuant to Fed. R. Civ. P. 6(b), that the time within which it must respond to plaintiffs' Complaint be extended to and including August 22, 2005. As grounds for this Motion, Extreme Networks states:

1. Plaintiff filed its Complaint in this Court on June 21, 2005.

2. On July 7, 2005, counsel for the plaintiff, Marc Henschke, agreed to extend Extreme Network's time to respond to the Complaint and Jury Claim to August 22, 2005.

3. Counsel for the plaintiffs, Marc Henschke, Esq., has assented to this motion.

    Respectfully submitted,

    EXTREME NETWORKS, INC.

    By its Attorneys,

    /s/ Peter L. Resnik
    Peter L. Resnik (BBO #417180)
    Emily E. Smith-Lee (BBO #634223)
    McDermott, Will & Emery, LLP

                                                28 State Street
                                                Boston, MA  02109
                                                (617) 535-4000

Dated:  July 8, 2005

BST99 1464968-1.T02981.0010