UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ENTERASYS NETWORKS, INC. | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 05-11298-DPW |
| FOUNDRY NETWORKS, INC., and EXTREME NETWORKS, INC., | ) ) ) ) |  |
| Defendants. | ) ) |  |

**NOTICE OF APPEARANCES FOR DEFENDANT EXTREME NETWORKS, INC.**

Please enter our appearances as counsel for Extreme Networks, Inc. in the above-captioned action.

    Respectfully submitted,

    EXTREME NETWORKS, INC.

    By its Attorneys,

    /s/ Peter L. Resnik
    Peter L. Resnik (BBO #417180)
    Emily E. Smith-Lee (BBO #634223)
    McDermott, Will & Emery, LLP
    28 State Street
    Boston, MA  02109
    (617) 535-4000

Dated:  July 8, 2005

BST99 1464967-1.T02981.0010