UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOUNDRY NETWORKS, INC., and<br>EXTREME NETWORKS, INC.,<br><br>Defendants. | Civil Action No. 05-11298-DPW |

**DEFENDANT FOUNDRY NETWORKS, INC.'S ASSENTED-TO MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Foundry Networks, Inc. ("Foundry") hereby moves pursuant to Fed. R. Civ. P. 6(b), to extend the time within which it must respond to plaintiff's complaint through and including August 22, 2005. As grounds for this Motion, Foundry states:

1. Plaintiff filed its complaint on June 21, 2005.

2. Counsel for plaintiff, Marc Henschke, has agreed to extend Foundry's time to respond to the complaint and jury claim to August 22, 2005.

3. Counsel for plaintiff has assented to this motion.

Dated: July 11, 2005

Respectfully submitted,
Foundry Networks, Inc.,

*By its attorneys*,

/s/ Steven M. Bauer
Steven M. Bauer, Esq. BBO #542531
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600

6746/99999-083   BNLIB1/135388v1