AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

## APPEARANCE

Case Number: 05-11298-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EXTREME NETWORKS, INC.

I certify that I am admitted to practice in this court.

| 7/15/2005 | |
|---|---|
| Date | Signature |

| Benjamin A. Goldberger | 654357 |
|---|---|
| Print Name | Bar Number |

McDermott Will & Emery LLP 28 State Street
Address

| Boston | MA | 02109 |
|---|---|---|
| City | State | Zip Code |

| (617) 535-4000 | (617) 535-3800 |
|---|---|
| Phone Number | Fax Number |