**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENTERASYS NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC., <br><br> Defendants. | Case No.: 05-11298 (DPW) |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR
WILLIAM L. ANTHONY, JR., I. NEEL CHATTERJEE,
RAYMIS H. KIM AND SANJEET K. DUTTA TO APPEAR
ON BEHALF OF DEFENDANT FOUNDRY NETWORKS, INC.**

Pursuant to Local Rule 83.5.3(b), the undersigned counsel moves for the admission *pro hac vice* of William L. Anthony, Jr., I. Neel Chatterjee, Raymis H. Kim, and Sanjeet K. Dutta, of the law firm Orrick, Herrington & Sutcliffe LLP, to appear on behalf of Defendant Foundry Networks, Inc. in the above-captioned case.

As set forth in the attached certifications, Attorneys Anthony, Chatterjee, Kim, and Dutta are members in good standing in every jurisdiction where they have been admitted to practice; there are no disciplinary proceedings pending against them as members of the bar in any jurisdiction; and they are familiar with the Local Rules of the U.S. District Court of the District of Massachusetts.

The undersigned counsel is sending a check by first class mail to the Clerk of the Court in the amount of $200.00 to cover the required filing fees for *pro hac vice* admission.

WHEREFORE, it is respectfully requested that Attorneys Anthony, Chatterjee, Kim, and Dutta be admitted *pro hac vice* to appear on behalf of Defendant Foundry Networks, Inc. in the above-captioned case.

Dated:  August 23, 2005

Respectfully submitted,

/s/ Jeremy P. Oczek
Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Facsimile:   (617) 526-9899

Of Counsel:
William Anthony
I. Neel Chatterjee
Michael F. Heafey
Raymis H. Kim
Sanjeet K. Dutta
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:     (650) 614-7401

ATTORNEYS FOR DEFENDANT FOUNDRY NETWORKS, INC.

## CERTIFICATION BY WILLIAM L. ANTHONY, JR.

Pursuant to Local Rule 83.5.3(b), I, William L. Anthony, Jr., hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (State Bars of Connecticut, Michigan, and California); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated: August 22, 2005

William L. Anthony, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401

## CERTIFICATION BY I. NEEL CHATTERJEE

Pursuant to Local Rule 83.5.3(b), I, I. Neel Chatterjee, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar; U.S. District Court for the Northern District of California; U.S. District Court for the Central District of California); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated: August 23, 2005

_____
I. Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

## CERTIFICATION BY SANJEET K. DUTTA

Pursuant to Local Rule 83.5.3(b), I, Sanjeet K. Dutta, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated: August 22, 2005

Sanjeet K. Dutta
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

## CERTIFICATION BY RAYMIS H. KIM

Pursuant to Local Rule 83.5.3(b), I, Raymis H. Kim, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar; U.S. District Court for the Northern District of California; U.S. District Court for the Central District of California; U.S. District Court for the Southern District of California); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Dated: August 23, 2005

_Raymis H. Kim_
Raymis H. Kim
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    (650) 614-7400
Facsimile:      (650) 614-7401