UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and <br> EXTREME NETWORKS, INC., <br><br> Defendants. | Civil Action No. 05-11298-DPW |

**EXTREME NETWORKS, INC.'S MOTION TO SEVER CLAIMS AGAINST IT FROM CLAIMS AGAINST FOUNDRY NETWORKS**

    Defendant Extreme Networks, Inc. ("Extreme") hereby moves, pursuant to Federal Rule of Civil Procedure 21, to sever plaintiff Enterasys Networks, Inc.'s, ("Enterasys") patent infringement claims against Extreme from Enterasys's patent infringement claims against Foundry Networks, Inc. ("Foundry"). The basis for this Motion is set forth in the accompanying Memorandum. Briefly, the plain language of Rule 20, which governs the joinder of parties, does not permit joinder in this case. Enterasys does not seek any relief against Extreme and Foundry "in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences." FED. R. CIV. P. 20(a). Rather, Enterasys is attempting to squeeze two cases into one: combining independent claims against Foundry and Enterasys that are logically and factually distinct from one another.

    Defendant Foundry Networks, Inc. has assented to this motion.

Respectfully Submitted,

EXTREME NETWORKS, INC.

By its attorneys,


/s/ Benjamin A. Goldberger
Peter L. Resnik (BBO# 417180)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

*Of Counsel*

Terrence P. McMahon
Vera M. Elson
Behrooz Shariati
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Dated: August 24, 2005


## **LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION**

I, Benjamin A. Goldberger, hereby certify that counsel for Extreme Networks, Inc. conferred with counsel for each other party, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Foundry Networks, Inc. has assented to this motion, but counsel for Enterasys Networks, Inc. has not..


/s/ Benjamin A. Goldberger
Benjamin A. Goldberger


BST99 1468768-2.065994.0016