UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and <br> EXTREME NETWORKS, INC., <br><br> Defendants. | Civil Action No. 05-11298-DPW |

## DECLARATION OF GORDON L. STITT IN SUPPORT OF EXTREME NETWORKS, INC.'S MOTION TO SEVER CLAIMS AGAINST IT FROM CLAIMS AGAINST FOUNDRY NETWORKS

Gordon L. Stitt states:

1. I make this declaration based on my personal knowledge.

2. I am currently employed by Extreme Networks, Inc. ("Extreme") and have worked for Extreme for nine (9) years. My current position is President and Chief Executive Officer. In this position, I have become familiar with Extreme, its products and its competitors.

3. Extreme designs and sells its own computer network hardware and software products. Over the past six years, Extreme has manufactured and sold over fifty (50) different standalone computer networking products, and hundreds of accessories.

4. Extreme does not cooperate with Foundry Networks, Inc. ("Foundry") in the design, manufacturing or sale of its computer network hardware and software products.

5. Rather, Foundry and Extreme compete against each other as vendors in the marketplace for computer network hardware and software products.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2005.

_____
Gordon L. Stitt
President and Chief Executive Officer
Extreme Networks, Inc.

BST99 1470045-1.065994.0016