UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC. and )<br>EXTREME NETWORKS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11298-DPW |

### ASSENTED-TO MOTION FOR ADMISSION OF TERRENCE P. MCMAHON, VERA M. ELSON, BEHROOZ SHARIATI, CHRISTOPHER D. BRIGHT, DANIEL R. FOSTER AND FIRASAT M. ALI
### *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), undersigned counsel hereby move for the admission of Terrence P. McMahon, Vera M. Elson, Behrooz Shariati, Christopher D. Bright, Daniel R. Foster and Firasat M. Ali (collectively, the "Attorneys") *pro hac vice* to appear on behalf of Extreme Networks, Inc. in the above captioned case. In support of this Motion, undersigned counsel state:

1. Each of the Attorneys is a member of the bar of the highest court of a state or the bar of a United States District Court or both.

2. Each of the Attorneys is a member of the bar in good standing in every jurisdiction where he or she has been admitted to practice.

3. There are no disciplinary proceedings pending against any of the Attorneys as a member of the bar in any jurisdiction.

4. Each of the Attorneys is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.      The certificates required by Local Rule 83.5.3(b) are attached as exhibits to this Motion.

6.      Undersigned counsel are members of the bar of this Court and have each entered an appearance in this case.

7.      Pursuant to the ECF Administrative Procedures Manual, a check payable to the Clerk of Court for $300, along with a copy of the Notice of Electronic Filing of this Motion, will be delivered to the Clerk's Office within 24 hours of the filing of this motion.

8.      Counsel for Enterasys Networks, Inc. and Foundry Networks, Inc. have assented to this motion.

Respectfully Submitted,

/s/ Benjamin A. Goldberger
Peter L. Resnik (BBO# 417180)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

*Attorneys for Extreme Networks, Inc.*

Dated: September 2, 2005

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that I conferred with counsel for each other party, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for each other party has assented to this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1470346-1.065994.0016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-11298-DPW |
| FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE OF TERRENCE P. McMAHON IN SUPPORT OF MOTION FOR ADMISSION OF TERRENCE P. McMAHON, VERA M. ELSON, BEHROOZ SHARIATI, CHRISTOPHER BRIGHT, DANIEL FOSTER AND FIRASAT ALI *PRO HAC VICE*

TERRENCE P. McMAHON states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 3150 Porter Drive, Palo Alto, California, 94304.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of Terrence P. McMahon, Vera M. Elson, Behrooz Shariati, Christopher Bright, Daniel Foster and Firasat Ali *pro hac vice*.

3. I am admitted to practice in the State of California, California Supreme Court, U.S. District Court for the Northern, Central and Southern Districts of California and District of Colorado, U.S. Court of Appeals for the 9th Circuit, Federal Circuit Court of Appeals.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

BST99 1464850-2.009962.0179

2

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2005.

_____
TERRENCE P. McMAHON

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC. and )<br>EXTREME NETWORKS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11298-DPW |

## CERTIFICATE OF VERA M. ELSON IN SUPPORT OF MOTION FOR ADMISSION OF TERRENCE P. MCMAHON, VERA M. ELSON, BEHROOZ SHARIATI, CHRISTOPHER D. BRIGHT, DANIEL R. FOSTER AND FIRASAT M. ALI *PRO HAC VICE*

Vera M. Elson states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 3150 Porter Drive, Palo Alto, CA 94304.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of Terrence P. McMahon, Vera M. Elson, Behrooz Shariati, Christopher D. Bright, Daniel R. Foster and Firasat M. Ali *pro hac vice*.

3. I am admitted to practice in the Supreme Court of the State of California, U.S. Court of Appeals for the Federal Circuit, 9th Circuit Court of Appeals and both Northern and Central Districts of California.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2005.

_____
Vera M. Elson

BST99 1465695-1.065994.0016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC. and )<br>EXTREME NETWORKS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11298-DPW |

### CERTIFICATE OF BEHROOZ SHARIATI IN SUPPORT OF MOTION FOR ADMISSION OF TERRY MCMAHON, VERA M. ELSON, BEHROOZ SHARIATI, CHRISTOPHER BRIGHT, DANIEL FOSTER AND FIRASAT ALI *PRO HAC VICE*

BEHROOZ SHARIATI states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 3150 Porter Drive, Palo Alto, CA 94304

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of Terry McMahon, Vera M. Elson, Behrooz Shariati, Christopher Bright, Daniel Foster and Firasat Ali *pro hac vice*.

3. I am admitted to practice in State and Federal Courts in California and the U.S. Court of Appeals for the Federal Circuit.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 2?, 2005.

_____
BEHROOZ SHARIATI

2

BST99 1464850-2.009962.0179

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-11298-DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF CHRISTOPHER D. BRIGHT IN SUPPORT OF MOTION FOR ADMISSION OF TERRENCE P. MCMAHON, VERA M. ELSON, BEHROOZ SHARIATI, CHRISTOPHER D. BRIGHT, DANIEL R. FOSTER AND FIRASAT ALI *PRO HAC VICE*

Christopher D. Bright states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 18191 Von Karman Avenue, Suite 400, Irvine, California 92614.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of Terrence P. McMahon, Vera M. Elson, Behrooz Shariati, Christopher D. Bright, Daniel R. Foster and Firasat Ali *pro hac vice*.

3. I am admitted to practice in the State California (March 1, 2000), United States District Court for the Northern District of California (August 3, 2001), Central District of California (November 2002) and the Southern District of California (2004). I am also admitted to practice in the District of Columbia (October 12, 2001), and am registered to practice before the United States Patent and Trademark Office (September 25, 2000).

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2005.

_____
CHRISTOPHER D. BRIGHT

ORC 368362-1 065994 0016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC. and )<br>EXTREME NETWORKS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11298-DPW |

### CERTIFICATE OF DANIEL R. FOSTER IN SUPPORT OF MOTION FOR ADMISSION OF TERRENCE P. MCMAHON, VERA M. ELSON, BEHROOZ SHARIATI, CHRISTOPHER D. BRIGHT, DANIEL R. FOSTER AND FIRASAT M. ALI *PRO HAC VICE*

Daniel R. Foster states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 18191 Von Karman Avenue, Suite 400, Irvine, California 92612-7107.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of Terrence P. McMahon, Vera M. Elson, Behrooz Shariati, Christopher D. Bright, Daniel R. Foster and Firasat M. Ali *pro hac vice*.

3. I am admitted to practice in the State of California, the District of Columbia, the United States District Courts for the Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2005.

_____
Daniel R. Foster

BST99 1470259-1.065994.0016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-11298-DPW ) |
| FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC., | ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF FIRASAT M. ALI IN SUPPORT OF MOTION FOR ADMISSION, *PRO HAC VICE*

Firasat M. Ali states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 3150 Porter Drive, Palo Alto, California 94304.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission, *pro hac vice*.

3. I am admitted to practice in the State of California.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2005.

_____
Firasat M. Ali

MPK 96222-1.065994.0014