UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ENTERASYS NETWORKS INC
    Plaintiff

CIVIL ACTION NO. 05-11298-DPW

v.

FOUNDRY NETWORKS, INC ET AL,
    Defendant

-----------------------------------------------------------------

ENTERASYS NETWORKS INC
    Plaintiff

CIVIL ACTION NO. 05-12235-DPW

v.

EXTREME NETWORKS, INC.
    Defendant

### ORDER RE: CONSOLIDATION

WOODLOCK, District Judge

    After a hearing held on November 3, 2005 wherein the plaintiff was directed to file a separate action against the defendant Extreme Networks, Inc, and plaintiff having filed 05-12235-DPW on November 8, 2005, it is hereby ORDERED that Civil Action No.05-11298-DPW and Civil Action No. 05-12235-DPW be, and they hereby are, CONSOLIDATED. Any further filings in these cases shall indicate the lead docket as Civil Action No. 05-11298-DPW.

                      BY THE COURT,

                      /s/ Michelle Rynne
                      Deputy Clerk

DATED: November 18, 2005