UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ENTERASYS NETWORKS, INC.,<br><br>    Plaintiff,<br>v.<br><br>FOUNDRY NETWORKS, INC.<br><br>    Defendant. | CIVIL ACTION NO. 05-CV-11298 (DPW) |
| ENTERASYS NETWORKS, INC.,<br><br>    Plaintiff,<br>v.<br><br>EXTREME NETWORKS, INC.<br><br>    Defendant. | CIVIL ACTION NO. 05-CV-12235 (DPW) |

## ACCEPTANCE OF SERVICE

The undersigned counsel for Extreme Networks, Inc. hereby accepts service of the Complaint filed by Enterasys Networks, Inc. in Civil Action No. 05-CV-12235 (DPW).

Respectfully submitted,

*/s/ Peter L. Resnik*
Peter L. Resnik
Benjamin A. Goldberger
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775

Terrence P. McMahon
Vera M. Elson
Behrooz Shariati
MCDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

Dated: November 21, 2005

BN1 35027522.1