UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXTREME NETWORKS, INC. <br><br> Defendant. | ) <br> ) <br> )    CIVIL ACTION NO. 05-CV-12235 (DPW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF ENTERASYS NETWORKS, INC.'S REPLY TO
COUNTERCLAIMS OF DEFENDANT EXTREME NETWORKS, INC.**

Plaintiff Enterasys Networks, Inc. ("Enterasys") hereby replies to the Counterclaims filed by Defendant Extreme Networks, Inc. ("Extreme") with this Court on December 9, 2005 (the "Counterclaims") and states as follows:

## PARTIES

1. Enterasys admits the allegations contained in paragraph 1 of the Counterclaims.

2. Enterasys admits the allegations contained in paragraph 2 of the Counterclaims.

## JURISDICTION AND VENUE

3. Paragraph 3 of the Counterclaims contains conclusions of law to which Enterasys is not required to plead. To the extent any response is required, Enterasys admits that jurisdiction is proper.

4. Paragraph 4 of the Counterclaims contains conclusions of law to which Enterasys is not required to plead. To the extent any response is required, Enterasys admits that jurisdiction is proper.

5. Paragraph 5 of the Counterclaims contains conclusions of law to which Enterasys is not required to plead. To the extent any response is required, Enterasys admits that venue is proper.

6. Enterasys admits the allegations contained in paragraph 6 of the Counterclaims.

## COUNT I

7. Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 6 of the Counterclaims as if fully set forth herein.

8. Enterasys denies the allegations contained in paragraph 8 of the Counterclaims.

9. Enterasys denies the allegations contained in paragraph 9 of the Counterclaims.

## COUNT II

10. Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 9 of the Counterclaims as if fully set forth herein.

11. Enterasys denies the allegations contained in paragraph 11 of the Counterclaims.

12. Enterasys denies the allegations contained in paragraph 12 of the Counterclaims.

## COUNT III

13. Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 12 of the Counterclaims as if fully set forth herein.

14. Enterasys denies the allegations contained in paragraph 14 of the Counterclaims.

15. Enterasys denies the allegations contained in paragraph 15 of the Counterclaims.

## COUNT IV

16. Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 15 of the Counterclaims as if fully set forth herein.

17. Enterasys denies the allegations contained in paragraph 17 of the Counterclaims.

18.   Enterasys denies the allegations contained in paragraph 18 of the Counterclaims.

## COUNT V

19.   Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 18 of the Counterclaims as if fully set forth herein.

20.   Enterasys denies the allegations contained in paragraph 20 of the Counterclaims.

21.   Enterasys denies the allegations contained in paragraph 21 of the Counterclaims.

## COUNT VI

22.   Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 21 of the Counterclaims as if fully set forth herein.

23.   Enterasys denies the allegations contained in paragraph 23 of the Counterclaims.

24.   Enterasys denies the allegations contained in paragraph 24 of the Counterclaims.

## COUNT VII

25.   Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 24 of the Counterclaims as if fully set forth herein.

26.   Enterasys denies the allegations contained in paragraph 26 of the Counterclaims.

27.   Enterasys denies the allegations contained in paragraph 27 of the Counterclaims.

## COUNT VIII

28.   Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 27 of the Counterclaims as if fully set forth herein.

29.   Enterasys denies the allegations contained in paragraph 29 of the Counterclaims.

30.   Enterasys denies the allegations contained in paragraph 30 of the Counterclaims.

## COUNT IX

31.     Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 30 of the Counterclaims as if fully set forth herein.

32.     Enterasys denies the allegations contained in paragraph 32 of the Counterclaims.

33.     Enterasys denies the allegations contained in paragraph 33 of the Counterclaims.

### COUNT X

34.     Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 33 of the Counterclaims as if fully set forth herein.

35.     Enterasys denies the allegations contained in paragraph 35 of the Counterclaims.

36.     Enterasys denies the allegations contained in paragraph 36 of the Counterclaims.

### COUNT XI

37.     Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 36 of the Counterclaims as if fully set forth herein.

38.     Enterasys denies the allegations contained in paragraph 38 of the Counterclaims.

39.     Enterasys denies the allegations contained in paragraph 39 of the Counterclaims.

### COUNT XII

40.     Enterasys hereby adopts and incorporates its responses to paragraphs 1 through 39 of the Counterclaims as if fully set forth herein.

41.     Enterasys denies the allegations contained in paragraph 41 of the Counterclaims.

42.     Enterasys denies the allegations contained in paragraph 42 of the Counterclaims.

## DEMAND FOR A JURY TRIAL

Enterasys demands a jury trial on all issues triable by a jury.

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

_____/s/ Alan E. McKenna_____
Christopher P. Sullivan (BBO No.485120)
Marc N. Henschke (BBO No. 636146)
Alan E. McKenna (BBO No. 644556)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

A. James Anderson (*Pro Hac Vice*)
Marla R. Butler (*Pro Hac Vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Rd. N.E.
Atlanta, GA 30326-1386
Tel. (404) 760-4300

Robert A. Auchter (*Pro Hac Vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
Suite 1200
1801 K Street, N.W.
Washington, D.C. 20006
Tel. (202) 775-0725

## CERTIFICATE OF SERVICE

I, Alan E. McKenna, hereby certify that I served a copy of the foregoing by electronic means through the United States District Court for the District of Massachusetts ECF Filing system to all counsel.

Dated:  December 20, 2005                _____/s/ Alan E. McKenna_____

BN1 35028056.1