## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ENTERASYS NETWORKS, INC,

       Plaintiff,

   v.

FOUNDRY NETWORKS, INC. and
EXTREME NETWORKS, INC.,
       Defendants.

Civil Action No. 05-CV-11298 (DPW)

### ASSENTED-TO MOTION FOR RESCHEDULING OF THE JUNE 16, 2006 HEARING ON FOUNDRY NETWORKS, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES NOS. 2 AND 3 FROM ENTERASYS NETWORKS, INC.

Defendant Foundry Networks, Inc. ("Foundry"), by and through its counsel, respectfully requests a brief adjournment and rescheduling of the hearing set for June 16, 2006, due to a scheduling conflict. Counsel for plaintiff Enterasys Networks, Inc. ("Enterasys ") has assented to the filing of this motion.

If the Court is available, counsel for Foundry and Enterasys are available one week later on Friday, June 23, 2006. In support of this motion, Foundry states as follows:

1.      On May 25, 2006, this Court entered an electronic order setting a hearing on Foundry's Motion to Compel Answers to Interrogatories Nos. 2 and 3 from plaintiff Enterasys for June 16, 2006 at 10:45 AM in Courtroom 23 before Magistrate Judge Robert B. Collings.

2.      Lead counsel for Foundry, Steven M. Bauer, is unavailable for the hearing on June 16. Mr. Bauer will be out of the country on a long-scheduled family vacation from June 11 through 21.

3.      Counsel for the parties conferred by e-mail on May 25-26 and by telephone on Tuesday, May 30. To avoid delay from counsel's unavailability, Foundry originally suggested

moving the hearing up a week, to June 9, 2006, as a possible date to reschedule the hearing. However, Enterasys' counsel said he was unavailable on that date.

      4.      If the Court is available, counsel for both parties are available on June 23, 2006.

      5.      Counsel for Enterasys has assented to the relief requested by this motion.

      6.      This motion for a brief adjournment and rescheduling of the June 16, 2006 hearing is not interposed for purpose of delay.

      WHEREFORE, for the foregoing reasons, Foundry respectfully requests that the Court enter an Order adjourning and rescheduling the June 16, 2006 hearing.

## Certification Pursuant to Local Rule 7.1

      Undersigned counsel certifies that, before filing this present motion, counsel for Foundry and Enterasys conferred regarding the subject of this motion, and that counsel for Enterasys assented to the relief requested by this motion.

Dated:  May 30, 2006

Respectfully Submitted,
DEFENDANT FOUNDRY NETWORKS, INC.
By Its Attorneys,


_/s/ Jeremy P. Oczek_
Steven M. Bauer (BBO #542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Telephone:  (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com


William L. Anthony, Jr. (admitted pro hac vice)
I. Neel Chatterjee (admitted pro hac vice)
Michael F. Heafey (BBO # 556931)
Sanjeet K. Dutta (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
wanthony@orrick.com
nchatterjee@orrick.com
mheafey@orrick.com
sdutta@orrick.com


## Certificate of Service

The undersigned hereby certifies that this document was filed through the ECF system on May 30, 2006 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_/s/ Jeremy P. Oczek_
Jeremy P. Oczek