**PROSKAUER ROSE LLP**

One International Place
Boston, MA 02110-2600
Telephone 617.526.9600
Fax 617.526.9899

NEW YORK
LOS ANGELES
WASHINGTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Jeremy P. Oczek
Attorney at Law

Direct Dial 617-526-9651
joczek@proskauer.com

June 1, 2006

<u>**Via Electronic Case Filing (ECF)**</u>

Honorable Magistrate Judge Robert B. Collings
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:  Enterasys Networks, Inc. v. Foundry Networks, Inc. *et al.*
 Civil Action No. 05-11298-DPW

Dear Magistrate Judge Collings:

 Pursuant to the Court's electronic Order dated May 30, 2006, in which counsel were ordered to "confer and agree on other dates on which they are all available and report those dates to the Court," we hereby inform the Court that counsel for defendant Foundry Networks, Inc. ("Foundry") and plaintiff Enterasys Networks, Inc. ("Enterasys") are available for a hearing on Foundry's Motion to Compel Answers to Interrogatories Nos. 2 and 3 (Docket 36) on the following dates: June 5, 6, 7, 22, 26, 27, 28, 29, and 30.

 Counsel for Enterasys has informed Foundry that June 5, 6, and 7 may be "premature" for the hearing, but both parties are available on those dates.

 Counsel for Foundry and Enterasys also left a message with your Honor's clerk yesterday regarding the parties' availability.

Respectfully Submitted,

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek
Counsel for Defendant Foundry Networks, Inc.

cc:  Counsel of Record (via ECF)