# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199
TEL: 617-267-2300 FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

ALAN E. McKENNA
617-859-2719

June 1, 2006

**VIA ELECTRONIC CASE FILING (ECF)**
Michelle Rynne, Clerk to the Honorable Douglas P. Woodlock
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    *Enterasys Networks, Inc. v. Foundry Networks, Inc., et al.*
             Civil Action No. 05-11298-DPW

Dear Clerk Rynne:

      Today Enterasys Networks, Inc. ("Enterasys") is filing, through the Court's ECF system, its Motion To Compel The Production Of Documents From Defendant Foundry Networks, Inc. (the "Motion"). Many of the issues raised in Enterasys' Motion substantially overlap with the currently pending motion to compel previously filed by Foundry (Docket Entry No. 36), which Judge Woodlock recently referred to Magistrate Judge Collings for adjudication (Docket Entry No. 40). Given the substantial overlapping of the issues in the pending motions, it seems that judicial efficiency is best served by having both of these two motions heard simultaneously by Magistrate Judge Collings. Accordingly, I am writing to alert you to the filing of Enterasys' Motion and to respectfully suggest that Judge Woodlock consider similarly referring Enterasys' Motion to Magistrate Judge Collings.

      I note that Foundry's counsel, Jeremy Oczek, filed a letter/request to Magistrate Judge Collings earlier today (Docket Entry No. 43). While Enterasys was surprised to see this letter/request (since counsel for the parties agreed yesterday to speak with Ms. Russo together to coordinate scheduling), Enterasys looks forward to scheduling a hearing on these matters, but is opposed to the June 5, 6 and 7 dates suggested by Attorney Oczek in his letter. Enterasys is available on any of the other dates proposed by Attorney Oczek (*i.e.*, June 22, 26, 27, 28, 29 and 30). Thank you for your attention to this matter.

Very truly yours,

Alan E. McKenna

cc:    All Counsel of Record (via ECF)
         Noreen Russo, Clerk to the Honorable Robert B. Collings

BN1 35031780.1
ATLANTA | BOSTON