## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | | |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | |
| | ) | CIVIL ACTION NO. 05-CV-11298 (DPW) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FOUNDRY NETWORKS, INC.; and | ) | |
| EXTREME NETWORKS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE
### OF WILLIAM J. ROCHA FOR ENTERASYS NETWORKS, INC.

Please take notice that William J. Rocha will hereby appear for Enterasys Networks, Inc. in addition to the previously admitted counsel of record.

Dated:  June 6, 2006

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

  /s/ William J. Rocha_____
Christopher P. Sullivan (BBO No.485120)
Marc N. Henschke (BBO No. 636146)
Alan E. McKenna (BBO No. 644556)
William J. Rocha (BBO No. 657924)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel.: (617) 267-2300
Email: wjrocha@rkmc.com

Of Counsel:
A. James Anderson, Esq. *(pro hac vice)*
Marla R. Butler, Esq. *(pro hac vice)*
Robins, Kaplan, Miller & Ciresi L.L.P.
2600 One Atlanta Plaza
Atlanta, GA 30326-1386
Tel. (404) 760-4300

Robert A. Auchter, Esq. *(pro hac vice)*
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, N.W.
Washington, DC  20006
Tel. (202) 775-0725

## CERTIFICATE OF SERVICE

I, William J. Rocha, hereby certify that on June 6, 2006, I caused the attached *Notice of Appearance of William J. Rocha for Enterasys Networks, Inc.* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

Counsel for Defendant Foundry Networks, Inc.:

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Michael F. Heafey, Esq.
Sanjeet K. Dutta, Esq.
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

Counsel for Defendant Extreme Networks, Inc.:

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
David H. Dolkas, Esq.
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Peter L. Resnik, Esq.*
Benjamin A. Goldberger, Esq.*
McDermott, Will & Emery LLP
28 State Streets
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  June 6, 2006                            ___/s/ William J. Rocha_____
                                                William J. Rocha