UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOUNDRY NETWORKS, INC., and ) <br> EXTREME NETWORKS, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 05-11298-DPW |

**<u>NOTICE OF APPEARANCES FOR DEFENDANT EXTREME NETWORKS, INC.</u>**

Please enter my appearance as counsel for Extreme Networks, Inc. in the above-captioned action.

            Respectfully submitted,

            EXTREME NETWORKS, INC.

            By its Attorneys,

            <u>/s/ Emily E. Smith-Lee</u>
            Emily E. Smith-Lee (BBO #634223)
            McDermott, Will & Emery, LLP
            28 State Street
            Boston, MA 02109
            (617) 535-4000

Dated: June 14, 2006

BST99 1506766-1 065994 0016