# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

MARC N. HENSCHKE
617-859-2784
mnhenschke@rkmc.com

June 16, 2006

**VIA ELECTRONIC CASE FILING (ECF)**

Michelle Rynne
Clerk to the Honorable Douglas P. Woodlock
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    *Enterasys Networks, Inc. v. Foundry Networks, Inc., et al.*
              Civil Action No. 05-11298-DPW

Dear Clerk Rynne:

      We write on behalf of Plaintiff Enterasys Networks, Inc. ("Enterasys") to follow up on the previous letter to you that Alan McKenna of our offices electronically filed in the above-referenced matter on June 1, 2006. (Docket Entry No. 44).

      By way of background, Defendant Foundry Networks, Inc. ("Foundry") filed a motion to compel against Enterasys on April 27, 2006 (Docket Entry No. 36) which Judge Woodlock later referred to Magistrate Collings. (Docket Entry No. 40). Subsequently, Magistrate Collings scheduled a hearing on Foundry's motion to compel which is set for June 26, 2006 at 11:00 a.m. (Docket Entry No. 51).

      On June 1, 2006, Enterasys filed its own motion to compel against Foundry which presents substantially overlapping issues to Foundry's earlier motion to compel, and in many ways is in the nature of a cross-motion. (Docket Entry No. 45). Accordingly, Mr. McKenna immediately brought these issues to your attention in his June 1 letter, and respectfully suggested that in the name of judicial efficiency Judge Woodlock should similarly refer Enterasys' motion to compel to Magistrate Collings, and that the two motions should be heard together at the same hearing. (Docket Entry No. 44).

      We write today to let you know that yesterday Foundry filed its opposition to Enterasys' motion to compel (Docket Entry No. 53), and consequently the briefing is now ready to be referred by Judge Woodlock to Magistrate Collings as previously requested. We note that time is of the essence because Magistrate Collings will need to receive this new set of briefing as soon as possible so that he will have time to prepare for the scheduled hearing on June 26th.

Michelle Rynne
Clerk to the Honorable Douglas P. Woodlock
June 16, 2006
Page 2

      Thanks so much for your attention to this matter.

                                      Sincerely,

                                      /s/ Marc N. Henschke

                                      Marc N. Henschke

MNH:nah
cc:     All Counsel of Record (*VIA ECF*)
        Kathleen Dolan, Clerk to the Honorable Robert B. Collings (*VIA ECF*)
        Noreen Russo, Clerk to the Honorable Robert B. Collings (*VIA ECF*)