UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC, <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC., <br><br> Defendants. | Civil Action No. 05-CV-11298 (DPW) |

**JOINT STIPULATION REGARDING MODIFIED
SCHEDULING ORDER DATES AND PROPOSED ORDER THEREON**

The parties to this Stipulation are Plaintiff Enterasys Networks, Inc. ("Enterasys"), Defendant Foundry Networks, Inc. ("Foundry"), and Defendant Extreme Networks, Inc. ("Extreme") (collectively referred to as the "Parties").

Subject to the Court's consent, the Parties have agreed that it is in all of the Parties' best interest to modify to the Court's Scheduling Order of November 18, 2005 (Docket #31) to allow the Parties additional time to complete discovery prior to the filing of the briefing and arguments as set by the Scheduling Order. This Stipulation is entered into without prejudice and does not in any way constitute a waiver of any position, argument or assertion taken by any Party as to any pending or future discovery issue and/or dispute.

The Parties have met and conferred regarding the proposed dates and believed the proposed dates afford the Parties sufficient time to complete the necessary discovery and analysis. Accordingly, the Parties respectfully join in requesting the Court to modify its previous Scheduling Order and issue an Order with the "New Deadline" as set forth below.

| **Existing Deadline** | **New Deadline** |
|---|---|
| **July 17, 2006** - Enterasys to serve claim construction charts identifying asserted claims and products accused of literal or doctrine of equivalents infringement. | **Friday, December 15, 2006** |
| **August 4, 2006** - Defendants to serve invalidity contentions identifying each asserted item of prior art and the basis on which it anticipates or renders obvious each asserted patent claim. | **Tuesday, January 16, 2007** |
| **August 18, 2006** - Defendants to serve responsive claim construction charts identifying which claim elements they admit are present in any accused products, and as to all other claim elements their basis for denying that said elements are present. | **Tuesday, January 30, 2007** |
| **September 1, 2006** - Simultaneous exchange of preliminary proposed constructions for the claim elements that each party contends should be construed by the Court. | **Tuesday, February 13, 2007** |
| **September 15, 2006** - Defendants to provide notice of intention to rely upon opinions of counsel to potentially avoid willful infringement findings. | **Tuesday, February 17, 2007** |
| **September 18, 2006** - Parties to file joint claim construction statement providing shared constructions of claim elements on which the parties agree, and alternative proposed constructions of disputed claim elements. | **Friday, March 7, 2007** |
| **October 3, 2006** - Beginning of Phase II fact discovery encompassing all issues including those issues addressed during Phase I. | **Monday, March 12, 2007** |
| **October 18, 2006** - Deadline for all parties to file their opening claim construction briefs. | **Tuesday, March 27, 2007** |
| **November 20, 2006** - Deadline for all parties to file their claim construction reply briefs. | **Tuesday, April 24, 2007** |
| **January 10-12, 2007** - Markman claim construction. | **May 14-16, 2007** |

Respectfully Submitted,

PLAINTIFF ENTERASYS NETWORKS, INC.

By Its Attorneys,

 */s/ Marc N. Henschke*
Marc N. Henschke, Esq.
Christopher P. Sullivan, Esq.
Alan E. McKenna, Esq.
Jeremy C. McDiarmid, Esq.
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 Boylston Street, Suite 2500
Boston, MA  02199
Telephone:  (617) 267-2300

Respectfully Submitted,

DEFENDANT FOUNDRY NETWORKS, INC.

By Its Attorneys,

 */s/ Jeremy P. Oczek*
Steven M. Bauer, Esq.
Jeremy P. Oczek, Esq.
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Telephone:  (617) 526-9600

William L. Anthony, Jr., Esq.
I. Neel Chatterjee, Esq.
Michael F. Heafey, Esq.
Sanjeet K. Dutta, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400

Respectfully Submitted,

DEFENDANT EXTREME NETWORKS, INC.

By Its Attorneys,

       */s/ Emily E. Smith-Lee*       
Peter L. Resnik, Esq.
Emily E. Smith-Lee, Esq.
Benjamin A. Goldberger, Esq.
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775
Telephone:  (617) 535-4000

Terrence P. McMahon, Esq.
Vera M. Elson, Esq.
Christopher D. Bright, Esq.
Firasat M. Ali, Esq.
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94303-1212
Telephone:  (650) 813-5000

Dated:  June 20, 2006

## **ORDER**

GOOD CAUSE having been shown, IT IS SO ORDERED.

Dated:  _____, 2006

Honorable Douglas J. Woodlock
United States District Court Judge

BST99 1507499-1.065994.0016