UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENTERASYS NETWORKS INC
    Plaintiff

CIVIL ACTION NO. 05-11298-DPW

v.

FOUNDRY NETWORKS, INC ET AL,
  Defendant

## AMENDED SCHEDULING ORDER

WOODLOCK, D.J.

In accordance with the allowance of the Joint Stipulation Regarding Modified Scheduling Order Dates, it is hereby ORDERED that:

| Pre-Trial Event | DEADLINE |
|---|---|
| Deadline for Enterasys to serve claim construction charts identifying asserted claims and products accused of literal or doctrine of equivalents infringement | December 15, 2006 |
| Deadline for Defendants to serve invalidity contentions identifying each asserted item of prior art and the basis on which it anticipates or renders obvious each asserted patent claim | January 16, 2007 |
| Deadline for Defendants to serve responsive claim construction charts identifying which claim elements they admit are present in any accused products, and as to all other claim elements their bases for denying that said elements are present | January 30, 2007 |
| Simultaneous exchange of preliminary proposed constructions for the claim elements that each party contends should be construed by the Court | February 13, 2007 |
| Deadline for Defendants to provide notice of intention to rely upon opinions of counsel to potentially avoid willful infringement findings | February 17, 2007 |
| Deadline to file a joint claim construction statement providing shared constructions of claim elements on which the parties agree, and alternative proposed constructions of disputed claim elements | March 7, 2007 |
| Beginning of Phase II fact discovery encompassing all issues, including those issues addressed during Phase I | March 12, 2007 |

| | |
|---|---|
| Deadline for all parties to file their opening claim construction briefs | March 27, 2007 |
| Deadline for all parties to file their claim construction reply briefs | April 24, 2007 |
| Markman claim construction hearing | 3 Days Beginning on May 21, 2007 at 9:00 am |

Further scheduling shall be addressed at completion of Markman Hearing.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings.  Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

DATED:   June 27, 2006