# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC., )<br>)<br>Defendant. )<br><br>ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXTREME NETWORKS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-11298-DPW<br><br><br><br><br><br><br><br>Civil Action No. 05-12235-DPW |

## UNOPPOSED MOTION OF
## BENJAMIN A. GOLDBERGER TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), Benjamin A. Goldberger of McDermott Will & Emery LLP hereby moves to withdraw his appearance on behalf of Extreme Networks, Inc. in the above captioned cases. In support of this Motion, Goldberger states:

1. McDermott Will & Emery LLP continues as counsel for Extreme in this matter. Other members of the firm, including other members of the bar of this Court, who have already entered appearances, will remain as counsel of record.

2. No trial date has been set.

3. Although there are pending motions and scheduled hearings, Goldberger's withdrawal will not interfere with any of these events or prejudice any party.

4. Extreme consents to Goldberger's withdrawal and no other party has any objection to Goldberger's withdrawal.

Dated: August 8, 2006

Respectfully submitted,

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger (BBO No. 654357)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775
Tel. (617) 535-4000

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that I conferred with counsel for all parties, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for all parties have stated that they will not oppose this motion.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and any attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 8, 2006.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger

BST99 1510260-1.065994.0016