UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> EXTREME NETWORKS, INC., <br><br>    Defendant. | Civil Action No. 05-11298-DPW |

### EXTREME NETWORKS, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORY NOS. 1 AND 2 FROM ENTERASYS NETWORKS, INC.

Defendant Extreme Networks, Inc. ("Extreme") moves to compel plaintiff Enterasys Networks, Inc. ("Enterasys")[1] to (i) provide a full and complete answer to Extreme's Interrogatories No. 1 and 2; (ii) turn over the "invention records" referenced in its answer to Interrogatory No. 2; and (iii) allow discovery on any of the subjects disclosed in those records. As grounds, Extreme relies on the accompanying Memorandum of Law, submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Extreme requests oral argument on the instant motion.

---

[1] The term "Enterasys" in Extreme's interrogatories includes Enterasys' predecessors, Digital Equipment Corporation ("DEC") and Cabletron.

Dated: September 22, 2006                    EXTREME NETWORKS, INC.

                                             By its attorneys,


                                             /s/ Emily Smith-Lee
                                             Emily Smith-Lee (BB0# 634223)

                                             Terrence P. McMahon
                                             Vera M. Elson
                                             David H. Dolkas
                                             Firasat M. Ali
                                             McDermott Will & Emery LLP
                                             3150 Porter Drive
                                             Palo Alto, CA 94304-1212
                                             (650) 813-5000

                                             Christopher D. Bright
                                             McDermott Will & Emery LLP
                                             18191 Von Karman Ave.
                                             Suite 400
                                             Irvine, CA 92612-7107
                                             (949) 851-0633

                                             Peter L. Resnik (BBO# 417180)
                                             Emily Smith-Lee (BBO #634223)
                                             McDermott Will & Emery LLP
                                             28 State Street
                                             Boston, Massachusetts 02109-1775
                                             (617) 535-4000
                                             MCDERMOTT WILL & EMERY LLP


**Certificate Pursuant To Rule 7.1**

The undersigned counsel hereby certifies that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for plaintiff Enterasys would not agree to the relief sought by this motion.


                                             /s/ Emily Smith-Lee
                                             Emily Smith-Lee

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 22, 2006.

                                              /s/ Emily Smith-Lee
                                              Emily Smith-Lee

BST99 1517322-1.065994.0016