**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ENTERASYS NETWORKS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EXTREME NETWORKS, INC.,**<br><br>**Defendant.** | **Civil Action No. 05-11298-DPW** |

**AFFIDAVIT OF EMILY E. SMITH-LEE IN SUPPORT OF EXTREME NETWORKS, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORY NOS. 1 AND 2 FROM ENTERASYS NETWORKS, INC.**

I, Emily E. Smith-Lee, hereby declare under penalties of perjury as follows:

1.      I am a partner in the law firm of McDermott Will & Emery, LLP, 28 State Street, Boston, Massachusetts, and I make this affidavit in support of Extreme's Motion to Compel Answers to Interrogatories No. 1 and 2.

2.      I was admitted to the Massachusetts Bar in 1996, and have been a member in good standing since that time.  I am also admitted to the United States District Court for the District of Massachusetts.

3.      Attached hereto as Exhibit A is a true and accurate copy of Enterasys' Answers to Extreme Network's First Set of Interrogatories.

4.      Attached hereto as Exhibit B is a true and accurate copy of Magistrate Judge Collings Order dated June 26, 2006.

5.      Attached hereto as Exhibit C is a true and accurate copy of Extreme Network's First Set of Interrogatories to Enterasys.

6.      Attached hereto as Exhibit D is a true and accurate copy of Enterasys' First Supplemental Responses to Extreme's Interrogatories Nos. 1 and 2.

7.      Attached hereto as Exhibit E is a true and accurate copy of Enterasys' Second Supplemental Response to Extreme's Interrogatories Nos. 1 and 2.

8.      Attached hereto as Exhibit F is a true and accurate copy of the chart provided by Enterasys as part of its Second Supplemental Response to Extreme's Interrogatory No. 1.

9.      Attached hereto as Exhibit G is a true and accurate copy of a letter from Christopher Bright to Marc Henschke dated July 27, 2006.

10.     Attached hereto as Exhibit H is a true and accurate copy of a letter dated May 15, 2006, from Marc Henschke to Firasat Ali.

11.     Attached hereto as Exhibit I is a true and accurate copy of a letter from Marc Henschke to Christopher Bright dated August 1, 2006.

12.     Attached hereto as Exhibit J is a true and accurate copy of a letter from Christopher Bright to Marc Henschke dated August 3, 2006.

I declare under the pains and penalties of perjury that the foregoing statements are true.

/s/ Emily E. Smith-Lee
Emily E. Smith-Lee

Dated:  September 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 22, 2006.

/s/ Emily E. Smith-Lee
Emily E. Smith-Lee

BST99 1517198-1.065994.0016