# EXHIBIT F

| CLAIM | U.S. Patent No. 5,251,205 (the "205 Patent") | |
|---|---|---|
| | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| 1 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed product/product lines contain multiple protocol routing software algorithm features which practice each of the elements of the patent claim when used in the context of a communications network. In particular, these multiple protocol routing software algorithm features calculate packet routes using an algorithm corresponding to a single routing protocol for all received packets regardless of the multiple different routing protocol suites (e.g., the TCP/IP protocol suite; the OSI protocol suite; etc.) to which such packets may conform, and without the need to convert the destination address of any packet to an addressing convention associated with a routing protocol suite different from the one to which that packet conforms. |
| 2 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed product/product lines contain multiple protocol routing software algorithm features which practice each of the elements of the patent claim when used in the context of a communications network. In particular, these multiple protocol routing software algorithm features calculate packet routes using an algorithm corresponding to a single routing protocol for all received packets regardless of the two different routing protocol suites (e.g., the TCP/IP protocol suite; the OSI protocol suite; etc.) to which such packets may conform, and without the need to convert the destination address of any packet to an addressing convention associated with a routing protocol suite different from the one to which that packet conforms. |
| 3 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed product/product lines contain multiple protocol routing software algorithm features which practice each of the elements of the patent claim when used in the context of a communications network. In particular, these multiple protocol routing software algorithm features calculate packet routes using an algorithm corresponding to a single routing protocol for all received packets regardless of the two or more different routing protocol suites (e.g., the TCP/IP protocol suite; the OSI protocol suite; etc.) to which such packets may conform, and without the need to convert the destination address of any packet to an addressing |

| | U.S. Patent No. 5,251,205 (the "205 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | | convention associated with a routing protocol suite different from the one to which that packet conforms. The information handling device receives link state packets which conform to the routing protocol being used and calculates the route based on information in these link state packets. |
| 4 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7j, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed product/product lines contain multiple protocol routing software algorithm features which practice each of the elements of the patent claim when used in the context of a communications network. In particular, these multiple protocol routing software algorithm features calculate packet routes using an algorithm which comprises the OSI IS-IS routing protocol for all received packets regardless of the two or more different routing protocol suites (e.g., the TCP/IP protocol suite; the OSI protocol suite; etc.) to which such packets may conform, and without the need to convert the destination address of any packet to an addressing convention associated with a routing protocol suite different from the one to which that packet conforms. |
| 5 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used within the context of a communications network containing one or more single-protocol information handling devices and one or more multi-protocol information handling devices, and when these products are organized in areas such that all of the products within a single area are capable of recognizing and forwarding user data packets which conform to the same protocol suites. In particular, these MPLS features implement a routing protocol which predetermines whether a packet needs to be encapsulated, at which information handling device it should be encapsulated and later decapsulated, and which protocol to use for the encapsulation for the forwarding of data packets. |
| 6 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used within the context of a communication network containing one or more single-protocol information |

MF3 20186169.1

| | U.S. Patent No. 5,251,205 (the "205 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | | handling devices and one or more multi-protocol information handling devices. In particular, these MPLS features implement a routing protocol which predetermines whether a packet needs to be encapsulated, at which information handling device it should be encapsulated and later decapsulated, and which protocol to use for the encapsulation for the forwarding of data packets. These information handling devices are part of a network, where different devices in different areas of the network are capable of handling different protocol suites. |
| 7 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used within the context of a communications network containing two or more single-protocol information handling devices conforming to different protocol suites, and one or more multi-protocol information handling devices. In particular, these MPLS features implement a routing protocol which predetermines whether a packet needs to be encapsulated, at which information handling device it should be encapsulated and later decapsulated, and which protocol to use for the encapsulation for the forwarding of data packets. |
| 8 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used within the context of a communications network containing two or more single-protocol information handling devices conforming to different protocol suites, and one or more multi-protocol information handling devices. In particular, these MPLS features implement a routing protocol which predetermines whether a packet needs to be encapsulated, at which information handling device it should be encapsulated and later decapsulated, and which protocol to use for the encapsulation for the forwarding of data packets. These information handling devices are used in a network, where at least one of these devices is capable of handling all the protocol suites used by other devices in that area of the network. |

| | U.S. Patent No. 5,251,205 (the "'205 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| 9 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claims 5, 6, 7, or 8. In addition, one of said protocol suites comprises the TCP/IP protocol suite and another comprises the OSI protocol suite. |
| 10 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claims 5, 6, 7, or 8. In addition, one of said protocol suites comprises the TCP/IP protocol suite and another comprises the OSI protocol suite. Moreover, the information handling devices receive link state packets which conform to the routing protocol being used and use the information contained in these link state packets to calculate packet routes. |
| 11 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claims 5, 6, 7, or 8. In addition, one of said protocol suites comprises the TCP/IP protocol suite and another comprises the OSI protocol suite, and upon information and belief the protocol used to automatically predetermine at which device to encapsulate and decapsulate a given packet is the OSI IS-IS routing protocol. |
| 12 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claims 5, 6, 7, or 8. In addition, exactly two protocol suites are used. |
| 13 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claims 5, 6, 7, or 8. In addition, exactly two protocol suites are used, one of which comprises TCP/IP and the other comprises OSI. |

- 4 -

| | U.S. Patent No. 5,251,205 (the "'205 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| 14 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claim 13. In addition, the information handling devices receive link state packets which conform to the routing protocol being used and use information in these packets to calculate packet routes. |
| 15 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claims 5, 6, 7, or 8. In addition, one of said protocol suites comprises the TCP/IP protocol suite and another comprises the OSI protocol suite, and upon information and belief the protocol used to automatically predetermine at which device to encapsulate and decapsulate a given packet is the OSI IS-IS routing protocol. |
| 16 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claim 12. In addition, the information handling devices receive link state packets, and use information in these packets to calculate packet routes. |
| 17 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claims 5, 6, 7, or 8. In addition, two protocol suites are used, and upon information and belief the protocol used to automatically predetermine at which device to encapsulate and decapsulate a given packet is the OSI IS-IS routing protocol. |
| 18 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claims 5, 6, 7, or 8. In addition, the information handling devices receive link state packets which conform to the routing protocol being used and use the information contained in these |

- 5 -

MP3 20186169.1

| | U.S. Patent No. 5,251,205 (the "'205 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| 19 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | packets to calculate packet routes. Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used in the manner described above with respect to claims 5, 6, 7, or 8. In addition, upon information and belief the protocol used to automatically predetermine at which device to encapsulate and decapsulate a given packet is the OSI IS-IS routing protocol. |
| 20 | BlackDiamond 6800, 6804, 6808, 6816, 12804 | Each of the listed product/product lines contain Multiprotocol Label Switching (MPLS) features which practice each of the elements of the patent claim when used within the context of a communications network containing one or more single-protocol information handling devices and one or more multi-protocol information handling devices. In particular, these MPLS features implement a routing protocol which predetermines whether a packet needs to be encapsulated, at which information handling device it should be encapsulated and later decapsulated, and which protocol to use for the encapsulation for the forwarding of data packets. The predetermination depends upon the route used for forwarding the packet. This routing protocol also determines multiple routes from a starting information handling device to an ending information handling device. |
| 21 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed product/product lines contain multiple protocol routing software algorithm features which, in combination with a network of information handling devices, embody each of the elements of the patent claim. In particular, these multiple protocol routing software algorithm features work with devices exchanging control packets. These control packets indicate the links connected to the information handling device, and the addresses of these links, where a portion of these addresses correspond to a first addressing scheme, and other addresses correspond to a second addressing scheme. |
| 22 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, | Each of the listed product/product lines contain multiple protocol routing software algorithm features which , in combination with a |

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | **U.S. Patent No. 5,251,205 (the "205 Patent")** |
| | X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | network of information handling devices, embody each of the elements of the patent claim. In particular, these multiple protocol routing software algorithm features work with devices exchanging control packets which indicate the links connected to the information handling device, and the addresses of these links, where a portion of these addresses correspond to a first addressing scheme, and other addresses correspond to a second addressing scheme. The information handling device, when forwarding a data packet, can encapsulate the packet with a header addressed with a different addressing scheme than the original packet, and then transmit the encapsulated packet. |
| 23 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed product/product lines contain multiple protocol routing software algorithm features which, in combination with a network of information handling devices organized into areas, embody each of the elements of the patent claim. In particular, these multiple protocol routing software algorithm features work with devices exchanging control packets which indicate the links connected to the information handling device, and the addresses of these links, where a portion of these addresses correspond to a first addressing scheme, and other addresses correspond to a second addressing scheme. The information handling device, when forwarding a data packet, can encapsulate the packet with a header addressed with a different addressing scheme than the original packet, and then transmit the encapsulated packet. Each information handling device in a given area can interpret addresses using a common addressing scheme. |
| 24 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed product/product lines contain multiple protocol routing software algorithm features which, in combination with a network of information handling devices, embody each of the elements of the patent claim in the manner described above with respect to claims 21, 22, or 23. In addition, the information handling devices can transmit hello packets, which identify the device and the addressing schemes the device can interpret. |

- 7 -

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | **U.S. Patent No. 5,390,173 (the "'173 Patent")** |
| 1 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. |
| 2 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48i, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. Upon information and belief, the second header also includes link numbers for the source and destination of the packet.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of |

- 8 -

| | U.S. Patent No. 5,390,173 (the "'173 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| 3 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450

BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804

Alpine 3800, 3802, 3804, 3808 | status fields. The second header also includes link numbers for the source and destination of the packet.

Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms of bits than the destination address.

Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms of bits than the destination address. |
| 4 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450

BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804

Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address.

Upon information and belief, these switching and/or routing chipset |

MP3 20186169.1

| | U.S. Patent No. 5,390,173 (the "'173 Patent") | |
| --- | --- | --- |
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | | features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. |
| 5 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms bits than the destination address.<br><br>Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. |
| 6 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, | Each of the listed products/product lines contain switching and/or |

MP3 20186169.1

## U.S. Patent No. 5,390,173 (the "'173 Patent")

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48ss, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received upon information and belief from a portion of a network which uses serial FDDI links, and the switching device has parallel ports.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| 7 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48ss, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address |

- 11 -

## U.S. Patent No. 5,390,173 (the "173 Patent")

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | Alpine 3800, 3802, 3804, 3808 | translated from the network destination address, local status information, and a plurality of status fields, one of which upon information and belief is a service class field. The switching device processes the packet in response to this service class field. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. Upon information and belief, the packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports.

Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which is a service class field. The switching device processes the packet in response to this service class field. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| 8 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450

BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804

Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which upon |

- 12 -

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | U.S. Patent No. 5,390,173 (the "173 Patent") | |
| | | information and belief is a service class field and one of which upon information and belief is a protocol class field. The switching device processes the packet in response to this service class field and this protocol class field. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received, upon information and belief, from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| | | Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which is a service class field and one of which is a protocol class field. The switching device processes the packet in response to this service class field and this protocol class field. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| 9 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 48, 200-24, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450 | Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these |
| | BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address |
| | Alpine 3800, 3802, 3804, 3808 | translated from the network destination address, local status information, and a plurality of status fields, which include upon |

MP3 20186169.1

## U.S. Patent No. 5,390,173 (the "'173 Patent")

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| 10 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | information and belief a service class field, a protocol class field, and a status field indicating local congestion. The switching device processes the packet in response to this service class field, this protocol class field and this status field indicating local congestion. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received, upon information and belief, from a portion of a network which uses serial FDDI links, and the switching device has parallel ports.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, which include a service class field, a protocol class field, and a status field indicating local congestion. The switching device processes the packet in response to this service class field, this protocol class field and this status field indicating local congestion. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports.<br><br>Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used within the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a |

- 14 -

## U.S. Patent No. 5,390,173 (the "'173 Patent")

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | Alpine 3800, 3802, 3804, 3808 | second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. |
| 11 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used within the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. Upon information and belief, the second header also includes link numbers for the source and destination of the packet.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The second header also includes link numbers for the source and destination of the packet. |
| 12 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used within the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use |

MP3 20186169.1

## U.S. Patent No. 5,390,173 (the "'173 Patent")

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms of bits than the destination address.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms of bits than the destination address. |
| 13 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used within the context of a packet data communications network with multiple network segments.  In particular, these switching and/or routing chipset features that use a Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields.  The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields.  The switching address is much shorter in terms of bits than the destination address.  Moreover, the second header also includes a source switch address which is translated from the |

MP3 20186169.1

| | U.S. Patent No. 5,390,173 (the "'173 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| 14 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | network source address.<br><br>Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used within the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. |
| 15 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used within the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status |

- 17 -

## U.S. Patent No. 5,390,173 (the "173 Patent")

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | information, and a plurality of status fields. The switching address is much shorter in terms bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. Upon information and belief, the packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| | | Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields. The switching address is much shorter in terms bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| 16 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450

BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804

Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used within the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which upon information and belief is a service class field. The switching device processes the packet in response to this service class field. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source |

- 18 -

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | **U.S. Patent No. 5,390,173 (the "'173 Patent")** |
| | | address. In addition, the switching device is a crossbar switch. The packets are received, upon information and belief, from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| | | Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which is a service class field. The switching device processes the packet in response to this service class field. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| 17 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used within the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which upon information and belief is a service class field and one of which upon information and belief is a protocol class field. The switching device processes the packet in response to this service class field and this protocol class field. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device |

| | U.S. Patent No. 5,390,173 (the "'173 Patent") | |
|---|---|---|
| **CLAIM** | **INFRINGING PRODUCTS** | **BASIS FOR INFRINGEMENT** |
| | | is a crossbar switch. The packets are received, upon information and belief, from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| | | Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which is a service class field and one of which is a protocol class field. The switching device processes the packet in response to this service class field and this protocol class field. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| 18 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450 | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used within the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, which include upon information and belief a service class field, a protocol class field, and a status field indicating local congestion. The switching device processes the packet in response to this service class field, this protocol class field and this status field indicating local congestion. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source |
| | BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | |
| | Alpine 3800, 3802, 3804, 3808 | |

| | U.S. Patent No. 5,390,173 (the "173 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | | address. In addition, the switching device is a crossbar switch. The packets are received, upon information and belief, from a portion of a network which uses serial FDDI links, and the switching device has parallel ports.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, which include a service class field, a protocol class field, and a status field indicating local congestion. The switching device processes the packet in response to this service class field, this protocol class field and this status field indicating local congestion. The switching address is much shorter in terms of bits than the destination address. Moreover, the second header also includes a source switch address which is translated from the network source address. In addition, the switching device is a crossbar switch. The packets are received from a portion of a network which uses serial FDDI links, and the switching device has parallel ports. |
| 19 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which upon information and belief is a service class field.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet |

- 21 -

| | U.S. Patent No. 5,390,173 (the "'173 Patent") | |
|---|---|---|
| **CLAIM** | **INFRINGING PRODUCTS** | **BASIS FOR INFRINGEMENT** |
| 20 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48su, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which is a service class field.<br><br>Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim.  In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which upon information and belief is a protocol class field.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which is a protocol class field. |
| 21 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48su, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which, in combination with a packet data communications network with multiple network segments, embody each of the elements of the patent claim.  In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which upon information and belief indicates local congestion.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet |

- 22 -

MP3 201186169.1

| | U.S. Patent No. 5,390,173 (the "'173 Patent") | |
|---|---|---|
| **CLAIM** | **INFRINGING PRODUCTS** | **BASIS FOR INFRINGEMENT** |
| | | which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which indicates local congestion. |
| 22 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 48, 200-24, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used in the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which upon information and belief is a service class field.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which is a service class field. |
| 23 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used in the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which upon information and belief is a protocol class field.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet |

- 23 -

## U.S. Patent No. 5,390,173 (the "'173 Patent")

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|-------|---------------------|------------------------|
| | | which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which is a protocol class field. |
| 24 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain switching and/or routing chipset features which practice each of the elements of the patent claim when used in the context of a packet data communications network with multiple network segments. In particular, these switching and/or routing chipset features that use Broadcom 5600 series chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which upon information and belief indicates local congestion.<br><br>Upon information and belief, these switching and/or routing chipset features that use Inferno, Triumph, and/or Genesis chipsets add, and subsequently remove, a second internal header to a data packet which includes a switching address translated from the network destination address, local status information, and a plurality of status fields, one of which indicates local congestion. |

- 24 -

| | U.S. Patent No. 6,128,665 (the "'665 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| 1 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based default VLAN features which embody each of the elements of the patent claim.  In particular, these port based default VLAN features include switches that receive data packets, and forward and/or flood the packets to the appropriate destination port(s) within the default VLAN, while restricting transmission to non-default VLAN port(s). |
| 2 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based default VLAN features which embody each of the elements of the patent claim.  In particular, these port based default VLAN features include switches that receive data packets, and forward and/or flood the packets to the appropriate destination port(s) within the default VLAN, while restricting transmission to non-default VLAN port(s). The switch uses the header in the data packet to ascertain the destination port. |
| 3 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based default VLAN features which embody each of the elements of the patent claim.  In particular, these port based default VLAN features include switches that receive data packets, and forward and/or flood the packets to the appropriate destination port(s) within the default VLAN, while restricting transmission to non-default VLAN port(s). The switch can also tag the packet as defined, for example, in 802.1Q. |
| 4 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based default VLAN features which practice each of the elements of the patent claim.  In particular, these port based default VLAN features include switches that receive data packets, and forward and/or flood the packets to the appropriate destination port(s) within the default VLAN, while restricting transmission to non-default VLAN port(s). |
| 5 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450 | Each of the listed products/product lines contain port based default VLAN features which practice each of the elements of the patent claim.  In particular, these port based default VLAN features |

| | U.S. Patent No. 6,128,665 (the "'665 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | include switches that receive data packets, and forward and/or flood the packets to the appropriate destination port(s) within the default VLAN, while restricting transmission to non-default VLAN port(s). The switch can also tag the packet as defined, for example, in 802.1Q. |
| | Alpine 3800, 3802, 3804, 3808 | |
| 6 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450 | Each of the listed products/product lines contain port based default VLAN features which embody each of the elements of the patent claim. In particular, these port based default VLAN features include program code used with switches that receive data packets, and forward and/or flood the packets to the appropriate destination port(s) within the default VLAN, while restricting transmission to non-default VLAN port(s). |
| | BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | |
| | Alpine 3800, 3802, 3804, 3808 | |
| 7 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48su, X450 | Each of the listed products/product lines contain port based default VLAN features which embody each of the elements of the patent claim. In particular, these port based default VLAN features include program code used with switches that receive data packets, and forward and/or flood the packets to the appropriate destination port(s) within the default VLAN, while restricting transmission to non-default VLAN port(s). The switch can also use program code to tag a packet as defined, for example, in 802.1Q. |
| | BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | |
| | Alpine 3800, 3802, 3804, 3808 | |

| | U.S. Patent No. 6,147,995 (the "995 Patent") | |
|---|---|---|
| **CLAIM** | **INFRINGING PRODUCTS** | **BASIS FOR INFRINGEMENT** |
| 1 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. |
| 2 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. If necessary, another switch can remove the 802.1Q tag header before forwarding the packet. |
| 3 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switches maintain a mapping table which is used to appropriately forward the |

- 27 -

MP3 20186169.1

| | U.S. Patent No. 6,147,995 (the "995 Patent") | |
|---|---|---|
| **CLAIM** | **INFRINGING PRODUCTS** | **BASIS FOR INFRINGEMENT** |
| 4 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | packet. If necessary, another switch can remove the 802.1Q tag header before forwarding the packet.<br><br>Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. If the packet is not destined for any of the access ports in the switch, the packet is discarded. |
| 5 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch maintains a table(s) which relate the assigned identifiers to the end systems or ports of the switch, and the ports of the switch to the assigned identifiers. |
| 6 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it |

- 28 -

MP3 20186169.1

| | U.S. Patent No. 6,147,995 (the "995 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | | determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch maintains a table(s) which relate the assigned identifiers to the end systems or ports of the switch, and the ports of the switch to the assigned identifiers. A table is reviewed for the VLAN identifier associated with the source end system or the receiving port. |
| 7 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch maintains a table(s) which relate the assigned identifiers to the end systems or ports of the switch, and the ports of the switch to the assigned identifiers. A table is reviewed for the VLAN identifier associated with the source end system or the receiving port. A table is reviewed for the port associated with the determined identifier. |
| 8 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch maintains a table(s) which relate the assigned identifiers to the end systems or ports of the switch, and the ports of the switch to the |

MP3 20186169.1