| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | **U.S. Patent No. 6,147,995 (the "'995 Patent")** |
| 9 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24ti, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | assigned identifiers. A table is reviewed for the port associated with the determined VLAN identifier.<br><br>Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Upon information and belief, the received data packet is of a protocol not supported by the switch. |
| 13 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24ti, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch maintains a mapping for every end system or access port in that switch. |
| 14 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24ti, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the |

- 30 -

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | U.S. Patent No. 6,147,995 (the "995 Patent")<br>BASIS FOR INFRINGEMENT |
|---|---|---|
|  |  | packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch maintains a default VLAN identifier before specific end systems or access ports are assigned an identifier. |
| 18 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The VLAN identifier can be assigned based on a policy work group definition. |
| 19 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which, in combination with a network with a plurality of end systems and switches, embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Each switch maintains at least one mapping table to map VLAN identifiers to end systems and/or port(s). |
| 20 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to |

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | **U.S. Patent No. 6,147,995 (the "995 Patent")** |
| | Alpine 3800, 3802, 3804, 3808 | port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Each switch maintains at least one mapping table to map VLAN identifiers to port(s) and end systems. |
| 21 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48s, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Upon information and belief, a reserved identifier is assigned without limitation as to end system and access port. |
| 22 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48s, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Each switch maintains a MIB interface for programming mapping tables. |
| 23 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48s, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN |

- 32 -

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | **U.S. Patent No. 6,147,995 (the "995 Patent")** |
| | Alpine 3800, 3802, 3804, 3808 | features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Each switch uses SNMP to maintain the mapping table. |
| 24 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Upon information and belief, a status table is maintained at each switch to enable and disable a respective subset. |
| 25 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. |
| 26 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to |

- 33 -

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | Alpine 3800, 3802, 3804, 3808 | port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. If necessary, another switch can remove the 802.1Q tag header before forwarding the packet. |
| 27 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switches maintain a mapping table which is used to appropriately forward the packet. If necessary, another switch can remove the 802.1Q tag header before forwarding the packet. |
| 28 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. If the packet is not destined for any of the access ports in the switch, the packet is discarded. |
| 29 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the |

U.S. Patent No. 6,147,995 (the "'995 Patent")

- 34 -

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch maintains a table(s) which relate the assigned identifiers to the end systems or ports of the switch, and the ports of the switch to the assigned identifiers. |
| 30 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24i, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based LANs, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch maintains a table(s) which relate the assigned identifiers to the end systems or ports of the switch, and the ports of the switch to the assigned identifiers. A table is reviewed for the VLAN identifier associated with the source end system or the receiving port. |
| 31 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24i, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch |

U.S. Patent No. 6,147,995 (the "995 Patent")

| CLAIM | INFRINGING PRODUCTS | U.S. Patent No. 6,147,995 (the "995 Patent") |
| --- | --- | --- |
| | | BASIS FOR INFRINGEMENT |
| | | maintains a table(s) which relate the assigned identifiers to the end systems or ports of the switch, and the ports of the switch to the assigned identifiers. A table is reviewed for the VLAN identifier associated with the source end system or the receiving port. A table is reviewed for the port associated with the determined identifier. |
| 32 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. The switch maintains a default VLAN identifier before specific end systems or access ports are assigned an identifier. |
| 33 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Each switch maintains a MIB interface for programming mapping tables. |
| 34 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to |

MP3 20186169.1

| | U.S. Patent No. 6,147,995 (the "'995 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | Alpine 3800, 3802, 3804, 3808 | port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Each switch uses SNMP to maintain the mapping table. |
| 35 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450

BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804

Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features which embody each of the elements of the patent claim. In particular, these IEEE 802.1Q, port-based, protocol-based, MAC-based, subnet-based, and/or default VLAN features assign VLAN identifiers and map those identifiers to port(s) in the network. When the switch receives data packets, it determines the identifiers associated therewith, encapsulates the packets by adding a tag header as outlined in 802.1Q, and forwards the packets based upon the determined identifiers. Upon information and belief, a status table is maintained to enable and disable a respective subset. |

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | **U.S. Patent No. 6,539,022 (the "'022 Patent")** |
| 1 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which embody each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. |
| 2 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which embody each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. The bridge identifies the I/O interface on which the packet arrived, and cross-references that I/O interface to the multicast group in conjunction with updating forwarding data. |
| 3 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which embody each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. The bridge can identify the source of the packet, and cross-references that source to the identified multicast group in conjunction with updating forwarding data. |
| 4 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | Each of the listed products/product lines contain IGMP snooping features which embody each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. The bridge identifies the I/O interface on which the packet |

- 38 -

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | U.S. Patent No. 6,539,022 (the "'022 Patent") BASIS FOR INFRINGEMENT |
|---|---|---|
| | Alpine 3800, 3802, 3804, 3808 | arrived and the source of the packet, and cross-references that I/O interface and source to the multicast group in conjunction with updating forwarding data. |
| 5 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which embody each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. If the packet is not a multicast control packet, the bridge can determine if it is a message packet destined for a multicast group. The bridge determines the multicast group, and sends the packet out each I/O interface which is cross-referenced in the forwarding data to that multicast group, except for the I/O interface on which the packet arrived. |
| 6 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can determine the I/O interface on which packets received by a network device arrived, examine the packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the device's multicast forwarding data based upon information in the packet. |
| 7 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can determine the I/O interface on which packets received by a network device arrived, examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the device's multicast forwarding data based upon information in the packet. The device cross-references that I/O interface to the multicast group in conjunction with updating forwarding data. |
| 8 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, | Each of the listed products/product lines contain IGMP snooping |

- 39 -

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | U.S. Patent No. 6,539,022 (the "'022 Patent") | |
| | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can determine the I/O interface on which packets received by a network device arrived, examine the packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the device's multicast forwarding data based upon information in the packet. The network device can remove cross-references from the forwarding data between the identified I/O interface and the associated multicast group. |
| 9 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can determine the I/O interface on which packets received by a network device arrived, examine the packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the device's multicast forwarding data based upon information in the packet. The network device can remove cross-references from the forwarding data between the identified I/O interface and the identified multicast group. In addition, the network device can delete from the forwarding data any cross-referenced I/O interface that is not connected to a device that is a member of the identified multicast group. |
| 10 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can determine the I/O interface on which packets received by a network device arrived, examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the device's multicast forwarding data based upon information in the packet. If the packet is not a multicast control packet, the device can determine if it is a message packet destined for a multicast group. The device determines the multicast group, retrieves the multicast forwarding data for this multicast group, and sends the packet out each I/O interface which is cross-referenced in |

- 40 -

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | **U.S. Patent No. 6,539,022 (the "'022 Patent")** |
| | | the forwarding data to that multicast group, except for the I/O interface on which the packet arrived. |
| 11 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450 <br><br> BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 <br><br> Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can determine the I/O interface on which packets received by a network device arrived, examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the device's multicast forwarding data based upon information in the packet. If the packet is not a multicast control packet, the device can determine if it is a message packet destined for a multicast group. The device determines the multicast group, retrieves the multicast forwarding data for this multicast group, and sends the packet out each I/O interface which is cross-referenced in the forwarding data to that multicast group. When there is no data associated with the identified multicast group, the packet is transmitted out all I/O interfaces except for the I/O interface on which the packet arrived. |
| 12 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450 <br><br> BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 <br><br> Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can determine the I/O interface on which packets received by a network device arrived, examine the packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the device's multicast forwarding data based upon information in the packet. The control packets are defined according to an IGMP standard such as IGMP v1, IGMP v2, or IGMP v3. |
| 13 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450 <br><br> BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can determine the I/O interface on which packets received by a network device arrived, examine the packets to determine if they are multicast control packets destined for another device, identify the multicast group of |

MP3 20186169.1

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | the packet, and update the device's multicast forwarding data based upon information in the packet. The control packets are defined according to an IGMP standard such as IGMP v1, IGMP v2, or IGMP v3, and are either a host membership query, a host membership report, a join host group packet, or a leave host group packet. |
| 14 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. |
| 15 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. The device identifies the I/O interface on which the packet arrived, and cross-references that I/O interface to the multicast group in conjunction with updating forwarding data. |
| 16 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450<br><br>BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. The device can identify the source of the packet, and cross-references that source to the identified multicast group in conjunction with updating forwarding data. |
| 17 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In |

The table heading row spanning the table: **U.S. Patent No. 6,539,022 (the "022 Patent")**

- 42 -

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | | U.S. Patent No. 6,539,022 (the "022 Patent") |
| | X450 | particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. The device identifies the I/O interface on which the packet arrived and the source of the packet, and cross-references that I/O interface and source to the multicast group in conjunction with updating forwarding data. |
| | BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | |
| | Alpine 3800, 3802, 3804, 3808 | |
| 18 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. If the packet is not a multicast control packet, the device can determine if it is a message packet destined for a multicast group. The device determine the multicast group, and sends the packet out each I/O interface which is cross-referenced in the forwarding data to that multicast group, except for the I/O interface on which the packet arrived. |
| | BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | |
| | Alpine 3800, 3802, 3804, 3808 | |
| 19 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features can examine packets to determine if they are multicast control packets destined for another device, identify the multicast group of the packet, and update the bridge's multicast forwarding data based upon information in the packet. Certain network devices exchange multicast control packets with other devices on the network to maintain multicast routing information. |
| | BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | |
| | Alpine 3800, 3802, 3804, 3808 | |
| 20 | Summit 1, 2, 3, 4, 24, 24e2, 24e3, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 400-48t, 1i, 5i, 7i, 48i, 48si, Px1, X450 | Each of the listed products/product lines contain IGMP snooping features which practice each of the elements of the patent claim. In particular, these IGMP snooping features monitor multicast control packets, and for these multicast control packets determine the source and the I/O interface upon which the packet arrived, maintain an |
| | BlackDiamond 6800, 6804, 6808, 6816, 8800, 8806, 8810, | |

- 43 -

| | U.S. Patent No. 6,539,022 (the "022 Patent") | |
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | 10808, 10K, 12K, 12804 | association of the multicast group with the I/O interface, and facilitate transmission of that packet to all I/O interfaces associated with that multicast group. |
| | Alpine 3800, 3802, 3804, 3808 | |

- 44 -

| | U.S. Patent No. 6,560,236 (the "'236 Patent") | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| 1 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. |
| 2 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. The network bridge also identifies the source of all packets received. |
| 3 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these VLAN features assign port based VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. The network bridge also identifies the source and destination of all packets received. The bridge determines the VLAN identifier assigned to the destination, and if the VLAN identifier of the destination is not the same as the VLAN identifier of the source, the packet is sent out a port not associated with the VLAN identifier of the source. |
| 4 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers |

- 45 -

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|-------|---------------------|------------------------|
| | BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 <br><br> Alpine 3800, 3802, 3804, 3808 | to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. When a multicast packet is received on a port not associated with a VLAN identifier, the network bridge transmits the packet on all ports having the same VLAN identifier as the one determined to be within the packet. |
| 5 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450 <br><br> BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 <br><br> Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. When a multicast packet is received on a port not associated with a VLAN identifier, the network bridge transmits the packet on all ports having the same VLAN identifier as the one determined to be within the packet. The VLAN identifier is removed from the packet (e.g., the packet is untagged as described in 802.1Q) before it is transmitted. |
| 6 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450 <br><br> BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 <br><br> Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. Each VLAN identifier is assigned a protocol type. |
| 7 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450 <br><br> BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same |

U.S. Patent No. 6,560,236 (the "'236 Patent)

- 46 -

## U.S. Patent No. 6,560,236 (the "'236 Patent)

| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
|---|---|---|
| | 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. Upon information and belief, each VLAN identifier is assigned a protocol type, but no two distinct VLAN identifiers which have the same protocol type are assigned to the same port. |
| 8 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. Each port can have multiple VLAN identifiers assigned to it. |
| 9 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a packet is received from a port belonging to the first group of ports, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. The network bridge also identifies the source and destination of the packet. If, for the received packet, the source VLAN identifier is not the same as the destination VLAN identifier, the packet is sent out port(s) not included in the first group of ports, and indication is given of the VLAN identifier assigned to the port on which the packet arrived. |
| 11 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. A network bridge is connected to a router by a client port. |

- 47 -

MP3 20186169.1

| | U.S. Patent No. 6,560,236 (the "'236 Patent) | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | Alpine 3800, 3802, 3804, 3808 | The router has a defined correspondence between ports connected to the network device and each VLAN identifier. When a packet is received on the network bridge from a port belonging to a first group of ports, it is transmitted out on all other ports with the same VLAN identifier as the source port. The network bridge also identifies the source, destination and destination VLAN identifier of the packet. If the VLAN identifier of the source and destination are different, the packet is sent out the client port. |
| 12 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24i, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. A network bridge is connected to a router by a client port. The router has a defined correspondence between ports connected to the network bridge and each VLAN identifier. When a packet is received on the network device from a port belonging to a first group of ports, it is transmitted out on all other ports with the same VLAN identifier as the source port. The network bridge also identifies the source, destination and destination VLAN identifier of the packet. If the VLAN identifier of the source and destination are different, the packet is sent out the client port. A second packet is received from the router, and the VLAN identifier is determined. |
| 13 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24i, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. A network bridge is connected to a router by a client port. The router has a defined correspondence between ports connected to the network bridge and each VLAN identifier. When a packet is received on the network device from a port belonging to a first group of ports, it is transmitted out on all other ports with the same VLAN identifier as the source port. The network bridge also identifies the source, destination and destination VLAN identifier of the packet. If the VLAN identifier of the source and destination are |

- 48 -

MP3 20186169.1

| U.S. Patent No. 6,560,236 (the "'236 Patent) | | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | | different, the packet is sent out the client port. The router sends a packet to the network bridge which has a VLAN identifier, and where the packet's source address is assigned to this VLAN identifier. |
| 14 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48s, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which practice each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. A network bridge is connected to a router by a client port. The router has a defined correspondence between ports connected to the network bridge and each VLAN identifier. When a packet is received on the network device from a port belonging to a first group of ports, it is transmitted out on all other ports with the same VLAN identifier as the source port. The network bridge also identifies the source, destination and destination VLAN identifier of the packet. If the VLAN identifier of the source and destination are different, the packet is sent out the client port. The router maintans a record of packets sent from the bridge and the respective VLAN identifier. |
| 15 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48s, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which embody each of the elements of the patent claim. In particular, these port based VLAN features assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. When a multicast packet is received on a port not associated with a VLAN identifier, the network bridge transmits the packet on all ports having the same VLAN identifier as the one determined to be within the packet. The VLAN identifier is removed from the packet (e.g., the packet is untagged as described in 802.1Q) before it is transmitted. |
| 16 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48s, X450 | Each of the listed products/product lines contain port based VLAN features which embody each of the elements of the patent claim. In |

- 49 -

MF3 20186169.1

| | U.S. Patent No. 6,560,236 (the "'236 Patent) | |
|---|---|---|
| CLAIM | INFRINGING PRODUCTS | BASIS FOR INFRINGEMENT |
| | BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | particular, these port based VLAN features use program instructions to assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. When a multicast packet is received on a port not associated with a VLAN identifier, the network bridge transmits the packet on all ports having the same VLAN identifier as the one determined to be within the packet. The VLAN identifier is removed from the packet (e.g., the packet is untagged as described in 802.1Q) before it is transmitted. The network device also identifies the source address of the packet. |
| 17 | Summit 24, 48, 200-24, 200-48, 300-24, 300-48, 400-24p, 400-24t, 1i, 5i, 7i, 48i, 48si, X450<br><br>BlackDiamond 6800, 6804, 6816, 8800, 8806, 8810, 10808, 10K, 12K, 12804<br><br>Alpine 3800, 3802, 3804, 3808 | Each of the listed products/product lines contain port based VLAN features which embody each of the elements of the patent claim. In particular, these port based VLAN features use program instructions to assign VLAN identifiers to ports, where all ports with the same identifier belong in the same group. When a multicast packet is received on a port associated with a VLAN identifier, the network bridge transmits the packet on all other ports which have the same VLAN identifier as the port on which the packet arrived. When a multicast packet is received on a port not associated with a VLAN identifier, the network bridge transmits the packet on all ports having the same VLAN identifier as the one determined to be within the packet. The VLAN identifier is removed from the packet (e.g., the packet is untagged as described in 802.1Q) before it is transmitted. The network device also identifies the source address, destination address and VLAN identifier of the destination of the packet. If the VLAN identifier of the source and VLAN identifier of the destination are not the same, the packet is sent out port(s) not associated with the source VLAN identifier. |

MP3 20186169.1