**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | Civil Action No: 05-CV-11298 (DPW) |
| Plaintiff, | ) | |
| v. | ) | |
| FOUNDRY NETWORKS, INC. AND EXTREME NETWORKS, INC., | ) | |
| Defendants. | ) | |

**PLAINTIFF ENTERASYS NETWORKS, INC.'S ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE OPPOSITION BRIEF TO EXTREME NETWORKS, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORY NOS. 1 AND 2**

Plaintiff Enterasys Networks, Inc. ("Enterasys") respectfully requests that the Court extend the deadline for Enterasys to file its brief opposing Extreme Networks, Inc.'s ("Extreme's") Motion To Compel Answers To Interrogatory Nos. 1 And 2 From Enterasys Networks, Inc. (Doc. No. 64), from October 6, 2006 to October 13, 2006. Enterasys has conferred with counsel for Extreme with respect to this motion who have given their assent to this extension request.

Dated:  September 28, 2006

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

 /s/ Marc N. Henschke
Christopher P. Sullivan, Esq. (BBO No.485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna (BBO No. 644556)
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

Of Counsel:
A. James Anderson, Esq. *(pro hac vice)*
Marla R. Butler, Esq. *(pro hac vice)*
Robins, Kaplan, Miller & Ciresi L.L.P.
2600 One Atlanta Plaza
Atlanta, GA 30326-1386
Tel. (404) 760-4300

Robert A. Auchter, Esq. *(pro hac vice)*
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, N.W.
Washington, DC  20006
Tel. (202) 775-0725

# CERTIFICATE OF SERVICE

I, Marc N. Henschke, hereby certify that on September 28, 2006, I caused the attached *Assented-to Motion to Extend Deadline to File Opposition Brief to Extreme Networks, Inc.'s Motion to Compel Answers to Interrogatory Nos. 1 and 2* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

| **Counsel for Defendant Foundry Networks, Inc.** | **Counsel for Defendant Extreme Networks, Inc.** |
|---|---|
| William L. Anthony, Jr., Esq.* <br> I. Neel Chatterjee, Esq.* <br> Fabio E. Marino, Esq.* <br> Raymis H. Kim, Esq.* <br> Sanjeet K. Dutta, Esq.* <br> Michael F. Heafey, Esq. <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 1000 Marsh Road <br> Menlo Park, CA  94025 | Terrence P. McMahon, Esq.* <br> Vera M. Elson, Esq.* <br> Behrooz Shariati, Esq.* <br> Firasat M. Ali, Esq.* <br> David H. Dolkas, Esq. <br> MCDERMOTT, WILL & EMERY LLP <br> 3150 Porter Drive <br> Palo Alto, CA  94303-1212 |
| Steven M. Bauer, Esq.* <br> Jeremy P. Oczek, Esq.* <br> PROSKAUER ROSE LLP <br> One International Place <br> Boston, MA 02110-2600 | Peter L. Resnik, Esq.* <br> Emily E. Smith-Lee, Esq.* <br> MCDERMOTT, WILL & EMERY LLP <br> 28 State Street <br> Boston, MA  02109-1775 |
| | Christopher D. Bright, Esq.* <br> Daniel R. Foster, Esq.* <br> MCDERMOTT, WILL & EMERY LLP <br> 18191 Von Karman Avenue, Suite 400 <br> Irvine, CA  92612-7107 |

Dated:  September 28, 2006        /s/ Marc N. Henschke
                                                         Marc N. Henschke