## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ENTERASYS NETWORKS, INC.,

        **Plaintiff,**

      v.

EXTREME NETWORKS, INC.,

        **Defendant.**

**Civil Action No. 05-11298-DPW**

## EXTREME NETWORKS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1(b)(3), Extreme networks, Inc. ("Extreme") hereby moves for leave to file a Reply Memorandum in Support of its Motion to Compel Answers to Interrogatories 1 and 2, which is attached hereto. Extreme submits that the reply is necessary to address certain statements and arguments made by Enterasys in its opposition, including statements and arguments that are inconsistent with the Court's prior remarks at a June 26, 2006 hearing, as demonstrated by a hearing transcript that only became available after Extreme filed its initial motion. Extreme's proposed reply is necessary for a full and fair opportunity to address these arguments, as well as the request for costs Enterasys has included in its opposition.

Counsel for Enterasys and counsel for Foundry have both stated that they will not oppose this motion for leave to file a reply.

Dated:  October 20, 2006

EXTREME NETWORKS, INC.

By its attorneys,


 /s/ Emily Smith-Lee

Emily Smith-Lee (BB0# 634223)

Terrence P. McMahon
Vera M. Elson
David H. Dolkas
Firasat M. Ali
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 813-5000

Christopher D. Bright
McDermott Will & Emery LLP
18191 Von Karman Ave.
Suite 400
Irvine, CA 92612-7107
(949) 851-0633

Peter L. Resnik (BBO# 417180)
Emily Smith-Lee (BB0# 634223)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000
MCDERMOTT WILL & EMERY LLP


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 20, 2006.


/s/ Emily Smith-Lee

Emily Smith-Lee