# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

MARC N. HENSCHKE
617-859-2784
mnhenschke@rkmc.com

November 22, 2006

*VIA ELECTRONIC CASE FILING (ECF)*

Michelle Rynne
Clerk to the Honorable Douglas P. Woodlock
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

  Re: *Enterasys Networks, Inc. v. Foundry Networks, Inc., et al.*
    **Civil Action No. 05-11298-DPW**

Dear Clerk Rynne:

 Please note the following change of address effective immediately and applicable only to the Washington D.C. office of Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for Plaintiff Enterasys Networks, Inc.:

<u>OLD ADDRESS</u>

Robert A. Auchter, Esq.
Suite 1200
1801 K Street, N.W.
Washington, DC  20006-1307
(202) 775-0725 (phone)
(202) 223-8604 (fax)

<u>NEW ADDRESSS</u>

Robert A. Auchter, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
Suite 300
1875 Eye Street, N.W.
Washington, DC  20006-5409
(202) 775-0725 (phone)
(202) 223-8604 (fax)

 Thanks so much for your attention to this matter.

        Sincerely,
        /s/ Marc N. Henschke

        Marc N. Henschke

MNH:nah
cc: All Counsel of Record (*VIA ECF*)
35035694