UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                    )
ENTERASYS NETWORKS, INC.,           )    Civil Action No: 05-CV-11298 (DPW)
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
FOUNDRY NETWORKS, INC. AND          )
EXTREME NETWORKS, INC.,             )
                                    )
        Defendants.                 )
_____)

**MOTION BY PLAINTIFF ENTERASYS NETWORKS, INC.
PURSUANT TO LOCAL RULE 7.2 FOR LEAVE TO FILE PAPERS UNDER SEAL**

Plaintiff Enterasys Networks, Inc. ("Enterasys") hereby requests leave pursuant to Local Rule 7.2 to file under seal on November 30, 2006 the Declaration Of Marc N. Henschke Regarding The Status Of Efforts To Locate Inventive Records Undertaken By Plaintiff Enterasys Networks, Inc. (the "Henschke Declaration").

As grounds for the present motion, Enterasys states that by Minute Order dated October 26, 2006, the Court required Enterasys to file a Declaration detailing the efforts that it has thus far undertaken in this case to locate inventive records of relevance to the patents-in-suit. Because most of these efforts have been carried out by Enterasys' undersigned counsel of record, any Declaration that fully complies with the Court's Minute Order must necessarily disclose numerous communications and undertakings that would otherwise be protected by attorney-client privilege and/or by the work product doctrine. Moreover, full compliance with the Court's Minute Order likewise requires disclosure of sensitive and confidential business and personal information belonging to Enterasys, its predecessor companies, and various third parties with

whom counsel of record has been in contact.

Due to the privileged, sensitive, and confidential nature of information to be included in the Henschke Declaration, Enterasys respectfully requests leave to file said document under seal and to have it remain impounded until further Order of the Court.

Simultaneous with filing the Henschke Declaration under seal with the Court, Enterasys will serve it by hand upon opposing counsel.

    Respectfully submitted,

    ENTERASYS NETWORKS, INC.

    By his attorneys,

    By its attorneys,

    /s/ Marc N. Henschke_____
    Christopher P. Sullivan, Esq. (BBO No.485120)
    Marc N. Henschke, Esq. (BBO No. 636146)
    Alan E. McKenna (BBO No. 644556)
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    800 Boylston Street, 25th Floor
    Boston, MA 02199
    Tel. (617) 267-2300

Of Counsel:
A. James Anderson, Esq. *(pro hac vice)*
Marla R. Butler, Esq. *(pro hac vice)*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
Atlanta, GA 30326-1386
Tel. (404) 760-4300

Robert A. Auchter, Esq. *(pro hac vice)*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
1875 Eye Street, N.W., Suite 300
Washington, DC 20006
Tel. (202) 775-0725

Dated: November 28, 2006

35035688

## CERTIFICATE OF SERVICE

      I, Marc N. Henschke, hereby certify that on November 28, 2006, I caused a true and correct copy of the attached *Motion By Plaintiff Enterasys Networks, Inc. Pursuant To Local Rule 7.2 For Leave To File Papers Under Seal* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Foundry Networks, Inc.**

    William L. Anthony, Jr., Esq.*
    I. Neel Chatterjee, Esq.*
    Michael F. Heafey, Esq.
    Sanjeet K. Dutta, Esq.
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
    Menlo Park, CA  94025

    Steven M. Bauer, Esq.*
    Jeremy P. Oczek, Esq.*
    PROSKAUER ROSE LLP
    One International Place
    Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.**

    Terrence P. McMahon, Esq.*
    Vera M. Elson, Esq.*
    David H. Dolkas, Esq.
    MCDERMOTT, WILL & EMERY LLP
    3150 Porter Drive
    Palo Alto, CA  94303-1212

    Peter L. Resnik, Esq.*
    Benjamin A. Goldberger, Esq.*
    MCDERMOTT, WILL & EMERY LLP
    28 State Street
    Boston, MA  02109-1775

    Christopher D. Bright, Esq.
    MCDERMOTT, WILL & EMERY LLP
    18191 Von Karman Avenue, Suite 400
    Irvine, CA  92612-7107

Dated:  November 28, 2006        /s/ Marc N. Henschke
                                          MARC N. HENSCHKE