## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., | ) |
| Plaintiff, | ) Civil Action No: 05-CV-11298 (DPW) |
| v. | ) |
| FOUNDRY NETWORKS, INC. AND EXTREME NETWORKS, INC., | ) |
| Defendants. | ) |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the document listed below has been manually filed with the Court under seal in paper form only:

1. Declaration Of Marc N. Henschke Regarding The Status Of Efforts To Locate Inventive Records Undertaken By Plaintiff Enterasys Networks, Inc.

The original documents are under seal in the case file in the Clerk's Office.

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By his attorneys,

By its attorneys,

/s/ Marc N. Henschke
Christopher P. Sullivan, Esq. (BBO No.485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna (BBO No. 644556)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

Of Counsel:
A. James Anderson, Esq. *(pro hac vice)*
Marla R. Butler, Esq. *(pro hac vice)*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
Atlanta, GA 30326-1386
Tel. (404) 760-4300

Robert A. Auchter, Esq. *(pro hac vice)*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
1875 Eye Street, N.W., Suite 300
Washington, DC  20006
Tel. (202) 775-0725

Dated:  November 30, 2006

35035814

## CERTIFICATE OF SERVICE

      I, Marc N. Henschke, hereby certify that on November 30, 2006, I caused a true and correct copy of the attached *Notice Of Manual Filing With Clerk's Office* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated below:

**Counsel for Defendant Foundry Networks, Inc.**

    William L. Anthony, Jr., Esq.*
    I. Neel Chatterjee, Esq.*
    Michael F. Heafey, Esq.
    Sanjeet K. Dutta, Esq.
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
    Menlo Park, CA  94025

    Steven M. Bauer, Esq.*
    Jeremy P. Oczek, Esq.*
    PROSKAUER ROSE LLP
    One International Place
    Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.**

    Terrence P. McMahon, Esq.*
    Vera M. Elson, Esq.*
    David H. Dolkas, Esq.
    MCDERMOTT, WILL & EMERY LLP
    3150 Porter Drive
    Palo Alto, CA  94303-1212

    Peter L. Resnik, Esq.*
    Benjamin A. Goldberger, Esq.*
    MCDERMOTT, WILL & EMERY LLP
    28 State Street
    Boston, MA  02109-1775

    Christopher D. Bright, Esq.
    MCDERMOTT, WILL & EMERY LLP
    18191 Von Karman Avenue, Suite 400
    Irvine, CA  92612-7107

Dated:  November 30, 2006                    /s/ Marc N. Henschke
                                                  MARC N. HENSCHKE