IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC., <br><br> Defendants. | Case No.: 05-11298 (DPW) |

## NOTICE OF APPEARANCE OF JOHN W. PINT

Pursuant to Local Rule 83.5.2(a), please enter the appearance of John W. Pint, of the law firm Proskauer Rose LLP, as counsel for Defendant Foundry Networks, Inc. in the above-captioned case.

Dated: January 16, 2007

Respectfully submitted,

/s/ John W. Pint
John W. Pint (BBO #660548)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

ATTORNEY FOR DEFENDANT FOUNDRY NETWORKS, INC.