IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ENTERASYS NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11298 (DPW) |
| ) | |
| v. ) | |
| ) | |
| FOUNDRY NETWORKS, INC.; and ) | |
| EXTREME NETWORKS, INC., ) | |
| ) | |
| Defendants. ) | |

### ASSENTED-TO MOTION TO ADMIT ANNA R. CARR *PRO HAC VICE*

Now comes Alan E. McKenna, counsel of record for the Plaintiff, and a member in good standing of the bar of the United States District Court for the District of Massachusetts and of the Massachusetts Supreme Judicial Court, and respectfully requests this Court to admit Anna R. Carr *pro hac vice* in this matter. In support of this Motion, Attorney McKenna states as follows:

1. Attorney Carr is an attorney practicing with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., 2600 One Atlanta Plaza, 950 East Paces Ferry Road N.E., Atlanta, Georgia 30326.

2. Attorney Carr is admitted to practice in the highest court of the state of North Carolina, The United States District Court for the Eastern District of North Carolina, and The United States District Court for the Middle District of North Carolina.

3. Attorney Carr is a member of the bar in good standing of every jurisdiction where she has been admitted to practice.

ATI 30054361.1

4. There are no disciplinary proceedings pending against Attorney Carr as a member of the bar of any jurisdiction.

5. Attorney Carr is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. Counsel for both Foundry Networks and Extreme Networks have assented to this Motion.

In further support of this Motion, Attorney McKenna submits the accompanying Affidavit of Anna R. Carr, attached as Exhibit "A".

WHEREFORE, Attorney McKenna respectfully requests that this Court allow this Motion in its entirety.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

Christopher P. Sullivan, Esq. (BBO No. 485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300
Attorneys for Plaintiff
ENTERASYS NETWORKS, INC.

DATED: March 30, 2007

ATI 30054361.1

## STATEMENT REGARDING LOCAL RULE 7.1

Pursuant to Local Rule 7.1, undersigned counsel for Enterasys certifies that he has conferred with counsel for both Foundry Networks and Extreme Networks, who have assented to this Motion.

_____
Alan E. McKenna

## CERTIFICATE OF SERVICE

I, Alan E. McKenna, hereby certify that on March 30, 2007, I caused a true and correct copy of the attached *Assented-To Motion To Admit Anna R. Carr Pro Hac Vice* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record set forth below:

**Counsel for Defendant Foundry Networks, Inc.**

    William L. Anthony, Jr., Esq.
    I. Neel Chatterjee, Esq.
    Sanjeet K. Dutta, Esq.
    Raymis H. Kim, Esq.
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
    Menlo Park, CA 94025

    Steven M. Bauer, Esq.
    Jeremy P. Oczek, Esq.
    PROSKAUER ROSE LLP
    One International Place
    Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.**

    Terrence P. McMahon, Esq.
    Vera M. Elson, Esq.
    MCDERMOTT, WILL & EMERY LLP
    3150 Porter Drive
    Palo Alto, CA 94303-1212

    Peter L. Resnik, Esq.
    Emily E. Smith-Lee, Esq.
    MCDERMOTT, WILL & EMERY LLP
    28 State Street
    Boston, MA 02109-1775

    Christopher D. Bright, Esq.
    MCDERMOTT, WILL & EMERY LLP
    18191 Von Karman Avenue, Suite 400
    Irvine, CA 92612-7107

Dated: March 30, 2007

                                          ALAN E. MCKENNA

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-11298 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| FOUNDRY NETWORKS, INC.; and EXTREME NETWORKS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF ANNA R. CARR IN SUPPORT OF MOTION
TO ADMIT ANNA R. CARR *PRO HAC VICE*** 

The affiant, Anna R. Carr hereby deposes and states:

1. I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi, LLP, 2600 One Atlanta Plaza, 950 East Paces Ferry Road N.E., Atlanta, Georgia 30326.

2. This affidavit is submitted in support of Alan E. McKenna's Motion to Admit Anna R. Carr *Pro Hac Vice*.

3. I am admitted to practice in the highest court of the state of North Carolina and in the following Federal Courts: The United States District Court for the Eastern District of North Carolina and The United States District Court for the Middle District of North Carolina.

4. I am a member of the bar in good standing of every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

BN1 35038467.1

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 27th day of March, 2007.

_____
Anna R. Carr

BN1 35038467.1