UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC. and )<br>EXTREME NETWORKS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11298-DPW |

### MOTION FOR ADMISSION OF STEVEN L. WALKER AND DAVID L. LARSON _PRO HAC VICE_

Now comes Emily E. Smith-Lee, counsel of record for Defendant Extreme Networks, Inc. and a member in good standing of the bar of the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court, and respectfully requests this Court to admit Steven L. Walker and David L. Larson _pro hac vice_ in this matter. In support of this Motion, Attorney Smith-Lee states:

1. Both Attorney Walker and Attorney Larson are attorneys in the law firm of McDermott Will & Emery LLP, 3150 Porter Drive, Palo Alto, California 94304.

2. Attorney Walker is admitted to practice in the State of California, the State of Washington, U.S. District Court for the Northern District of California, U.S. Court of Appeals for the Federal Circuit, and U.S. Court of Appeals for the Ninth Circuit.

3. Attorney Walker is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

4. Attorney Larson is an active member in good standing of the Bar of the State of California and a member in good standing in every jurisdiction in which he has been admitted, and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

6. Both Attorney Walker and Attorney Larson are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this Motion, attached is a certificate signed by Attorney Walker (Exhibit A), and a certificate signed by Attorney Larson (Exhibit B), as required by Local Rule 83.5.3(b).

For all of the foregoing reasons, Attorney Smith-Lee respectfully requests that the Court admit Attorneys Walker and Larson *pro hac vice* in this matter.

Dated: April 5, 2007                                EXTREME NETWORKS, INC.

                                                    /s/ Emily E. Smith-Lee
                                                    Emily E. Smith-Lee (BBO #634223)
                                                    MCDERMOTT, WILL & EMERY LLP
                                                    28 State Street
                                                    Boston, MA  02109
                                                    Tel. (617) 535-4000

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 6, 2007.

|  | /s/ Emily E. Smith-Lee |
|--|--|
|  | Emily E. Smith-Lee |

BST99 1537109-1.065994.0016

# EXHIBIT A

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC. and )<br>EXTREME NETWORKS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11298-DPW |

### CERTIFICATE OF STEVEN L. WALKER IN SUPPORT OF MOTION FOR ADMISSION, *PRO HAC VICE*

Steven L. Walker states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 3150 Porter Drive, Palo Alto, California 94304.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission, *pro hac vice*.

3. I am admitted to practice in the State of California, the State of Washington, U.S. District Court for the Northern District of California, U.S. Court of Appeals for the Federal Circuit, and U.S. Court of Appeals for the Ninth Circuit .

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2

      6.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

      I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2007.

/S/ *Steven L. Walker*
_____
STEVEN L. WALKER

MPK 124749-1.065994.0016

# EXHIBIT B

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOUNDRY NETWORKS, INC. and )<br>EXTREME NETWORKS, INC., )<br>)<br>Defendants. )<br>_____) | **Civil Action No. 05-11298-DPW** |

### CERTIFICATE OF DAVID L. LARSON IN SUPPORT OF
### MOTION FOR ADMISSION, *PRO HAC VICE*

I, David L. Larson, certify as follows:

1. I am a member of the law firm McDermott Will & Emery, and maintain my principal office in the firm's Palo Alto office, which is located at 3150 Porter Drive, Palo Alto, CA 94304, telephone number 650-813-5000.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission, *Pro Hac Vice*.

2. I am an active member in good standing of the Bar of the State of California and am a member in good standing in every jurisdiction in which I have been admitted.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

MPK 124747-1.065994.0016

5. I seek to be admitted *pro hac vice* for the defendant Extreme Networks, Inc.

I certify the foregoing is true and correct.

Dated: April 5, 2007                            /s/ David L. Larson
                                                                David L. Larson