**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 05-CV-11298 (DPW) |
| v. | ) | |
| | ) | |
| FOUNDRY NETWORKS, INC., and | ) | **ORAL ARGUMENT REQUESTED** |
| EXTREME NETWORKS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

<u>**MEMORANDUM IN SUPPORT OF EXTREME'S REPLY REGARDING**</u>
<u>**EXTREME'S EXPEDITED MOTION TO REDUCE TO A MANAGEABLE NUMBER**</u>
<u>**THE PATENT CLAIMS AT ISSUE IN THIS CASE**</u>

Defendant Extreme Networks, Inc. ("Extreme") files this reply in support of its motion seeking an order requiring plaintiff Enterasys, Inc. ("Enterasys") to immediately reduce to a reasonable number the patent claims to be construed, and eventually tried, in this action – no more than two to three claims per patent.

Enterasys unpersuasively argues that it is being forced to "arbitrarily and permanently relinquish its patent rights." (Opp. at 5.) Enterasys has now (and has had for months, at least) within its possession ample information to make an *informed* decision as to what claims it truly intends to assert in this case. Extreme has produced thousands of pages of core technical documents about its accused products and identified the key items of prior art that it believes invalidate the patents. Walker Decl., ¶ 2. Enterasys was warned by the Court over *seventeen* months ago that it must limit the number of asserted claims, and since that time Enterasys has retained no less than five technical experts, presumably has had access to the inventors of the six patents, and presumably performed a Rule 11 analysis assessing the strengths and weaknesses of its case prior to filing suit. *Id.* There is no reason why Enterasys, who is the plaintiff, can not decide its final claims. Enterasys' argument that it would be "permanently" relinquishing its

patents rights is unimpressive because Enterasys can always bring a motion, for good cause, to substitute claims.

Enterasys' proposal – to identify *30 claims* now with the right to add back up to *three dependent claims* later – is no reduction whatsoever for the reasons stated in Extreme's Motion. [1] (Motion, 10-11.)  This is still far too many claims to reasonably litigate in one case, and Enterasys by now, nearly 22 months since it filed this lawsuit, should be able to identify 2 to 3 claims per patent to assert.  Enterasys neglects to say that its proposal could actually be 48 claims once it adds additional dependent claims.  Enterasys' proposal is nothing short of a moving target with respect to what claims are truly at issue because it allows Enterasys to change claims. Enterasys' proposal places an undue burden and expense on Extreme and the Court by requiring: (i) invalidity and noninfringement contentions on over 30 claims across six different patents in April; (ii) proposed claim constructions in May; and (iii) claim construction briefs in June.  The huge burden and expense does not end there because some or all of the process would need to be repeated for any additional claims Enterasys later chooses to add (up to 18 additional claims).

Enterasys argues that its proposal is reasonable because Extreme has failed to produce critical technical documents and provide its invalidity contentions.  (Opp. 6-10.)  This is simply wrong.  Although Enterasys does not need additional technical documents to select claims, Extreme nevertheless provided all of the follow-up documentation relating to the accused products that Enterasys has requested in meet and confers with, and letters to, Extreme.  Walker Decl., ¶ 3.  The only technical documents that Enterasys specifically identifies in its Opposition as not having been produced are "technical documents relating to the Inferno and Triumph chipsets."  (Opp. at 9.)  However, Extreme has already produced those documents, and Enterasys admits in its Opposition that it is reviewing the documents.  *Id.* (Opp. at 10.)  There are no

_____

[1] After Extreme filed its Motion, Enterasys, by letter dated April 4, 2007, provided a list of 30 claims subject to a reservation of its rights to add back into the case up to three dependent claims per patent.  Walker Decl., ¶ 5, Exh. A..  On April 5, Extreme wrote back stating that this is still far to many claims and asking Enterasys to identify 2 to 3 claims per patent.  *Id.* at ¶ 6, Exh. B.

pending motions to compel technical documents from Extreme.  Walker Decl., ¶ 3.  In short, Enterasys has the information it allegedly needs to identify the patent claims at issue in this case.

Enterasys' unfounded claim that Extreme has failed to timely and properly respond to Enterasys' Interrogatory No. 11 (relating to invalidity) is hardly an excuse for refusing to limit the asserted claims to a reasonable number.  (Opp. at 10-12.)  The Scheduling Order does not require Extreme to provide its invalidity contentions until April 16, 2007, and indeed, Enterasys *agreed* to that date – the Court granted the parties' *joint motion* to modify the scheduling order extending the deadlines in this case, including the deadline for serving invalidity contentions.

Moreover, Enterasys already knows the prior art that Extreme presently relies upon to prove that Enterasys' patents are invalid.  Extreme provided a supplemental response to Enterasys' Interrogatory No. 11 identifying all of the prior art that Extreme currently relies upon to prove that Enterasys' patents are invalid.  Walker Decl., ¶ 4.  Enterasys has the information it needs to pick its claims.

Enterasys' unpersuasively argues that the Court would not be unduly burdened by having to construe a total of *30 claims* with the right to *add up to three dependent claims per patent* (a total of 18 potentially claims).  (Opp. 12 - 13.)  A cursory review of the 30 patent claims that Enterasys has selected quickly reveals the complexity of the claims and the difficult and time-consuming task faced by the Court in properly interpreting the claims' scope and meaning.  Enterasys' argument that dependent claims "share many of the same claim terms" and that some asserted claims "parallel" other asserted claims does little to lighten the daunting task faced by the Court and the parties.  (Opp. at 12-13.)  For the Court's convenience, Extreme has provided a copy of the 30 claims that Extreme has identified – the language of the claims themselves shows the unreasonableness of Enterasys' position .  Walker Decl., ¶ 7, (Exhs. C – H.).  There is no question that the Court will soon face hundreds of pages of claim construction briefs.  Significantly, in arguing that that the Enterasys' proposal would not unduly burden the Court, Enterasys completely fails to address the unquestionable burden and expense in having to

provide invalidity and noninfringement contentions on the 30 claims.  This alone is a reason to reject Enterasys' unwieldy proposal.

      For all of the foregoing reasons, defendant Extreme respectfully moves that the Court enter the following Order that plaintiff Enterasys select three or fewer claims per patent by a date set by the Court.

Dated: April 11, 2007                    EXTREME NETWORKS, INC.


                                      _/s/ Emily Smith-Lee_____
                                        Emily Smith-Lee, Esq. BBO No. 634223
                                        MCDERMOTT, WILL & EMERY LLP
                                        28 State Street
                                        Boston, Massachusetts  02109-1775
                                        Tel. (617) 535-4000

1

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

3

4    ENTERASYS NETWORKS, INC.,

5                                    Plaintiff,

6    v.

7    FOUNDRY NETWORKS, INC., and
     EXTREME NETWORKS, INC.

8
                                    Defendants.
9

)
)
)
)
)    Civil Action No: 05-CV-11298 (DPW)
)
)
)    **ORAL ARGUMENT REQUESTED**
)
)
)
)

10
11    <u>DECLARATION OF STEVEN WALKER IN SUPPORT OF EXTREME'S REPLY
      REGARDING EXTREME'S EXPEDITED MOTION TO REDUCE TO A
      MANAGEABLE NUMBER THE PATENT CLAIMS AT ISSUE IN THIS CASE</u>

12

13          I, Steven L. Walker, declare:

14          1.      I am an attorney licensed to practice before all the Courts of the State of

15    California, as well as the United States District Court for the Northern District of California.  I

16    am a partner with the law firm of McDermott Will & Emery LLP, counsel defendant Extreme

17    Networks, Inc. ("Extreme").  I make this declaration of my own personal knowledge and/or

18    based on my review of the records in this matter.  If called as a witness, I could and would

19    competently testify as to each stated fact.  This declaration is submitted in support of Extreme's

20    Reply Regarding Extreme's Expedited Motion To Reduce To A Manageable Number The

21    Patent Claims At Issue In This Case.

22          2.      Extreme has produced thousands of pages of core technical documents about its

23    accused products and identified the key items of prior art that it believes invalidate the patents.

24    Enterasys was warned by the Court over *seventeen* months ago that it must limit the number of

25    asserted claims, and since that time has retained no less than five technical experts, presumably

26    has had access to the inventors of the six patents, and presumably performed a Rule 11 analysis

27    assessing the strengths and weaknesses of its case prior to filing suit.

28

1       3.      Extreme has provided all of the follow-up technical documentation relating to the

2  accused products that Enterasys has requested in meet and confers with, and letters to, Extreme.

3  This includes the technical documents relating to the Inferno and Triumph chipsets." There are

4  no pending motions to compel technical documents from Extreme.

5       4.      Extreme provided a supplemental response to Enterasys' Interrogatory No. 11

6  identifying all of the prior art that Extreme presently relies upon to prove that Enterasys' patents

7  are invalid.

8       5.      Attached hereto and marked as Exhibit A is a letter dated April 4, 2007, from M.

9  Henschke to S. Walker.

10      6.      Attached hereto and marked as Exhibit B is a letter dated April 5, 2007, from F.

11  Ali to M. Henschke.

12      7.      Attached hereto and marked as Exhibits C – H are portions of the patents-in-suit

13  relating to the 30 claims that Enterasys has identified.

14

15       I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.  This declaration was executed on April 10, 2007, at Palo Alto,

17  California.

18                      /s/  Steven L. Walker

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199
TEL: 617-267-2300 FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

MARC N. HENSCHKE
mnhenschke@rkmc.com
617-859-2784

April 4, 2007

*VIA E-MAIL (PDF ATTACHMENT)*

Steven L. Walker, Esq.
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94303-1212

Re:    ***Enterasys Networks v. Foundry Networks and Extreme Networks***
***Civ. Act. No. 05-11298-DPW (D. Mass)***
**Our File No.: 070610.0001**

Dear Steve:

As you are aware, beginning on March 6, 2007, Enterasys made a standing offer to Extreme for significantly streamlining this case by agreeing to drop nearly 80% of its asserted patent claims on an expedited basis, thereby reducing the number of claims presently at issue from 129 down to just 30. Given the fact that Enterasys has strong evidence demonstrating Extreme's infringement of all the claims subject to being dropped, this is truly an extraordinary offer that places paramount importance on judicial efficiency concerns above all others.

In keeping with its standing offer, Enterasys hereby identifies its list of the 30 remaining claims as follows:

(i)     '173 patent: Claims 1, 3, and 5;
(ii)    '205 patent: Claims 1, 3, 5, 7, 18, and 21;
(iii)   '236 patent: Claims 1, 2, 6, and 8;
(iv)    '022 patent: Claims 1, 3, 5, 6, 12, and 20;
(v)     '665 patent: Claims 1, 4, 5, 6, and 7; and
(vi)    '995 patent: Claims 1, 14, 19, 25, 32, and 33.

At potential great prejudice to itself, Enterasys has been forced to undertake this claims reduction exercise while "operating in the dark" due to Extreme's ongoing failure to have disclosed the very types of information that Enterasys requires in order to make informed and intelligent decisions about which claims to drop. Indeed, to date Extreme has failed to disclose its invalidity contentions, failed to disclose its non-infringement contentions, failed to complete its production of key technical documents, and failed to identify witnesses or confirm dates for the Rule 30(b)(6) deposition notice directed to Extreme's product engineers that Enterasys served back in February.

Steven L. Walker, Esq.
April 4, 2007
Page 2

Accordingly, in order to afford itself the most basic modicum of protection against the danger of dropping key patent claims on an uninformed basis, Enterasys is providing the list of 30 claims set forth above subject to a reservation of its rights to add back into the case no more than three additional dependent claims per patent, if necessary, after having had the opportunity to examine Extreme's invalidity contentions due to be served on April 16, 2007. Consistent with what has been discussed at our meet-and-confers, Enterasys proposes to identify any claims to be added back on or before April 30, 2007, and agrees to allow Extreme until May 14, 2007 to serve its invalidity and non-infringement responses to any such reinstituted claims.

In the meantime, we look forward to receiving Extreme's invalidity contentions on April 16, 2007 that are required to be provided in the form of a chart that describes in detail on an element-by-element basis how each asserted prior art reference (or combination of references) purportedly anticipates or renders obvious each of Enterasys' 30 asserted claims, including citations to specified column and line numbers of those prior art references where applicable.

Sincerely,

Marc N. Henschke

MNH:nah
cc:     Vera M. Elson, Esq. (*VIA US MAIL & EMAIL*)
        David H. Dolkas, Esq. (*VIA EMAIL*)
        David L. Larson, Esq. (*VIA EMAIL*)
        Christopher D. Bright, Esq. (*VIA EMAIL*)
        Emily E. Smith-Lee, Esq. (*VIA EMAIL*)
        Firasat M. Ali, Esq. (*VIA EMAIL*)
        Richard Cheng (*VIA EMAIL*)
        Sabrina M. Johnson (*VIA E-MAIL*)
        T. Nation (*VIA E-MAIL*)

35038592

# EXHIBIT "B"

# McDermott
# Will&Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Firasat Ali
Attorney at Law
Fali@mwe.com
650.813.5012

April 5, 2007

BY E-MAIL

Marc N. Henschke, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
Prudential Tower
800 Boylston Street, 25th Floor
Boston, MA 02199
mnhenschke@rkmc.com

Re:     *Enterasys Networks v. Extreme Networks*, Civil Action No. 05-12235 (D. Mass.)

Dear Marc:

This letter responds to your letter to Steve Walker dated April 4, 2007. Faced with Extreme's motion to reduce the asserted claims, Enterasys now offers to withdraw (at least temporarily) some of the 129 patent claims it asserts and identifies a list of 30 "remaining" claims, while seeking credit for this "extraordinary offer" that "drop[s] nearly 80% of its asserted patent claims." Enterasys purports to grant itself, furthermore, a "reservation of its rights to add back into the case" as many as three additional claims per patent. This offer is identical to that Extreme rejected during our meet and confers, and we continue to reject it.

For the reasons we previously told you during our meet and confers, and as set forth in our letter dated March 30, your position is unreasonable and not an adequate response to our motion. The number of claims you propose to assert – 30, potentially increasing to 48 –still is far too many to reasonably litigate in one case. We continue to believe that Enterasys should be able by now, nearly 22 months since it filed this lawsuit, to identify 2 to 3 claims per patent to assert.

Further, your allegation that "Enterasys has been forced to undertake this claims reduction exercise while 'operating in the dark'" is baseless. No one "forced" Enterasys to reduce claims; Enterasys has elected to do so in the face of a motion.

Moreover, your allegations that Extreme has failed to disclose its invalidity contentions, its non-infringement contentions, its key technical documents and its witnesses in response to Enterasys' 30(b)(6) deposition notice, similarly, are groundless. First, it is disingenuous to claim Extreme has failed to disclose its contentions when, under the schedule Enterasys itself agreed to, these are not due until April 16 (invalidity claim charts) and April 30 (noninfringement claim charts). Extreme intends to comply with this schedule. In any event, Extreme already has provided substantial information relating to its positions on invalidity and non-infringement in its interrogatory responses, in letters, and in meet-and-confers, including a complete list of all prior art it asserts against each of the six patents.

Marc N. Henschke
April 5, 2007
Page 2


Second, Extreme already has produced its key technical documents, and also has provided all the follow-up documents you requested by letter. *See, e.g.,* your letter to me dated February 12, 2007, and Extreme's production CD's (EXT 46-48) produced in March, 2007. Third, the notice date of Enterasys' 30(b)(6) deposition request is April 19, and Extreme hardly can be said to have refused to provide witnesses when the notice date still is two weeks away.

At this point, Enterasys does not need more invalidity contentions, more documents, or more deposition testimony to choose its claims. Enterasys has now (and has had for months, at least) within its possession ample information to determine what claims to assert at trial.

In summary, your letter inaccurately and unjustifiably alleges failures to disclose by Extreme, and offers nothing beyond what Extreme previously rejected. For the reasons we told you before, and reiterate here, Extreme does not intend to withdraw its motion.


Sincerely,

*Firasat Ali*

Firasat Ali


cc:    Alan E. McKenna, Esq.  (By Email)
       Mathew H. Poppe, Esq.  (By Email)

# EXHIBIT "C"

US005390173A

# United States Patent [19]

## Spinney et al.

[11] **Patent Number:** **5,390,173**

[45] **Date of Patent:** **Feb. 14, 1995**

[54] **PACKET FORMAT IN HUB FOR PACKET DATA COMMUNICATIONS SYSTEM**

[75] Inventors: **Barry A. Spinney**, Wayland; **Robert J. Simcoe**, Westboro; **Robert E. Thomas**, Hudson; **George Varghese**, Bradford, all of Mass.

[73] Assignee: **Digital Equipment Corporation**, Maynard, Mass.

[21] Appl. No.: **965,651**

[22] Filed: **Oct. 22, 1992**

[51] Int. Cl.6 .......................... H04J 3/26; H04L 12/46
[52] U.S. Cl. .................................. 370/60; 370/85.13; 370/94.1
[58] Field of Search ........................ 370/60, 60.1, 85.9, 370/85.13, 85.14, 94.1, 94.2, 94.3, 85.6; 340/825.02, 825.03, 825.8, 825.52

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,706,081 | 11/1987 | Hart et al. | 370/85.13 X |
| 4,933,937 | 6/1990 | Konishi | 370/94.1 X |
| 5,020,020 | 5/1991 | Pomfret et al. | 370/94.1 X |
| 5,060,228 | 10/1991 | Tsutsui et al. | 370/85.9 X |
| 5,088,091 | 2/1992 | Schroeder et al. | 370/85.13 X |
| 5,115,432 | 5/1992 | Haas | 370/94.1 |
| 5,121,383 | 6/1992 | Golestani | 370/85.6 X |
| 5,220,562 | 6/1993 | Takada et al. | 370/85.13 |

### FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 0281785 | 9/1988 | European Pat. Off. | H04L 11/16 |
| 0404337 | 12/1990 | European Pat. Off. | H04L 12/28 |
| 0473066 | 3/1992 | European Pat. Off. | H04L 12/46 |
| 4103888 | 8/1991 | Germany | H04L 12/28 |

*Primary Examiner*—Melvin Marcelo
*Attorney, Agent, or Firm*—Kenneth F. Kozik; A. Sidney Johnston

[57] **ABSTRACT**

A packet data communication network employs a local switch, router or bridge device functioning to transfer packets between segments of a larger network. When packets enter this device, an address translation is performed to generate local source and destination addresses which are much shorter than the globally-unique addresses contained in the packet as dictated by the protocol. These local addresses are inserted in a header that is added to the packet, in addition to any header already contained in the packet. This added header travels with the packet through the local switch, router or bridge device, but then is stripped off before the packet is sent out onto another network segment. The added header may also contain other information, such as a local name for the source and destination segment (link), as well as status information that is locally useful, but not part of the packet protocol and not necessary for transmission with the packet throughout the network. Local congestion information, results of address translations, and end-of-message information, are examples of such status information.

**24 Claims, 8 Drawing Sheets**



5,390,173

**15**

What is claimed is:

1. A packet data communications network comprising:

a first network segment having a plurality of stations, one of said stations sending a message packet onto said first network segment of a first format; said first format including a first header and a data field with network destination address in said communications network;

a first network transfer device having an input connected to said first network segment to receive said message packet and having an output; the first network transfer device applying a second header to said message packet, said second header including a switching address translated from said destination address, said second header further including local status information and a plurality of status fields to indicate a message packet servicing;

a switching device having a plurality of ports, a first of said ports being connected to said output of said first network transfer device; the switching device receiving said message packet with said second header and sending said message packet with said second header to a second port as selected by said switching address, and in response to said local status information and the plurality of status fields;

a second network transfer device having an input connected to said second of said ports of said switching device and having an output connected to a second network segment, the second network transfer device receiving said message packet via said switching device to forward to said second network segment; the second network transfer device removing said second header from said message packet.

2. A network according to claim 1 wherein said network has a plurality of links, and each of said links is assigned a link number, and said second header includes a link number for a source of said message packet and a link number for a destination of said message packet.

3. A network according to claim 1 wherein said destination address contains N bits, and said switch address contains M bits, where N and M are integers and N $>>$ M.

4. A network according to claim 3 wherein said packet includes a network source address of N bits, and said added header contains a source switch address of M bits translated from said network source address.

5. A network according to claim 4 wherein said switching device is a crossbar switch.

6. A network according to claim 5 wherein said first network segment is a serial FDDI link, and said ports are parallel ports.

7. A network according to claim 6 wherein said added header contains a service class field, and said switching device processes said packet in response to said service class field.

8. A network according to claim 7 wherein said added header contains a protocol class field, and said switching device processes said packet in response to said protocol class field.

9. A network according to claim 8 wherein said added header contains a status field indicating local congestion, and said switching device processes said packet in response to said status field.

10. A method of operating a packet data communications network, the network including a first network segment having a plurality of stations and a second

**16**

network segment having a plurality of stations, and including a switching device interconnecting said first and second segments, comprising the steps of:

sending from one of said stations of said first network segment a message packet of a first format onto said first network segment; said first format including a first header and a data field with a network destination address in said communications network;

receiving said message packet at a first network transfer device having an input connected to said first network segment; the first network transfer device applying a second header to said message packet, said second header including a switching address translated from said destination address, said second header further including local status information and a plurality of status fields to indicate a message packet servicing;

receiving at said switching device said message packet with said second header and sending said message packet with said second header to a port of said switching device as selected by said switching address, and in response to said local status information and the plurality of status fields;

receiving said message packet at said second network transfer device via said switching device and forwarding said message packet to said second network segment; the second network transfer device removing said second header from said message packet.

11. A method according to claim 10 wherein said network has a plurality of links, and each of said links is assigned a link number, and inserting in said second header a link number for a source of said message packet and a link number for a destination of said message packet.

12. A method according to claim 10 wherein said destination address contains N bits, and said switch address contains M bits, where N and M are integers and N $>>$ M.

13. A method according to claim 12 wherein said packet includes a network source address of N bits, and inserting in said added header a source switch address of M bits translated from said network source address.

14. A method according to claim 13 wherein said switching device is a crossbar switch.

15. A method according to claim 14 including transmitting on said first network segment by a serial FDDI method, and said port of said switching device being a parallel port.

16. A method according to claim 15 including inserting in said added header a service class field, and said switching device processes said packet in response to said service class field.

17. A method according to claim 16 including inserting in said added header a protocol class field, and said switching device processes said packet in response to said protocol class field.

18. A method according to claim 17 including inserting in said added header a status field indicating local congestion, and said switching device processes said packet in response to said status field.

19. A packet data communications network comprising:

a first network segment having a plurality of stations, one of said stations sending a message packet onto said first network segment of a first format; said first format including a first header and a data field

5,390,173

**17**

with network destination address in said communications network;

a first network transfer device having an input connected to said first network segment to receive said message packet and having an output; the first network transfer device applying a second header to said message packet, said second header including a switching address translated from said destination address, said second header including local status information and a service class field;

a switching device having a plurality of ports, a first of said ports being connected to said output of said first network transfer device; the switching device receiving said message packet with said second header and sending said message packet with said second header to a second port as selected by said switching address, and in response to said local status information and said service class field;

a second network transfer device having an input connected to said second of said ports of said switching device and having an output connected to a second network segment, the second network transfer device receiving said message packet via said switching device to forward to said second network segment; the second network transfer device removing said second header from said message packet.

20. A packet data communications network comprising:

a first network segment having a plurality of stations, one of said stations sending a message packet onto said first network segment of a first format; said first format including a first header and a data field with network destination address in said communications network;

a first network transfer device having an input connected to said first network segment to receive said message packet and having an output; the first network transfer device applying a second header to said message packet, said second header including a switching address translated from said destination address, said second header including local status information and a protocol class field;

a switching device having a plurality of ports, a first of said ports being connected to said output of said first network transfer device; the switching device receiving said message packet with said second header and sending said message packet with said second header to a second port as selected by said switching address, and in response to said local status information and said protocol class field;

a second network transfer device having an input connected to said second of said ports of said switching device and having an output connected to a second network segment, the second network transfer device receiving said message packet via said switching device to forward to said second network segment; the second network transfer device removing said second header from said message packet.

21. A packet data communications network comprising:

a first network segment having a plurality of stations, one of said stations sending a message packet onto said first network segment of a first format; said first format including a first header and a data field with network destination address in said communications network;

**18**

a first network transfer device having an input connected to said first network segment to receive said message packet and having an output; the first network transfer device applying a second header to said message packet, said second header including a switching address translated from said destination address, said second header including local status information and a local congestion status field;

a switching device having a plurality of ports, a first of said ports being connected to said output of said first network transfer device; the switching device receiving said message packet with said second header and sending said message packet with said second header to a second port as selected by said switching address, and in response to said local status information and said local congestion status field;

a second network transfer device having an input connected to said second of said ports of said switching device and having an output connected to a second network segment, the second network transfer device receiving said message packet via said switching device to forward to said second network segment; the second network transfer device removing said second header from said message packet.

22. A method of operating a packet data communications network, the network including a first network segment having a plurality of stations and a second network segment having a plurality of stations, and including a switching device interconnecting said first and second segments, comprising the steps of:

sending from one of said stations of said first network segment a message packet of a first format onto said first network segment; said first format including a first header and a data field with a network destination address in said communications network;

receiving said message packet at a first network transfer device having an input connected to said first network segment; the first network transfer device applying a second header to said message packet, said second header including a switching address translated from said destination address, said second header including local status information and a service class field;

receiving at said switching device said message packet with said second header and sending said message packet with said second header to a port of said switching device as selected by said switching address, and in response to said local status information, and said service class field;

receiving said message packet at said second network transfer device via said switching device and forwarding said message packet to said second network segment; the second network transfer device removing said second header from said message packet.

23. A method of operating a packet data communications network, the network including a first network segment having a plurality of stations and a second network segment having a plurality of stations, and including a switching device interconnecting said first and second segments, comprising the steps of:

sending from one of said stations of said first network segment a message packet of a first format onto said first network segment; said first format includ-

5,390,173

**19**

ing a first header and a data field with a network destination address in said communications network;

receiving said message packet at a first network transfer device having an input connected to said first network segment; the first network transfer device applying a second header to said message packet, said second header including a switching address translated from said destination address, said second header including local status information and a protocol class field;

receiving at said switching device said message packet with said second header and sending said message packet with said second header to a port of said switching device as selected by said switching address, and in response to said local status information and said protocol class field;

receiving said message packet at said second network transfer device via said switching device and forwarding said message packet to said second network segment; the second network transfer device removing said second header from said message packet.

24. A method of operating a packet data communications network, the network including a first network segment having a plurality of stations and a second network segment having a plurality of stations, and

**20**

including a switching device interconnecting said first and second segments, comprising the steps of:

sending from one of said stations of said first network segment a message packet of a first format onto said first network segment; said first format including a first header and a data field with a network destination address in said communications network;

receiving said message packet at a first network transfer device having an input connected to said first network segment; the first network transfer device applying a second header to said message packet, said second header including a switching address translated from said destination address, said second header including local status information and a local congestion status field;

receiving at said switching device said message packet with said second header and sending said message packet with said second header to a port of said switching device as selected by said switching address, and in response to said local status information and said local congestion field;

receiving said message packet at said second network transfer device via said switching device and forwarding said message packet to said second network segment; the second network transfer device removing said second header from said message packet.

\* \* \* \* \*

# EXHIBIT "D"

US005251205A

# United States Patent [19]

Callon et al.

[11] Patent Number: 5,251,205

[45] Date of Patent: Oct. 5, 1993

[54] **MULTIPLE PROTOCOL ROUTING**

[75] Inventors: **Ross W. Callon**, Bedford; **Radia J. Perlman**, Acton; **Eric C. Rosen**, Arlington, all of Mass.; **John Harper**, Reading, England

[73] Assignee: **Digital Equipment Corporation**, Maynard, Mass.

[21] Appl. No.: **577,437**

[22] Filed: **Sep. 4, 1990**

[51] Int. Cl.⁵ ......................... H04J 3/26; H04L 12/56
[52] U.S. Cl. .................................... 370/60; 370/94.1; 370/54; 370/79; 370/85.13
[58] Field of Search ................. 370/94.1, 85.13, 85.14, 370/60, 79, 54

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,706,081 | 11/1987 | Hart et al. .............................. | 370/61 |
| 4,831,620 | 5/1989 | Conway et al. ................. | 340/825.05 |
| 4,893,307 | 1/1990 | McKay et al. .................... | 370/94.1 |
| 5,018,133 | 5/1991 | Tsukakoshi et al. ............ | 370/85.13 |
| 5,031,174 | 7/1991 | Natsume ........................... | 370/85.14 |

OTHER PUBLICATIONS

John M. McQuillan et al.; "The New Routing Algorithm for the ARPANET"; *IEEE;* vol. Com–28, No. 5; May 1980.
E. W. Dijkstra; "A Note on Two Problems in Connexion with Graphs"; *Numerische Mathmatik;* pp. 269–271 1959.
"Protocol for Providing the Connectionless–Mode Network Service"; ISO 8473; Mar. 1987.
"Intermediate system to Intermediate system Intra–Domain routeing exchange protocol for use in Conjunction with the Protocol for providing the Connectionless–mode Network Service"; *ISO* 10589; Oct. 15, 1989.
"Information processing systems–Telecommunications and information exchange between systems–End system to Intermediate system routeing exchange protocol for use in conjunction . . . ;" *ISO* 9542; Mar. 26, 1988.
"Internet Protocol," Darpa Internet Program, Protocol Specification; RFC 791; Sep. 1981.
J. Postel; "Internet Control Message Protocol," Darpa

Internet, Program Protocol Specification; RFC 792; Sep. 1981.
R. Braden, J. Postel; "Requirements for Internet Gateways," RFC 1009; Jun. 1987.
J. Moy; "The OSPF Specification," RFC 1131; Oct. 1989.
C. L. Hedrick, L. Bosack; "An Introduction to IGRP," Jul. 26, 1989.
Callon et al., "Routing in an Internetwork Environment," pp. 4–9.
Shoch et al., "Mutual Encapsulation of Internetwork Protocols," IEN 140, Apr. 1980.

Primary Examiner—Douglas W. Olms
Assistant Examiner—Min Jung
Attorney, Agent, or Firm—Fish & Richardson

[57] **ABSTRACT**

A method for connecting a network so that TCP/IP and OSI 8473 packets may be routed in the same domain. The independence of the addresses is maintained: one device in the network may be assigned only a TCP/IP address, and another device may be assigned only a ISO 8473 address. Furthermore, all of the routers share link state information by using a common link state packet format (such as the ISO 10589 format); thus routes through the network may be computed without regard for the protocols supported by the routers along the route. Where necessary, packets are encapsulated and forwarded through routers which are not capable in the protocol of the packet. In some disclosed embodiments, all of the routers in a given area support a given protocol (or, in fact, have identical capabilities, in which case encapsulation is not required). In these embodiments, the encapsulation is performed by suitable modifications to each router's packet forwarding procedures. In other disclosed embodiments, these topological restrictions are removed, and the network is expanded to support additional protocols. In these embodiments, the Dijkstra algorithm is also modified to generate information on how to encapsulate and forward packets through the network.

**24 Claims, 20 Drawing Sheets**



5,251,205

59

1) Make use of the the Dijkstra algorithm described in section A.1 to create separate forwarding databases for each supported TOS for level 1 routes, level 2 internal routes, and level 2 external routes. (Note that each entry in the forwarding database will specify an [IP address, subnet mask] combination, as well as the next hop router for IP packets which match that entry).

2) For each level 1 route entry which has been placed in the level 1 IP forwarding database for a specific TOS, copy that entry into the overall IP forwarding database for that TOS.

2) For each route entry X which has been placed in the level 2 internal IP forwarding database for a specific TOS, search for overlapping entries in the level 1 IP forwarding database for the specific TOS, and also for the default TOS:

  a) If there is any overlapping entry Y in the level 1 forwarding database (for the specific TOS, or for the default TOS) such that either (i) Y contains X; or (ii) Y is identically specific to X; then ignore entry X.

  b) Otherwise, copy entry X into the overall IP forwarding database for the specific TOS.

4) For each route entry X which has been placed in the level 2 external IP forwarding database for a specific TOS, search for overlapping entries in the level 1 IP forwarding database for the specific TOS, and for the default TOS, and the level 2 internal IP forwarding database for the specific TOS, and for the default TOS.

  a) If there is an overlapping entry Y such that either (i) Y contains X; or (ii) Y is identically specific to X; then ignore entry X.

  b) Otherwise, copy entry X into the overall IP forwarding database for the specific TOS.

This method will result in one forwarding database for each supported TOS. The forwarding of packets can then be simplified to be as follows:

1) For IP packets which map to the default TOS metric (or to an unsupported TOS metric), search the default TOS forwarding database and select the entry which has the most specific match. Forward the packet accordingly.

2) For packets which map to a specific (non-default) TOS metric, search the specific TOS forwarding database and select the entry j which has the most specific match. Also search the default TOS forwarding database and select the entry k which has the most specific match. Forward the packet as follows:

  a) If k is more specific than j, forward using entry k

  b) If j and k are equally specific, forward using entry j

  c) If j is more specific than k, forward using entry j

What is claimed is:

1. A method of calculating routes for sending user data packets via information handling devices which forward data packets through a communications network, comprising

  including in at least a first and a second user data packet, destination address information conforming to two or more different addressing conventions of two or more different independent protocol suites,

  determining routes for said first and said second user data packets using a route calculation algorithm corresponding to a single routing protocol, chosen from an arbitrary protocol suite, regardless of the

60

addressing convention to which the destination address information in said user data packet conforms,

  said route being determined using the destination address information in said user data packets without converting said destination address information from the addressing convention to which it forms to another addressing convention.

2. The method of claim 1 wherein there are exactly two said protocol suites.

3. The method of claim 1 or 2 further comprising sending to said information handling devices link state packets conforming to said routing protocol, and calculating said route based on information contained in said link state packets.

4. The method of claim 1 or 2 wherein said routing protocol comprises OSI IS-IS rotating protocol.

5. A method for calculating routes for sending user data packets via information handling devices which forward data packets through a communications network, said information handling devices including (a) single-protocol information handling devices capable of recognizing and forwardly only user data packets which conform to a single protocol suite, and (b) multi-protocol information handling devices capable of recognizing and forwarding user data packets which conform to any one of two or more protocol suites, comprising

  using a routing protocol to automatically predetermine whether to encapsulate a packet, at which information handling devices to encapsulate and to decapsulate said packet, and which protocol to use to encapsulate said packet, wherein

  said information handling devices are organized in areas and all of said information handling devices within a single said area are at least capable of recognizing and forwarding user data packets which conform to the same one of said protocol suites.

6. The method of claim 5 wherein the one of said protocol suites for which the information handling devices of one of said area are capable differs from the one of said protocol suites for which the information handling devices of another one of said areas are capable.

7. A method for calculating routes for sending user data packets via information handling devices which forward data packets through a communications network, said information handling devices including (a) single-protocol information handling devices capable of recognizing and forwarding only user data packets which conform to a single protocol suite, and (b) multi-protocol information handling devices capable of recognizing and forwarding user data packets which conform to any one of two or more protocol suites, comprising

  using a routing protocol to automatically predetermine whether to encapsulate a packet, at which information handling devices to encapsulate and to decapsulate said packet, and which protocol to use to encapsulate said packet, wherein

  said network includes (a) single-protocol information handling devices capable of recognizing and forwarding only user data packets which conform to a first protocol suite, (b) single-protocol information handling devices capable of recognizing and forwarding only user data packets which conform to a second different protocol suite, and (c) at least one

5,251,205

61

multi-protocol information handling device capable of recognizing and forwarding user data packets which conform to at least said first and second protocol suites.

8. The method of claim 7 wherein one of said multi-protocol information handling devices within a given area of said network is capable of recognizing and forwarding user data packets which conform to every protocol suite that is used by any other information handling device in said given area.

9. The method of claim 5, 6, 7 or 8 wherein one of said protocol suites comprises the TCP/IP protocol suite and another of said protocol suites comprises the OSI protocol suite.

10. The method of claim 9 further comprising
sending to said information handling devices, link state packets conforming to said one of said routing protocols, and
calculating said route based on information contained in said link state packets.

11. The method of claim 9 wherein said routing protocol used to automatically predetermine at which information handling devices to encapsulate and to decapsulate a given packet comprises OSI IS-IS routing protocol.

12. The method of claim 5, 6, 7 or 8 wherein there are exactly two of said protocol suites.

13. The method of claim 12 wherein one of said protocol suites comprises TCP/IP and the other of said protocol suites comprises OSI.

14. The method of claim 13 further comprising
sending to said information handling devices, link state packets conforming to said one of said routing protocols, and
calculating said route based on information contained in said link state packets.

15. The method of claim 13 wherein said routing protocol used to automatically predetermine at which information handling devices to encapsulate and to decapsulate a given packet comprises OSI IS-IS routing protocol.

16. The method of claim 12 further comprising
sending to said information handling devices, link state packets conforming to said one of said routing protocols, and
calculating said route based on information contained in said link state packets.

17. The method of claim 12 wherein said routing protocol used to automatically predetermine at which information handling devices to encapsulate and to decapsulate a given packet comprises OSI IS-IS routing protocol.

18. The method of claim 5, 6, 7 or 8 further comprising
sending to said information handling devices, link state packets conforming to said one of said routing protocols, and
calculating said route based on information contained in said link state packets.

19. The method of claim 5, 6, 7 or 8 wherein said routing protocol used to automatically predetermine at which information handling devices to encapsulate and to decapsulate a given packet comprises OSI IS-IS routing protocol.

20. A method for calculating routes for sending user data packets via information handling devices which forward data packets through a communications network, said information handling devices including (a) single-protocol information handling devices capable of recognizing and forwarding only user data packets which conform to a single protocol suite, and (b) multi-protocol information handling devices capable of rec-

62

ognizing and forwarding user data packets which conform to any one of two or more protocol suites, comprising
using a routing protocol to automatically predetermine whether to encapsulate a packet, at which information handling devices to encapsulate and to decapsulate said packet, and which protocol to use to encapsulate said packet, wherein
said routing protocol determines multiple routes from a starting information handling device to an ending information handling device, and
different protocols are recognized by corresponding devices on different routes,
such that the automatic predetermination depends upon the route used.

21. A network of information handling devices which forward user data packets through communications links each said packet including an address indicating the packet's destination, said network comprising
a first information handling device capable of interpreting addresses formatted in accordance with a first addressing scheme, said first addressing scheme defining one or more address fields that are assigned values to form an address,
a second information handling device capable of interpreting addresses formatted in accordance with a second addressing scheme, said second addressing scheme defining different address fields than said first addressing scheme, wherein
at least one address formatted in accordance with said first addressing scheme dose not identify the same destination as any address formatted in accordance with said second addressing scheme, and
said first and second devices exchange control packets which specify:
the links connected to the device which originates the control packet,
the addresses, formatted in accordance with said first addressing scheme, of those destinations that are attached to the originating device and have an address corresponding to said first addressing scheme, and
the addresses, formatted in accordance with said second addressing scheme, of those destinations that are attached to the originating device and have an address corresponding to said second addressing scheme.

22. The network of claim 21 wherein
said first device is capable of interpreting addresses formatted in accordance with said second addressing scheme, and
as part of forwarding at least one given packet addressed in accordance with said first addressing scheme, said first device encapsulates said given packet inside a header addressed in accordance with said second addressing scheme, and transmits the encapsulated packet to said second device.

23. The network of claim 22 wherein
said network is organized into areas comprising routers and links which connect said routers, and
every device in a given area is capable of interpreting addresses formatted in accordance with at least one common addressing scheme.

24. The network of claim 21, 22, or 23 wherein
said first and second devices are configured to transmit a hello packet on a link when the link is connected thereto, said hello packet identifying the device originating the hello packet and indicating the addressing schemes in which the originating device is capable of interpreting addresses.

* * * * *

# EXHIBIT "E"

US006560236B1

(12) **United States Patent** \
Varghese et al.

(10) Patent No.: **US 6,560,236 B1** \
(45) Date of Patent: **May 6, 2003**

(54) **VIRTUAL LANS**

(75) Inventors: **George Varghese**, Bradford, MA (US); **John Bassett**, Reading (GB); **Robert Eugene Thomas**, Hudson, MA (US); **Peter Higginson**, Herts (GB); **Graham Cobb**, Farnham (GB); **Barry A. Spinney**, Wayland, MA (US); **Robert Simcoe**, Westboro, MA (US)

(73) Assignee: **Enterasys Networks, Inc.**, Rochester, NH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/411,773**

(22) Filed: **Oct. 4, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/731,905, filed on Oct. 22, 1996, now Pat. No. 5,963,556, which is a continuation of application No. 08/081,622, filed on Jun. 23, 1993, now abandoned.

(51) Int. Cl.[7] ............................. H04L 12/28; H04L 12/56

(52) U.S. Cl. ........................................ **370/401**; 370/432

(58) Field of Search ................................ 370/254, 259, 370/260, 261, 262, 263, 264, 265, 270, 351, 389, 390, 431, 432, 908, 911, 912, 312, 401; 379/156, 157, 158, 202.01, 221.15, 901

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,460,807 A  *  7/1984  Kerr et al. ............... 179/18 BC

| | | | |
|---|---|---|---|
| 4,713,806 A | | 12/1987 | Oberlander et al. |
| 4,893,307 A | | 1/1990 | McKay et al. |
| 4,937,856 A | * | 6/1990 | Natarajan ................... 379/158 |
| 5,311,593 A | | 5/1994 | Carmi |
| 5,313,465 A | | 5/1994 | Perlman et al. |
| 5,341,372 A | | 8/1994 | Kirkham |
| 5,343,471 A | | 8/1994 | Cardagnol |
| 5,361,256 A | | 11/1994 | Doeringer et al. |
| 5,371,852 A | | 12/1994 | Attanasio et al. |
| 5,379,296 A | | 1/1995 | Johnson et al. |
| 5,430,726 A | | 7/1995 | Moorwood et al. |
| 5,483,587 A | * | 1/1996 | Hogan et al. ................ 379/202 |
| 5,638,434 A | * | 6/1997 | Gottlieb et al. ............. 379/203 |
| 5,850,606 A | * | 12/1998 | Bedingfield, Sr. et al. .. 455/439 |
| 5,991,385 A | * | 11/1999 | Dunn et al. .................. 379/202 |
| 6,163,692 A | * | 12/2000 | Chakrabarti et al. ........ 455/416 |
| 6,219,412 B1 | * | 4/2001 | Wellner et al. ............. 379/202 |
| 6,236,644 B1 | * | 5/2001 | Shuman et al. ............. 370/261 |

* cited by examiner

*Primary Examiner*—Ajit Patel \
(74) *Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

(57)          **ABSTRACT**

A network device for interconnecting computer networks, the device including a bridge having a plurality of ports through which network communications pass to and from the bridge, the bridge also including a first interface enabling a user to partition the plurality of bridge ports into a plurality of groups, wherein each group represents a different virtual network, wherein the bridge treats all ports within a given group as part of the virtual network corresponding to that group and the bridge isolates the virtual networks from each other, whereby any communications received at a first port of the bridge are directly sent by the bridge to another bridge port only if the other bridge port and the first bridge port are part of the same group.

**18 Claims, 6 Drawing Sheets**



US 6,560,236 B1

17                                                                 18

protocol transmits to the VlanPort and received packets are queued to the VlanPort.

When a virtual port is opened and given a protocol specifier, the VML layer at the client attempts to open up corresponding ports on all the physical links associated with this Vlan. Thus each Vlan has a server and each server has a set of physical links. The Client VML Layer opens up Data Link ports on each such link and enables each such Data Link port with the specifier of the VlanPort. The client stores the mapping between VlanPorts and Data Link ports in the PortMappingList. This list consists of a record for each association between a VlanPort and a Data Link port. Thus each VlanPort has multiple records in the PortMappingList, one for each Data Link port it is associated with.

The routing protocol can choose to open a port to the unknown Vlan. In this case, the client opens associated physical ports on all server links.

When forwarding a packet sent on VlanPort VP on Vlan V, the client first picks a link L among all the "live" links associated with Vlan V. These are the links associated with V's server that are in ON state. Next, the client searches the PortMapping list to find the Data Link port LP associated with L. If the packet is multicast or is destined to another VML client, a VlanId field is added to the packet. Finally the packet is queued to Data link port LP.

When a packet is received on link L with protocol specifier S, the client attempts to find the Vlan V the packet was sent on by first looking for a VlanId field (if it exists) and then consulting the SourceVlanTable (if packet is unicast). If such a V is found, the client searches the PortMappingList to find the VlanPort VP associated with Vlan V and specifier S; the client then queues the packet to VP. If no such V is found, the client searches the PortMap-pingList to find the VlanPort VP associated with the "unknown" Vlan and specifier S. If such a port exists, the client queues the packet to VP.

2. Server Forwarding

The server forwarding algorithm is essentially the bridge forwarding algorithm except for small changes to the way a server forwards: a) multicast packets and b) packets sent to an unknown destination address.

The Vlan associated with a received multicast packet P is determined by the type of link P was received on. If P was received on a client link, the Vlan is determined from the VlanId field in P. If P was received from the VlanId field in P. If P was received on a client link, the Vlan is determined from the VlanId field in P. If P was received on a Vlan link L, the Vlan is determined from the Vlan that link L has been declared to be part of.

Multicast packets sent on a Vlan V are forwarded only to Vlan links associated with V and to client links that report Vlan V in their client hellos. Before a multicast packet is sent on a client link, a VlanId field is added; similarly when a multicast packet is received from a client link, the VlanId field is removed before the packet is sent to Vlan links.

Packets with unknown destination address that are received on client links are sent to all Vlan links that are turned on in the spanning tree. Packets with unknown destination address that are received on a Vlan link are sent only on the Vlan associated with that link. Packets with unknown destination address are never sent on client links. This is because client hellos list all addresses of clients; hence client destination addresses should be unknown only during the (hopefully brief) period when the protocol initializes.

3. Server Code for Forwarding

The server code for forwarding packets is formally described in Appendices XII and XIII. The main server forwarding routines are in Appendix XIII. The two main routines are MULTICAST_FORWARD (which describes how multicast packets are forwarded) and UNKNOWN_FORWARD (which describes how packets with unknown destination addresses are forwarded). Appendix XII describes the macros used by the main code in Appendix XIII. The macros are mostly used to find the links associated with Vlans and to add and remove the VlanId field in the packet.

4. Client Forwarding Protocol

The formal code for the client forwarding protocol is described in Appendices XIV and XV. The major routines in Appendix XV are the TRANSMIT routine (to transmit packets on a Vlan, possibly adding a VlanId to a packet) and the RECEIVE routine (to demultiplex a received Data Link packet using either a VlanId field or the source mapping table). Appendix XIV describes the macros used by the main code in Appendix XV. The macros are mostly used to search the PortMappingList for mappings between virtual ports, link ports, and protocol specifiers.

The SourceLookup macro finds the Vlan associated with a source address. It uses two architectural constants, UnknownVlanId (VlanId of the unknown Vlan) and VML-RouterId (a second VlanId reserved to denote that this Source Address is a VML Router).

The RECEIVE macro finds the Vlan associated with a packet as follows:

If the packet is multicast, obtain Vlan from the VlanId field in packet.

If not multicast:

Look up the source address in SourceVlanTable.

If the result indicates the packet is from a VML Router then find the Vlan from the VlanId field in the packet.

Otherwise use the Vlan returned by the source lookup.

Other embodiments are within the following claims.

What is claimed is:

1. A method of operating a network bridge having a first plurality of ports through which network communications pass to and from the bridge, the method comprising:

assigning a group identifier to each port of the first plurality of ports, wherein all ports with a same assigned group identifier are in a same group;

receiving a communication on a first port of the bridge; and

if the first port is one of the first plurality of ports and the communication is a multicast packet having a multicast destination address, sending the communication out of the bridge on all other ports of the first plurality of ports having the same assigned group identifier as the first port.

2. The method of claim 1, further comprising:

identifying a source of the communication received on the first port of the bridge.

3. The method of claim 2, further comprising:

identifying a destination of the communication;

determining a group identifier assigned to the destination; and

if the group identifier assigned to the destination and the group identifier assigned to the source are different, sending the communication out a client port not within the first plurality of ports.

US 6,560,236 B1

19

4. The method of claim 1, wherein the bridge includes a client port not included within the first plurality of ports and the communication is a multicast packet, the method comprising:

receiving the multicast packet on the client port;

identifying a group identifier within the multicast packet; and

sending the multicast packet out on those ports having the same group identifier as the group identifier within the received multicast packet.

5. The method of claim 4, wherein:

the group identifier is removed from the multicast packet before sending the multicast packet out from the bridge.

6. The method of claim 1, further comprising:

assigning a protocol type to each group identifier;

wherein, for each port of first plurality of ports, the protocol type identifies a communication protocol used by a station connected to the port.

7. The method of claim 6, wherein no two distinct group identifiers having a same protocol type are assigned to a same port.

8. The method of claim 1, wherein a port may have more than one group identifier assigned to it.

9. A method of operating a network bridge having a first plurality of ports through which network communications pass to and from the bridge, the method comprising:

assigning a group identifier to each port of the first plurality of ports, wherein all ports with a same assigned group identifier are in a same group;

receiving a communication on a first port of the bridge;

if the first port is one of the first plurality of ports, sending the communication out of the bridge on all other ports of the first plurality of ports having the same assigned group identifier as the first port;

identifying a source of the communication received on the first port of the bridge;

identifying a destination of the communication;

determining a group identifier assigned to the destination; and

if the group identifier assigned to the destination and the group identifier assigned to the source are different, sending the communication out a client port not included within the first plurality of ports and indicating the group identifier assigned to the first port within the communication sent out the client port.

10. The method of claim 9, wherein the step of indicating the group identifier comprises:

replacing a redundant field within the communication with the group identifier.

11. A method of operating a network bridge having a first plurality of ports through which network communications pass to and from the bridge, the method comprising:

assigning a group identifier to each port of the first plurality of ports, wherein all ports with a same assigned group identifier are in a same group;

connecting a router to a client port of the bridge not within the first plurality of ports;

identifying the ports on the router connected to the network bridge;

defining, on the router, a correspondence between the identified ports connected to the network bridge and each distinct group identifier;

receiving a communication on a first port of the bridge;

20

if the first port is one of the first plurality of ports, sending the communication out of the bridge on all other ports of the bridge having the same assigned group identifier as the first port;

identifying a source of the communication received on the first port of the bridge;

identifying a destination of the communication;

determining a group identifier assigned to the destination; and

if the group identifier assigned to the destination and the group identifier assigned to the source are different, sending the communication out the client port.

12. The method of claim 11, further comprising:

receiving a second communication from the bridge at the router; and

determining a group identifier of the second communication.

13. The method of claim 11, further comprising:

sending a second communication from the router to the bridge,

wherein the second communication comprises a first group identifier, and

wherein the second communication comprises a source address of the router assigned to the first group identifier.

14. The method of claim 11, further comprising:

maintaining, at the router, a record of a source address of each communication from the bridge and a respective group identifier.

15. A computer program product for use with a network device having a computer and a first plurality of ports on which network communications pass to and from the network device, wherein the network device includes a client port not within the first plurality of ports, and the computer program product comprises computer program instructions that when executed by the computer direct the computer to perform a method of directing the network communications, the method comprising:

assigning a group identifier to each port of the first plurality of ports, wherein all ports with a same assigned group identifier are in a same group;

receiving a communication on a first port of the network device;

if the first port is one of the first plurality of ports, sending the communication out of the network device on all other ports of the first plurality of ports having the same assigned group identifier as the first port;

receiving a multicast packet having a multicast destination address on the client port;

identifying a group identifier within the multicast packet; and

sending the multicast packet out on those ports having the same group identifier as the group identifier within the received multicast packet,

wherein the group identifier is removed from the multicast packet before sending the multicast packet out from the network device.

16. The computer program product of claim 15, wherein the method further comprises:

identifying a source of the communication received on the first port.

17. The computer program product of claim 16, wherein the method further comprises:

identifying a destination of the communication;

# EXHIBIT "F"

US006539022B1

(12) **United States Patent**
Virgile

(10) Patent No.: **US 6,539,022 B1**
(45) Date of Patent: ***Mar. 25, 2003**

(54) **NETWORK DEVICE WITH MULTICAST FORWARDING DATA**

(75) Inventor: **Kenneth Virgile**, Lexington, MA (US)

(73) Assignee: **Enterasys Networks, Inc.**, Rochester, NH (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/299,970**

(22) Filed: **Apr. 26, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/766,784, filed on Dec. 13, 1996, now Pat. No. 5,898,686, and a continuation of application No. 08/428,403, filed on Apr. 25, 1995, now Pat. No. 5,608,726.

(51) Int. Cl.$^7$ .............................................. **H04L 12/54**
(52) U.S. Cl. ...................................... **370/401**; 370/432
(58) Field of Search ................................ 370/254, 235, 370/389, 390, 392, 395.2, 395.3, 395.31, 401, 428, 429, 432, 463; 709/249, 250

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,627,052 A | * | 12/1986 | Hoare et al. ................. 370/402 |
| 5,136,580 A | * | 8/1992 | Videlock et al. ............. 370/403 |
| 5,331,637 A | | 7/1994 | Francis et al. ................. 370/54 |
| 5,355,375 A | | 10/1994 | Christensen ............... 370/85.2 |
| 5,361,256 A | * | 11/1994 | Doeringer et al. .......... 370/390 |
| 5,396,493 A | | 3/1995 | Sugiyama |
| 5,400,326 A | | 3/1995 | Smith |
| 5,428,615 A | | 6/1995 | Backes et al. |
| 5,434,855 A | | 7/1995 | Perlman et al. |
| 5,448,565 A | | 9/1995 | Chang et al. |
| 5,481,540 A | | 1/1996 | Huang |
| 5,500,860 A | | 3/1996 | Perlman et al. |

| | | | |
|---|---|---|---|
| 5,511,168 A | * | 4/1996 | Perlman et al. ............. 709/243 |
| 5,517,494 A | | 5/1996 | Green |
| 5,517,620 A | * | 5/1996 | Hashimoto et al. ......... 709/242 |
| 5,530,703 A | * | 6/1996 | Liu et al. .................... 370/255 |
| 5,608,726 A | | 3/1997 | Virgile |

FOREIGN PATENT DOCUMENTS

WO    WO 95/01023    1/1995

OTHER PUBLICATIONS

D.R. cheriton and S.E. Deering, "Host Groups: A Multicast Extension for Datagram Internetworks", *Proceedings Ninth Data Communications Symposium*, Whistler Mountain, British Columbia, pp. 172–179, (Sep. 10–13, 1985).
Ninth Data Communications Symposium, (Sep. 1985), USA, pp. 172–179, D.R. et al.: "Host groups: a internetworks".
Symposium on Communication Architectures and Protocols, (Aug. 1988), USA, pp. 55–64, S.E. Deering: "Multicast routing in internetworks and extended LANS" cited in the application.
S. Deering, *Multicast Routing in Internetworks and Extended LANs*, ACM Symposium on Communication Architectures and Protocols, ACM SIGCOMM, pp. 55–64, (Aug. 1988).
Cisco Systems Inc., *I.P. Multicast Streamlines Delivery of Multicast Applications*, The Packet: CISCO Systems Use Magazine, vol. 7, No. 1, pp. 7–9 (1995).

* cited by examiner

*Primary Examiner*—Kwang Bin Yao
(74) *Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

(57) **ABSTRACT**

A system and method are disclosed for routing multicast packets in a subnetwork so as to conserve bandwidth in at least some of the network segments or collision domains of the subnetwork. In particular, multicast packets are only retransmitted in the network segments that are on a path to a host that is a member of the multicast group of hosts to which the multicast packet is destined.

**20 Claims, 4 Drawing Sheets**



US 6,539,022 B1

11

If, on the other hand, the multicast forwarding table has an entry corresponding to the multicast address of the packet, the processor 120 executes step S20. In step S20, the processor 120 retrieves the indications of the I/O interfaces stored in the I/O interface field of the retrieved multicast forwarding table entry. The processor 120 then retransmits the received multicast packet only from the I/O interfaces 141–144 indicated in the I/O interface field except for the I/O interface from which the packet was received. For example, suppose the bridge b100 receives a multicast packet from the router r100 destined to the multicast group V1. This packet is received via I/O interface 141 and temporarily stored in the memory 130. Using V1 as an index, the processor 120 retrieves the table entry 250 corresponding to the multicast group of the address V1. The processor then retrieves all of the I/O interface indications from the I/O interface field 254. The only indicated I/O interfaces are 141 and 142. However, the packet was received from I/O interface 141. Thus, the received multicast packet is only retransmitted from the I/O interface 142. As such, the received multicast packet is retransmitted on the segment L100 but not on the attached network segments L101, L102.

Consider now a second example, where the host h101 wishes to transmit a multicast message packet to the multicast group AV2. The host 101 writes the multicast destination address AV2 into the packet header and transmits the multicast message packet in the network segment L100. This packet is received at hosts h102–h103 which accept the packet. The packet is also received at the I/O interface 142 of the bridge b100. The received packet is temporarily stored in the memory 130. The processor 120 retrieves the multicast forwarding table entry 240. The indicated I/O interfaces are 142, 144, and 141. However, because the packet was received from I/O interface 142, the processor 130 only retransmits the packet from I/O interfaces 144 and 141. Thus, the packet is transmitted to the router r100 (from which the packet may be transmitted to a host external to the subnetwork 100) and to the hosts h113, h114 via the network segment L102. However, the packet is not retransmitted on the network segment L101.

Note the improvement over the conventional multicast routing system wherein a conventional bridge simply retransmits all received multicast packets over each network segment (other than the network segment from which the packet was received). In contrast, according to the present invention, the received multicast packets are retransmitted from the bridge onto only those network segments containing hosts that are members of the pertinent multicast group. This is especially important in the context of multimedia, i.e., audio-video multicast packet communication traffic. Such traffic tends to be continuous rather than bursty and tends to require a high bandwidth.

The invention has been described so far with reference to only a single internetworking device (e.g., bridge) subnetwork. However, the invention is also equally applicable to a multiple internetworking device (e.g., multi-bridge) subnetwork.

In such a case, it is possible that some network segments are not directly connected to all of the bridges. For instance, consider the topology of the subnetwork A of FIG. 1. As shown, the network segment L1 is directly connected to bridge b1 but not to bridge b2. Likewise, the network segments L3 and L4 are directly connected to the bridge b2 but not the bridge b1. As noted above, the bridges b1 and b2 self configure routes to the hosts of subnetworks to which they are not directly attached by passing control packets

12

back and forth to each other. For instance, the bridge b1 may determine that packets destined to hosts in the subnetworks L3 and L4 may be transmitted thereto via the intervening network segment L2 and the bridge b2.

Thus, in the multiple internetworking device topology, consideration must be made for routing to multicast destination hosts via intervening subnetworks. This can be achieved by modifying steps S10 and S15. In particular, when the processor 120 updates the I/O interface field, the processor 120 ensures that only I/O interfaces that attach network segments on a route to a host of the host list are included therein. Such I/O interfaces include those that attach network segments which contain multicast destination hosts and those which attach intervening network segments on a route to multicast destination hosts.

In short, a system and method are disclosed for routing multicast packets in a subnetwork so as to conserve bandwidth in at least some of the network segments or collision domains of the subnetwork. In particular, multicast packets are only retransmitted in the network segments that are on a path to a host that is a member of the multicast group of hosts to which the multicast packet is destined.

Finally, the invention has been described above with reference to illustrative embodiments. Numerous alternative embodiments may be devised by those having ordinary skill in the art without departing from the spirit and scope of the following claims.

What is claimed is:

1. A network bridge for reducing multicast communications in a network, the network bridge including at least two I/O interfaces to each receive and transmit data packets and also including multicast forwarding data, the device comprising:

means for determining, by examining data in a first portion of a first packet received at the network bridge, whether the first packet is a multicast control packet destined for a device other than the network bridge;

means for identifying a multicast group from the first packet when the first packet is a multicast control packet destined for a device other than the network bridge; and

means for updating the multicast forwarding data according to the identified multicast group and the data in the first portion of the first packet.

2. The network bridge as recited in claim 1, further comprising:

means for identifying the I/O interface on which the first packet arrived,

wherein the updating means include means for cross-referencing the identified I/O interface to the identified multicast group in the multicast forwarding data.

3. The network bridge as recited in claim 1, further comprising:

means for identifying a source of the first data packet,

wherein the updating means include means for cross-referencing the identified source to the identified multicast group in the multicast forwarding data.

4. The network bridge as recited in claim 1, further comprising:

means for identifying the I/O interface on which the first packet arrived; and

means for identifying a source of the packet,

wherein the updating means include means for cross-referencing the identified multicast group with the identified source and the identified I/O interface in the multicast forwarding data.

US 6,539,022 B1

13

**5.** The network bridge as recited in claim **1**, further comprising:

means for determining, when the first packet is not a control packet, whether the first packet is a message packet having a multicast group as a destination address; and

means for identifying, when the first packet is determined to be a multicast message packet, the destination multicast group;

the destination multicast group identifying means further comprising:

means for retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one cross-referenced I/O interface; and

means for sending the multicast message packet out each at least one cross-referenced I/O interface in the first data other than the identified I/O interface.

**6.** A method of reducing multicast communications in a network, the network including a network device having multicast communications forwarding data and at least two I/O interfaces to each receive and transmit data packets, the method comprising:

determining an I/O interface on which a first packet arrived;

determining, by examining data in a first portion of the first packet, whether the first packet is a multicast control packet addressed to a device other than the network device;

when the first packet is determined to be a multicast control packet addressed to a device other than the network device:

determining a multicast group from the first portion of the multicast control packet; and

updating the multicast forwarding data as a function of data in the first portion of the multicast control packet.

**7.** The method as recited in claim **6**, wherein the step of updating the multicast forwarding data comprises:

cross-referencing the identified multicast group with the determined I/O interface.

**8.** The method as recited in claim **6**, wherein the step of updating the multicast forwarding data comprises:

updating the multicast forwarding data by removing any cross-reference between the identified multicast group and the identified I/O interface.

**9.** The method as recited in claim **8**, further including a step of:

updating the multicast forwarding data for the identified destination multicast group by deleting any cross-referenced I/O interface that is not connected to a device that is a member of the identified multicast group.

**10.** The method as recited in claim **6**, wherein:

when the first packet is not a multicast control packet:

determining whether the first packet is a message packet having a multicast group as a destination; and

when the first packet is determined to be a multicast message packet:

identifying a destination multicast group from the multicast message packet;

retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one cross-referenced I/O interface; and

14

sending the multicast message packet out each at least one cross-referenced I/O interface in the retrieved first data other than the identified I/O interface.

**11.** The method as recited in claim **10**, further comprising a step of:

when there is no data associated with the identified destination multicast group in the multicast forwarding data, transmitting the multicast message packet out all I/O interfaces other than the identified I/O interface.

**12.** The method as recited in claim **6**, wherein the control packet is defined according to an Internet Group Management Protocol (IGMP) standard.

**13.** The method as recited in claim **12**, wherein the multicast control packet is one of:

a host membership query packet;

a host membership report packet;

a join host group packet; and

a leave host group packet.

**14.** A method of reducing multicast communications in a network, the network including a network bridge, the network bridge having at least two I/O interfaces to each receive and transmit data packets and the network bridge including multicast forwarding data, the method including:

(a) determining, by examining data in a first portion of a first packet received at the network bridge, whether the first packet is a multicast control packet destined for a device other than the network bridge; and

when the first packet has been determined to be a multicast control packet destined for a device other than the network bridge:

(b) identifying a multicast group from the data in the first portion of the first packet; and

(c) updating the multicast forwarding data according to the data in the first portion of the first packet.

**15.** The method as recited in claim **14**, further comprising:

identifying the one I/O interface on which the first packet arrived;

wherein, step (c) includes a step of updating the multicast forwarding data so as to cross-reference the identified I/O interface with the identified multicast group.

**16.** The method as recited in claim **14**, further comprising:

identifying a source of the first packet;

wherein, step (c) includes a step of updating the multicast forwarding table so as to cross-reference the identified source to the identified multicast group.

**17.** The method as recited in claim **14**, further comprising:

identifying the one I/O interface on which the first packet arrived; and

identifying a source of the first packet;

wherein, step (c) includes a step of updating the multicast forwarding data so as to cross-reference the identified multicast group with the identified I/O interface and the identified source.

**18.** The method as recited in claim **14**, wherein:

when the first packet is not a multicast control packet:

determining whether the first packet is a message packet having a multicast group as a destination; and

when the first packet is determined to be a multicast message packet:

identifying a destination multicast group from the multicast message packet;

US 6,539,022 B1

15

retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one cross-referenced I/O interface; and

sending the multicast message packet out each at least one cross-referenced I/O interface in the first data other than the identified I/O interface.

**19**. The method of claim **14**, wherein the network includes at least one host and at least one router that exchange multicast control packets to maintain multicast routing information, and wherein the first packet is a multicast control packet destined for a host or a router.

**20**. A method of conserving bandwidth in a communications network by reducing transmission of unneeded multicast messages, the method comprising:

16

monitoring, at a first location, multicast control packets destined for a location other than the first location;

from each monitored multicast control packet, identifying a multicast group, a source of the monitored multicast control packet and an interface on which the monitored multicast control packet arrived;

maintaining an association of the identified multicast group with the identified interface; and

for any multicast message received at the first location and destined for the identified multicast group, transmitting the received multicast message on any interface associated with the multicast group identified in the multicast message.

\* \* \* \* \*

# EXHIBIT "G"

US006128665A

# United States Patent [19]

**Iturralde**

[11] **Patent Number:** 6,128,665

[45] **Date of Patent:** Oct. 3, 2000

[54] **SYSTEM FOR BROADCASTING MESSAGES TO EACH OF DEFAULT VLAN PORTS IN SUBSET OF PORTS DEFINED AS VLAN PORTS**

[75] Inventor: **Carol E. Iturralde**, Framingham, Mass.

[73] Assignee: **Cabletron Systems, Inc.**, Rochester, N.H.

[21] Appl. No.: **08/774,541**

[22] Filed: **Dec. 30, 1996**

[51] Int. Cl.[7] ....................................... G06F 13/00
[52] U.S. Cl. ........................... 709/238; 709/242; 709/244
[58] Field of Search .................................... 370/401, 402; 395/500, 200.68, 200.72, 200.74

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,823,338 | 4/1989 | Chan et al. . | |
| 5,394,402 | 2/1995 | Ross | 370/402 |
| 5,613,069 | 3/1997 | Walker | 395/200.68 |
| 5,684,800 | 11/1997 | Dobbins et al. | 370/401 |
| 5,734,865 | 3/1998 | Yu | 395/500 |
| 5,740,171 | 4/1998 | Mazzola et al. | 370/401 |
| 5,742,604 | 4/1998 | Edsall et al. | 370/401 |
| 5,752,003 | 5/1998 | Hart | 395/500 |

OTHER PUBLICATIONS

Saunders, S., "Building Virtual LANS on a Real–World Budget Lanart's Segway Works with Ethernet Switches to Deliver Virtual LANS Powers at a Low Cost", Data Communications, vol. 24, No. 13, Sep. 21, 1995, pp. 39/40 XP000526194.
"Virtual LANS Get Real Ethernet Switch Makers are Taking the Lead in Deploying Virtual LANS Across Campus Networks," Data Communications, vol. 24, No. 3, Mar. 1, 1995.
Anderson, J. K., "Virtual LANS Take Network to Next Level", Computer Technology Review, vol. 16, No. 9, Sep. 1996, pP. 12, 14 XP00042987.
Morency et al., "VLANS: Can LaYer 3 Save the Day", Business Communications Review, vol. 26, No. 12, Dec. 1996, pp. 47–50 XP0020642987.

McGibbon, "Virtual LANS Come of Age" Telecommunications (International Edition), vol. 30, No. 6, Jun. 1996, pp. 48–52, XP002062191.
Networking Solutions Center, The Virtual LAN Technology Report, David Passmore and John Freeman. Dec. 9, 1996.
Strategic Directions, 3Com Transcend VLANS (Leveraging Virtual LAN Technology to Make Networking Easier), VLAN Strategic Directions Paper. Dec. 9, 1996.
Virtual LAN Communications (Statement of Direction: Cisco VLAN Roadmap, White Paper: Cisco IOS VLAN Services, Technology Brief: VLAN Interoperability). Dec. 9, 1996.
Cisco VLAN Roadmap (White Paper: Cisco IOS VLAN Services, White Paper: Virtual LAN Communications, Technology Brief: VLAN Interoperability). Dec. 9, 1996.
VLANs and Routers (Mixing routers, switches and VLANS) Dec. 9, 1996.
White Paper, Switching Paradigms (Everything Has Changed Except the Network) Dec. 9, 1996.
Fundamentals of Switching, Preface, Table of Contents, Chapters 1–5 (12 pages) Dec. 9, 1996.
Cisco Catalyst 5000 Modular Multilayer–Capable Switching System, Product Announcements.
Anderson, J.K. ("Virtual LANs Take To Next Level", Computer technology Review, vol. 16, No. 9, Sep. 1996, pp. 12–14.

*Primary Examiner*—Krisna Lim
*Assistant Examiner*—Philip B. Tran
*Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

[57] **ABSTRACT**

A data transmission network having a port-based default VLAN that limits flooding to other VLANs. The default VLAN receives a data packet, ascertains the destination address of the packet, and then determines if the destination port is one of the default VLAN ports. The data packet is transmitted to the destination port if it is one of the default VLAN ports, or to each of the default VLAN ports if the destination port is not one of the default VLAN ports. The data packet is not transmitted to any other non-default VLAN port.

**8 Claims, 4 Drawing Sheets**



6,128,665

| 3 | 4 |

Mass. Each of the switches 16 has a plurality of switch ports 18 (e.g., eight) connecting various network resources, such as servers, computers, and printers, to the network. A bus 20 spanning each of the hub ports 14 may be enabled by an enable switch 24 to interconnect each of the switches 16. This consequently interconnects each of the switch ports 18 across each of the interconnected switches 16. In the preferred embodiment, the bus 20 is enabled during manufacture, thus defining the default VLAN as all of the ports of the interconnected switches 16. The enable switch 24 may be implemented as firmware within the hub 12, or as a manually actuated switch on the hub 12.

New port-based VLANs may be formed across one or more of the switches 16 by selecting combinations of interconnected switch ports 18. Selected switch ports 18 for new VLANs consequently are removed from the default VLAN definition, thus reducing the size of the default VLAN. No data packets received on any one of the default VLAN ports may be transmitted to the ports that define other VLANs.

FIG. 2 shows an exemplary eight port switch 16 forming a default VLAN, VLAN 2, and VLAN 3. Ports one and two define the default VLAN, ports three to five define VLAN 2, and ports six to eight define VLAN 3. Data packets received on switch ports one or two may be transmitted to either or both of those switch ports 18 only, thus preventing leakage to VLAN 2 and VLAN 3. For example, a data packet received on port two having a destination address of port four will be transmitted to both ports one and two only. Similarly, a data packet received on port two having a destination address of port one will be transmitted to port one only. VLAN 2 and VLAN 3 limit leakage in like fashion.

FIG. 3 shows a data packet 26, comprising a header 28 and an information field 30. The destination address of the data packet 26 is stored in the header 28 of the data packet 26. The switch port 18 associated with the destination address is ascertained by conventional means within the switch 16 receiving the data packet 26. This information is used by the method shown in FIG. 4.

FIG. 4 shows a flow chart that specifies the method used for preventing leakage from the default VLAN. More particularly, the destination port address is ascertained from the header 28 of a data packet received on one of the default VLAN ports (step 400). At step 402, it is determined if the destination port is one of the default VLAN ports. If the destination port is one of the default VLAN ports, that data packet is transmitted to the destination port only (step 404). If the destination port is not one of the default VLAN ports, the data packet is transmitted to all of the default VLAN ports only (step 406). The data packet is transmitted to no other switch ports 18.

The default VLAN may be assigned a default VLAN tag that is assigned to a data packet when it enters through one of the default VLAN ports. The switch 16 then may be configured to prevent transmission of any data packet, having an associated default VLAN tag, through any of the other, non-default VLAN ports.

The invention may be implemented by means of a programmable logic chip within one or more switches 16 used for the invention. The invention may also be implemented as firmware stored within those switches 16. Both implementations may be programmed by conventional methods.

In an alternative embodiment, the invention may be implemented as a computer program product for use with a computer system. Such implementation may include a series of computer instructions fixed either on a tangible medium, such as a computer readable media (e.g. diskette, CD-ROM, ROM, or fixed disk) or transmittable to a computer system, via a modem or other interface device, such as communications adapter connected to the network over a medium. The medium may be either a tangible medium (e.g., optical or analog communications lines) or a medium implemented with wireless techniques (e.g., microwave, infrared or other transmission techniques). The series of computer instructions embodies all or part of the functionality previously described herein with respect to the invention. Those skilled in the art should appreciate that such computer instructions can be written in a number of programming languages for use with many computer architectures or operating systems. Furthermore, such instructions may be stored in any memory device, such as semiconductor, magnetic, optical or other memory devices, and may be transmitted using any communications technology, such as optical, infrared, microwave, or other transmission technologies. It is expected that such a computer program product may be distributed as a removable media with accompanying printed or electronic documentation (e.g., shrink wrapped software), preloaded with a computer system (e.g., on system ROM or fixed disk), or distributed from a server or electronic bulletin board over a network (e.g., the Internet or World Wide Web).

The inventive default VLAN thus prevents leakage to other VLANs by transmitting received data packets to default VLAN ports only. Security thus is ensured for data packets transmitted to the default VLAN. Furthermore, the initial size and scope of the default VLAN is increased by enabling the enable switch 24, during manufacture, to interconnect each of the switches 16 connected to the hub 12.

While the invention has been shown and described above with respect to various preferred embodiments, it will apparent that the foregoing and other changes of the form and detail may be made therein by one skilled in the art without departing from the spirit and scope of the invention. These and other obvious modifications are intended to be covered by the following claims.

What is claimed is:

1. A port based default VLAN formed on one or more interconnected networking switches, each switch having one or more switch ports, all of the switch ports collectively being a plurality of switch ports, the default VLAN being defined by one or more of the plurality of switch ports, the one or more of the plurality of switch ports being default VLAN ports, at least one of the plurality of switch ports defining a second VLAN, the default VLAN comprising:

means for receiving a data packet through one of the default VLAN ports;

means for ascertaining a destination from the data packet, the destination port being one of the plurality of switch ports;

means for determining whether the destination port is one of the default VLAN ports;

first means, responsive to the determining means, for transmitting the data packet to the destination port if the determining means determines that the destination port is one of the default VLAN ports; and

second means, responsive to the determining means, for transmitting the data packet to each of the default VLAN ports if the determining means determines that the destination port is not one of the default VLAN ports,

the at least one switch port defining the second VLAN being free from transmission, from the default VLAN, of the data packet.

6,128,665

**5**

2. The default VLAN as defined by claim **1** wherein the data packet includes a header and the ascertaining means ascertains the destination port from the packet header.

3. The default VLAN as defined by claim **1** further including means for tagging the data packet.

4. A method of limiting broadcast messages from a port based default VLAN, the default VLAN formed on one or more interconnected networking switches, each switch having one or more switch ports, all of the switch ports collectively being a plurality of switch ports, the default VLAN being defined by one or more of the plurality of switch ports, the one or more of the plurality of switch ports being default VLAN ports, at least one of the plurality of switch ports defining a second VLAN, the method comprising the steps of:

  A. receiving a data packet through one of the default VLAN ports;

  B. ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports;

  C. determining whether the destination port is one of the default VLAN ports;

  D. transmitting the data packet to the destination port if the destination port is one of the default VLAN ports;

  E. transmitting the data packet to each of the default VLAN ports if the destination port is not one of the default VLAN ports; and

  F. preventing transmission, from the default VLAN, of the data packet to the at least one switch port defining the second VLAN.

5. The method as defined by claim **4** further including the step of:

  G. tagging the data packet.

6. A computer program product for use with a switching device, the computer program product limiting broadcast messages from a port based default VLAN, the default VLAN formed on one or more interconnected networking switches, each switch having one or more switch ports, all of the switch ports collectively being a plurality of switch ports, the default VLAN being defined by one or more of the plurality of switch ports, the one or more of the plurality of

**6**

switch ports being default VLAN ports, at least one of the plurality of switch ports defining a second VLAN, the computer program product comprising a computer usable medium having computer readable program code thereon, including:

program code for receiving a data packet through one of the default VLAN ports;

program code for ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports;

program code for determining whether the destination port is one of the default VLAN ports;

program code for transmitting the data packet to the destination port if the program code for determining determines that the destination port is one of the default VLAN ports; and

program code for transmitting the data packet to each of the default VLAN ports if the destination port is not one of the default VLAN ports,

program code for preventing transmission, from the default VLAN, of the data packet to the at least one switch port defining the second VLAN.

7. The computer program product as defined by claim **6** further including program code for tagging the data packet.

8. A port based default VLAN formed on a hub having at least two networking switches connected thereto, each switch having one or more switch ports, the port based default VLAN comprising:

a bus in the hub;

an enable switch for electrically connecting each of the VLAN ports to the bus;

means for defining a subset of the one or more switch ports of each switch as default VLAN ports;

means for receiving, at least one of the default VLAN ports, a packet destined for a port that is not defined as one of the default VLAN ports, including means for broadcasting the received packet to each of the default VLAN ports in the subset of ports defined as default VLAN ports.

\* \* \* \* \*

# EXHIBIT "H"

US006147995A

# United States Patent [19]

Dobbins et al.

[11]  Patent Number:  6,147,995

[45]  Date of Patent:  *Nov. 14, 2000

[54]  **METHOD FOR ESTABLISHING RESTRICTED BROADCAST GROUPS IN A SWITCHED NETWORK**

[75]  Inventors:  **Kurt Dobbins**, Bedford; **Phil Andlauer**, Londonderry; **Michael Skubisz**, Durham, all of N.H.

[73]  Assignee:  **Cabletron Systems, Inc.**, Rochester, N.H.

[ * ]  Notice:  This patent is subject to a terminal disclaimer.

[21]  Appl. No.: **09/387,317**

[22]  Filed:  **Aug. 31, 1999**

**Related U.S. Application Data**

[63]  Continuation of application No. 08/960,919, Oct. 30, 1997, Pat. No. 5,946,308, which is a continuation of application No. 08/559,738, Nov. 15, 1995, Pat. No. 5,684,800.

[51]  **Int. Cl.**[7] ............................. **H04L 12/28; H04L 12/56**
[52]  **U.S. Cl.** ............................................. **370/392**; 370/400
[58]  **Field of Search** ................................... 370/392, 390, 370/396, 389, 400, 401, 402, 403, 404, 432, 469, 474, 386, 388, 395, 397, 398, 399, 405, 406, 409, 420, 422, 437

[56]  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,823,338 | 4/1989 | Chan et al. | 370/85.1 |
| 5,140,585 | 8/1992 | Tomikawa | 370/60.1 |
| 5,208,811 | 5/1993 | Kashio et al. | 370/94.1 |
| 5,394,402 | 2/1995 | Ross | 370/402 |
| 5,444,702 | 8/1995 | Burnett et al. | 370/254 |
| 5,485,455 | 1/1996 | Dobbins et al. | 370/60 |
| 5,684,800 | 11/1997 | Dobbins et al. | 370/401 |
| 5,740,171 | 4/1998 | Mazzola et al. | 370/401 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO 95/01023 | 5/1995 | WIPO . |
| WO 95/04420 | 9/1995 | WIPO . |

OTHER PUBLICATIONS

Cheriton, David R. et al., "Host Groups: A Multicast Extension For Datagram Internetworks", *Computer Systems Laboratory Stanford University* , pp. 172–179, 1985.
Paliwoda, K. "Transactions Involving Multicast", *Computer Communications* , vol. 11, pp. 313–318, Dec. 11, 1988.
Truong, Hong Linh, "LAN Emulation on an ATM Network", *IEEE Communications Magazine* , pp. 70–85, May 1995.
Lin, Tzung–Pao, "A Platform For Seamless Interworking Among Conventional LANs and ATM Networks", *IEEE Communications* , pp. 296–301, Nov. 28, 1994.
Biagioni, Edoardo, "Designing a Practical ATM LAN", *IEEE Network* , pp. 32–39, Mar. 1993.
Catania, Vincenzo et al., "A Routing Strategy For Man Interconnection", *IEEE Communications Magazine* , pp. 608–615, 1991.
Newman, Peter, "ATM Local Area Network", *IEEE Communications Magazine* , pp. 86–98, Mar. 1994.
Asoh, J. et al. "Virtual LAN Realization on an ATM Connectionless Public Network", 2nd Asia Pacific Conference on Communications, vol. 2, pp. 516–520, Jun. 1995.

*Primary Examiner*—Dang Ton
*Assistant Examiner*—Phirin Sam
*Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

[57]  **ABSTRACT**

Method and apparatus for establishing restricted broadcast groups in a switched network. The method assigns different virtual LAN identifiers (VLAN-IDs) to different subsets of associated end systems or access ports. Tables are maintained for mapping the VLAN-IDs with associated end systems and access ports. When a broadcast packet is received at a first switch, it is encapsulated with a VLAN header, including the VLAN-IDs, and sent out a multicast channel to all other switches in the network (domain). The original packet is sent out the other access ports of the receiving switch for the designated VLAN-IDs. The switches receiving the VLAN packet remove the header and send the original packet out access ports associated with the VLAN-IDs extracted from the header. The method provides a mechanism for forwarding broadcast packets of a protocol not supported by the switching mechanism, as well as multicast packets and unicast packets from undiscovered end systems.

**35 Claims, 11 Drawing Sheets**



6,147,995

9 | 10

**63, 64** are connected by multicast channel **66**, and each switch includes the distributed VBUS service **65**.

FIG. 11 illustrates the redirected flow of data packets for the VBUS service. When a first switch receives a broadcast or multicast packet (step **40**), it first determines whether the packet was received on an access port (step **41**). If no, the packet is discarded (step **47**). If yes, the packet is passed to a redirector queue (step **42**), and if a call processor supports the packet type (step **43**), the redirector delivers the packet to the protocol-specific call processor (step **44**). If not, the packet is passed to the VBUS call processor (step **45**). The redirector queue then handles the next packet on the queue (step **46**).

FIG. 12 illustrates the operation of the VBUS call processor. Each switch listens for source addresses heard on each access port (step **48**). The call processor then updates the End System/VLAN table with the access port and end systems heard (step **49**). The call processor then creates a signal entry (step **50**) which is sent to the connection server (step **51**), which formats a response to the signal (step **52**). The connection server returns a signal with the associated VLAN list, which is received by the call processor (step **53**). The call processor gets the associated access ports from the VLAN/Access Port Table (step **54**) and sends out the original packet on the associated access ports (step **55**). The call processor gets the network ports from the switch's connection table (step **56**), encapsulates the packet with the VLAN header (step **57**), and sends the encapsulated packet out the network ports to the other switches (step **58**). The call processor then deletes the signal entry (step **59**) and returns to start (step **60**).

FIG. 13 illustrates the operation of the VBUS channel listener. When a packet is received on a network port (step **70**), it first determines whether there is a known connection in the connection database **82** (step **71**), and if so, it forwards the packet out the appropriate outport (step **72**). If there is no connection, it determines whether this is a VBUS packet (step **73**). If no, it returns to the beginning. If it is a VBUS packet, the packet is handed to a VBUS port (step **74**) and the VLAN list is extracted from the header (step **75**). The access ports are obtained from the VLAN/Access Port Table (step **76**), and the encapsulation header removed from the packet (step **77**). The original packet is then sent out the associated access ports defined in the table (step **78**).

In one embodiment, the switch provides a MIB interface to allow an external application to assign VLAN-IDs to access ports and/or end systems. The simplest model is to progam VLAN-IDs to the switched ports only; under this model, the administration is simpler and the VLAN assignment to end systems is implied by the switched port to which the end systems are physically connected. A more robust model would map the VLAN-IDs from policy work group definitions.

The application interface may be provided with an SNMP (Simple Network Management Protocol) MIB (management information base) which allows a simple interface to program connections via a single SNMP set message. The MIB interface provides the following semantics:

(map, unmap)[SFPS VLAN-ID][inPort][userMAC] This verb set assigns (and removes) a user MAC address and switch port to (or from) a specific VLAN.

(map-port, unmap-port)[SFPS VLAN-ID][inPort] This verb set assigns (and removes) a switch port to (or from) a specific VLAN. The switches provide managed objects accessible by the MIB which are all accessed with standard SNMP get, get set, and set messages.

In one embodiment, a VLAN status table is provided. This table allows an entire VLAN to be enable or disabled

regardless of the number of user or switch ports assigned to the VLAN in the switch. Thus, it is possible to shut off a particular VLAN inside a particular switch without having to administer each individual switch port or end system.

One goal of the VBUS service is to require minimal support from the network server. The only server requirement is providing each switch with a connection to all other switches in the network (domain), which in effect provides the multicast channel for flooding VLAN packets.

While there have been shown and described several embodiments of the present invention, it will be obvious to those skilled in the art that various changes and modifications may be made therein without departing from the scope of the invention as defined by the appending claims.

What is claimed is:

**1.** A computer-readable storage medium comprising program instructions for restricting flooding of a data packet, of one of a broadcast, multicast and unknown destination type, in a switched data communications network, the network including a plurality of end systems and switches connected by links, the switches having access ports connected to end systems and network ports connected to other switches, the program instructions causing the network to:

a. assign at least one identifier to a respective subset of end systems;

b. map the at least one assigned identifier to an access port attached to at least one end system in the respective subset of end systems; and

c. when the data packet is received from a source end system at a receiving access port of a first switch:

   i) determine one or more identifiers associated with the source end system;

   ii) encapsulate the data packet by adding a header with the one or more determined identifiers;

   iii) forward the encapsulated data packet to all or a subset of other switches in the network; and

   iv) determine if at least one access port other than the receiving access port on the first switch is associated with the one or more determined identifiers and forward the data packet out the at least one determined access port.

**2.** The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:

d. when the encapsulated data packet is received at a second switch with access ports:

   i) strip the header from the encapsulated data packet and to determine the one or more encapsulated identifiers in the header of the encapsulated data packet;

   ii) determine if at least one access port of the second switch is associated with the one or more encapsulated identifiers; and

   iii) forward the data packet out the at least one determined access port of the second switch.

**3.** The computer-readable storage medium as recited in claim 2, further comprising instructions to cause the network to:

listen to end systems heard on respective access ports at each switch and to maintain the end systems heard and their respective access ports in a mapping table at the respective switch; and

upon receipt of a unicast packet for a destination end system unknown to the first switch, complete step c for the unicast packet and then at the next switch review the mapping table for the respective access port for the

6,147,995

11

destination end system and forward the packet out the respective access port.

4. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to, if in step c(iv) no other access port is determined, discard the data packet.

5. The computer-readable storage medium as recited in claim 1, further comprising, in step b, instructions to cause the network to:

maintain a first table in each switch to relate the at least one assigned identifier to the end systems or access ports of the respective switch; and

maintain a second table in each switch to relate the access ports of the respective switch to assigned identifiers.

6. The computer-readable storage medium as recited in claim 5, further comprising, in step c.i), instructions to cause the network to:

review the first table for the one or more identifiers associated with the source end system or the receiving access port.

7. The computer-readable storage medium as recited in claim 6, further comprising, in step c.iv), instructions to cause the network to:

review the second table for an access port associated with the one or more determined identifiers.

8. The computer-readable storage medium as recited in claim 7, wherein the assigned identifier is a virtual LAN identifier.

9. The computer-readable storage medium as recited in claim 1, wherein the received data packet is of a protocol not supported by a protocol-specific call processor in the first switch.

10. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:

maintain a common registry of assigned identifiers.

11. The computer-readable storage medium as recited in claim 10, further comprising instructions to cause the network to:

register each end system or access port with the common registry, and

return a list of assigned identifiers from the common registry to each switch for the end systems or access ports of the respective switch.

12. The computer-readable storage medium as recited in claim 10, further comprising instructions to cause the network to:

send a signal from the first switch to the common registry to resolve an end system or access port to its assigned identifiers.

13. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:

maintain the mapping at each switch for the end system or access ports of the respective switch.

14. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:

prior to assigning an identifier to a specific end system or access port, maintain a default identifier for that specific end system or access port which maps to predetermined access ports.

15. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:

12

maintain a multicast channel of connections between all or a subset of switches and wherein step c(iii) comprises forwarding the encapsulated packet on the multicast channel.

16. The computer-readable storage medium as recited in claim 15, wherein the channel includes:

a point-to-multipoint connection from each switch to all other switches in the network.

17. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network, at step c(iii), to provide a distributed service in the switches for forwarding the encapsulated data packet.

18. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to assign the identifier based on a policy work group definition.

19. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:

maintain at least one mapping table at each switch for performing the mapping step.

20. The computer-readable storage medium as recited in claim 19, further comprising instructions to cause the network to:

listen to end systems heard on respective access ports at each switch and maintain the end systems heard and their respective access ports in the mapping table at the respective switch.

21. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:

assign a reserved identifier without limitation as to end system and access port.

22. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:

maintain a Management Information Base (MIB) interface at each switch for programming at least one mapping table, the mapping table being used to perform the mapping step.

23. The computer-readable storage medium as recited in claim 22, further comprising instructions to cause the network to:

use a Simple Network Management Protocol (SNMP) set message to maintain the mapping table at each switch.

24. The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:

maintain a status table at each switch to enable and disable a respective subset.

25. A computer-readable storage medium comprising program instructions for restricting flooding of a data packet, of one of a broadcast, multicast and unknown destination type, in a switch to be used in a switched data communications network, the network to include end systems and switches connected by links, the switches having access ports connected to end systems and network ports connected to other switches, the program instructions causing the switch to:

a. assign at least one identifier to a respective subset of end systems;

b. map the at least one assigned identifier to an access port attached to at least one end system in the respective subset of end systems; and

c. when the data packet is received from a source end system at a receiving access port of the switch:

6,147,995

13

i) determine one or more identifiers associated with the source end system;

ii) encapsulate the data packet by adding a header with the one or more determined identifiers;

iii) forward the encapsulated data packet to all or a subset of other switches in the network; and

iv) determine if at least one access port other than the receiving access port on the switch is associated with the one or more determined identifiers and forward the data packet out the at least one determined access port.

26. The computer-readable storage medium as recited in claim 25, further comprising instructions to cause the switch to:

d. when an encapsulated data packet is received:

i) strip the header from the encapsulated data packet and determine the one or more encapsulated identifiers in the header of the encapsulated data packet;

ii) determine if at least one access port of the switch is associated with the one or more encapsulated identifiers; and

iii) forward the data packet out the at least one determined access port of the switch.

27. The computer-readable storage medium as recited in claim 26, further comprising instructions to cause the switch to:

listen to end systems heard on the access ports and to maintain the end systems heard and their respective access ports in a mapping table.

28. The computer-readable storage medium as recited in claim 27, further comprising instructions to cause the switch to, if in step c(iv) no other access port is determined, discard the data packet.

29. The computer-readable storage medium as recited in claim 25, further comprising, in step b, instructions to cause the switch to:

maintain a first table to relate the at least one assigned identifier to the end systems or access ports of the switch; and

14

maintain a second table to relate the access ports of the switch to assigned identifiers.

30. The computer-readable storage medium as recited in claim 29, further comprising, in step c.i), instructions to cause the switch to:

review the first table for the one or more identifiers associated with the source end system or the receiving access port.

31. The computer-readable storage medium as recited in claim 30, further comprising, in step c.iv), instructions to cause the switch to:

review the second table for an access port associated with the one or more determined identifiers.

32. The computer-readable storage medium as recited in claim 25, further comprising instructions to cause the switch to:

prior to assigning an identifier to a specific end system or access port, maintain a default identifier for that specific end system or access port which maps to predetermined access ports.

33. The computer-readable storage medium as recited in claim 25, further comprising instructions to cause the switch to:

maintain a Management Information Base (MIB) interface.

34. The computer-readable storage medium as recited in claim 33, further comprising instructions to cause the switch to:

use a Simple Network Management Protocol (SNMP) message to maintain a mapping table.

35. The computer-readable storage medium as recited in claim 25, further comprising instructions to cause the switch to:

maintain a status table to enable and disable a respective subset.

*    *    *    *    *

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 05-CV-11298 (DPW) |
| v. | ) | |
| | ) | |
| FOUNDRY NETWORKS, INC., and | ) | |
| EXTREME NETWORKS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EXTREME'S MOTION TO FOR LEAVE TO FILE A REPLY IN SUPPORT**
**OF ITS MOTION TO REDUCE TO A MANAGEABLE NUMBER THE PATENT CLAIMS**
**AT ISSUE IN THIS CASE**

Pursuant to Local Rule 7.1(b)(3), Defendant Extreme Networks, Inc. hereby moves for leave

to file a Reply Memorandum in Support of Their Motion to Reduce to a Manageable Number the

Patent Claims at Issue (the "Reply"), which is attached hereto.  The Reply is attached hereto, and

addresses statements and arguments made by Enterasys in its Opposition, including Enterasys'

purported offer to conditionally reduce the claims it intends to assert, and certain misstatements

regarding the status of discovery in this litigation.  Counsel for Enterasys has indicated that

Enterasys does not oppose this motion for leave to file a reply.

Dated: April 11, 2007                                    EXTREME NETWORKS, INC.


                                                          /s/  Emily E. Smith-Lee
                                                         Emily E. Smith-Lee (BBO #634223)
                                                         MCDERMOTT, WILL & EMERY LLP
                                                         28 State Street
                                                         Boston, MA  02109
                                                         Tel. (617) 535-4000

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, Emily E. Smith-Lee, hereby certify that I conferred with counsel for Enterasys, and attempted in good faith to resolve or narrow the issues presented by this motion.  Counsel for Enterasys has stated that he will not oppose this Motion.

/s/ Emily E. Smith-Leer
Emily E. Smith-Lee

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 11, 2007.

| | |
|---|---|
| | /s/ Emily E. Smith-Lee |
| | Emily E. Smith-Lee |

BST99 1537129-1.065994.0016