**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENTERASYS NETWORKS, INC., | Civil Action No. 05-11298 (DPW) |
| Plaintiff, | |
| v. | Honorable Douglas P. Woodlock |
| FOUNDRY NETWORKS, INC.; and EXTREME NETWORKS, INC., | |
| Defendant. | |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*
FOR MATTHEW H. POPPE TO APPEAR ON BEHALF
OF DEFENDANT FOUNDRY NETWORKS, INC.**

Pursuant to Local Rule 83.5.3(b), the undersigned counsel moves for the admission *pro hac vice* of Matthew H. Poppe of the law firm Orrick, Herrington & Sutcliffe LLP, to appear on behalf of Defendant Foundry Networks, Inc. in the above-captioned case.

As set forth in the attached certification, Attorney Poppe is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and he is familiar with the Local Rules of the U.S. District Court of the District of Massachusetts. The undersigned counsel is sending a check to the Clerk of the Court in the amount of $50.00 to cover the required filing fees for *pro hac vice* admission.

WHEREFORE, it is respectfully requested that Attorney Poppe be admitted *pro hac vice* to appear on behalf of Defendant Foundry Networks, Inc. in the above-captioned case.

Dated:  April 18, 2007

Respectfully submitted,

DEFENDANT FOUNDRY NETWORKS, INC.

By Its Attorneys,

*/s/ Steven M. Bauer*
Steven M. Bauer (BBO #542531)
Jeremy P. Oczek (BBO #647509)
John W. Pint (BBO #660548)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Telephone:  (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com
jpint@proskauer.com

Of Counsel:
William L. Anthony, Jr. (admitted pro hac vice)
I. Neel Chatterjee (admitted pro hac vice)
Fabio Marino (admitted pro hac vice)
Michael F. Heafey (BBO # 556931)
Sanjeet K. Dutta (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
wanthony@orrick.com
nchatterjee@orrick.com
fmarino@orrick.com
mheafey@orrick.com
sdutta@orrick.com

## Certificate Pursuant To Rule 7.1

I hereby certify that counsel for the parties have conferred regarding this motion, and that counsel for plaintiff Enterasys Networks, Inc. stated that Enterasys does not and will not oppose this motion.

*/s/ Steven M. Bauer*
Steven M. Bauer

**<u>Certificate of Service</u>**

The undersigned hereby certifies that this document was filed through the ECF system on April 18, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Steven M. Bauer*
Steven M. Bauer

## **CERTIFICATION**

Pursuant to Local Rule 83.5.3(b), I, Matthew H. Poppe, Esquire, hereby certify that:

(1)     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar; U.S. District Court for the Northern District of California; U.S. Court of Appeals for the Federal Circuit);

(2)     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3)     I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Matthew H. Poppe
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Dated:  April 15, 2007