**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|                                   |   |                                     |
|-----------------------------------|---|-------------------------------------|
|                                   | ) |                                     |
| ENTERASYS NETWORKS, INC.,         | ) | Civil Action No: 05-CV-11298 (DPW)  |
|                                   | ) |                                     |
| Plaintiff,                        | ) |                                     |
|                                   | ) |                                     |
| v.                                | ) |                                     |
|                                   | ) |                                     |
| FOUNDRY NETWORKS, INC. AND        | ) |                                     |
| EXTREME NETWORKS, INC.,           | ) |                                     |
|                                   | ) |                                     |
| Defendants.                       | ) |                                     |
|                                   | ) |                                     |

**NOTICE OF DEFENDANT EXTREME NETWORKS, INC. FILING
A PATENT INFRINGEMENT ACTION AGAINST PLAINTIFF ENTERASYS
NETWORKS, INC. IN THE WESTERN DISTRICT OF WISCONSIN**

Notice is hereby provided to the Court that, on April 20, 2007, Defendant Extreme

Networks, Inc. ("Extreme") filed a patent infringement action against Plaintiff Enterasys

Networks, Inc. ("Enterasys") in the Western District of Wisconsin, Case No. 07-C-0229-C (the

"Wisconsin Action"), which is reputed among the patent bar as having perhaps the fastest

"rocket docket" in the nation.

In the Wisconsin Action, Extreme has alleged infringement of three networking-related

patents by a category of products also at issue in the case at bar -- *viz.*, "Ethernet switch routers."

At present, Extreme is apparently asserting against Enterasys *every claim* contained in all three

of these patents, which represent sixty-five claims in total and an average of over twenty-one

asserted claims per patent.

Dated:  May 14, 2007                    Respectfully submitted,

                                        ENTERASYS NETWORKS, INC.

                                        By its attorneys,

                                        /s/ Marc N. Henschke
                                        Christopher P. Sullivan, Esq. (BBO No. 485120)
                                        Marc N. Henschke, Esq. (BBO No. 636146)
                                        Alan E. McKenna (BBO No. 644556)
                                        William J. Rocha (BBO No. 657924)
                                        Robins, Kaplan, Miller & Ciresi L.L.P.
                                        800 Boylston Street, 25th Floor
                                        Boston, MA 02199
                                        Tel. (617) 267-2300

Of Counsel:

A. James Anderson, Esq. *(pro hac vice)*
Marla R. Butler, Esq. *(pro hac vice)*
Robins, Kaplan, Miller & Ciresi L.L.P.
2600 One Atlanta Plaza
Atlanta, GA 30326-1386
Tel. (404) 760-4300

Robert A. Auchter, Esq. *(pro hac vice)*
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, N.W.
Washington, DC  20006
Tel. (202) 775-0725

BN1 35039262.1

2

**CERTIFICATE OF SERVICE**

       I, Marc N. Henschke, hereby certify that on May 14, 2007, I caused the attached *Notice Of Defendant Extreme Networks, Inc. Filing A Patent Infringement Action Against Plaintiff Enterasys Networks, Inc. In The Western District Of Wisconsin* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  May 14, 2007               /s/ Marc N. Henschke
                                        Marc N. Henschke