**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., ) | Civil Action No: 05-CV-11298 (DPW) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FOUNDRY NETWORKS, INC. AND ) | |
| EXTREME NETWORKS, INC., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF ENTERASYS NETWORKS, INC.'S MOTION TO PRECLUDE DEFENDANT FOUNDRY NETWORKS, INC. FROM OBTAINING OR USING THE AFFIRMATIVE ASSISTANCE OF KENNETH VIRGILE IN ITS DEFENSE AGAINST THE '022 PATENT IN SUIT**

The Court has before it Plaintiff Enterasys Networks, Inc.'s ("Enterasys'") Motion for an Order Precluding Defendant Foundry Networks, Inc. from Obtaining Or Using The Affirmative Assistance Of Kenneth Virgile In Its Defense Against The '022 Patent In Suit. Based on the information presented by both parties, as well as arguments of counsel before this Court,

**IT IS HEREBY ORDERED THAT**:

1. Foundry and/or Foundry's counsel must cease using Mr. Virgile's affirmative assistance with respect to matters related to the '022 patent.

2. Foundry must identify and disclose to the Court and to Enterasys the work product provided by Mr. Virgile to Foundry with respect to matters related to the '022 patent.

3. Foundry is prohibited from using Mr. Virgile's work related to the '022 patent, including any work product produced by Foundry or its counsel that is based in whole or in part on the work product of Mr. Virgile, or any analysis generated by Mr. Virgile, as such work product or analysis resulted directly from Mr. Virgile's violation of his contractual and legal obligations to Enterasys concerning the '022 patent.

4. Foundry must identify and disclose to the Court and to Enterasys any attorney client privilege information that belongs to Enterasys or its predecessors but which Mr. Virgile disclosed to Foundry or its counsel.

5. Foundry is prohibited from using or relying upon any attorney client information belonging to Enterasys that it may have received from Mr. Virgile.

6. Foundry must identify and disclose to the Court and to Enterasys any confidential information that belongs to Enterasys or its predecessors but which Mr. Virgile disclosed to Foundry or its counsel.

7. Foundry is prohibited from using or relying upon any confidential information that it may have received from Mr. Virgile in violation of his confidential/non-disclosure agreement.

8. Foundry is prohibited from utilizing the testimony of Mr. Virgile to attempt to invalidate the '022 patent.

Dated: _____          _____
                                             Hon. Douglas P. Woodlock

BN1 35039268.1

## CERTIFICATE OF SERVICE

I, William J. Rocha, hereby certify that on May 16, 2007, I caused a true and correct copy of the attached *[Proposed] Order Granting Plaintiff Enterasys Networks, Inc.'s Motion To Preclude Defendant Foundry Networks, Inc. From Obtaining Or Using The Affirmative Assistance Of Kenneth Virgile In Its Defense Against The '022 Patent In Suit* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**
William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**
Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated: May __, 2007                                          /s/ William J. Rocha
                                                             William J. Rocha