IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC, <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC., <br> Defendants. | CIVIL ACTION NO. 05-CV-11298 (DPW) |

**DEFENDANT FOUNDRY NETWORKS, INC.'S MOTION FOR PROTECTIVE ORDER TO STAY THE DEADLINE TO DECIDE WHETHER TO RELY UPON OPINIONS OF COUNSEL IN CONNECTION WITH ITS DEFENSE TO WILLFUL INFRINGEMENT**

Pursuant to Federal Rule of Civil Procedure 26(c)(2), Defendant Foundry Networks, Inc. ("Foundry") respectfully files this motion for a protective order to stay the deadline for Foundry to decide whether to rely upon opinions of counsel in connection with its defense to willful infringement. In support thereof, Foundry states as follows:

1. The current deadline for the Defendants to provide notice to Enterasys of their intention to invoke the opinion of counsel defense is May 17, 2007. (*See* Docket No. 82.)

2. On April 18, 2007, Foundry moved for an extension of the May 17, 2007 deadline pending the outcome of the Federal Circuit's pending *en banc* decision in the *Seagate Technology* case. (*See* Docket No. 92.) Enterasys filed an opposition on May 2, 2007. (*See* Docket No. 95.)

3. The Court has not yet ruled on Foundry's Motion for Extension (Docket No. 92), and no hearing date for the motion has been scheduled. We understand from the Court's clerk that Judge Woodlock is currently unavailable out of the country.

-2-

4. Since Foundry's Motion for Extension (Docket No. 92) is currently pending before the Court, Foundry's counsel asked Enterasys' counsel whether Enterasys agreed that the deadline for Foundry to decide whether to rely upon opinions of counsel was stayed until the Court decided Foundry's Motion for Extension (Docket No. 92). Despite Foundry's pending motion, Enterasys took the view that May 17, 2007 remained the operative deadline for Defendants to declare whether they will rely on opinions of counsel in this case.

5. Accordingly, out of an abundance of caution, Foundry moves for a protective order under Federal Rule 26(c)(2) to stay the May 17, 2007 deadline for deciding whether to disclose any opinions of counsel until the Court has ruled on Foundry's Motion for Extension (Docket No. 92).

6. Foundry incorporates by reference the arguments contained in:[1] 1) Foundry's Motion for Extension of Deadline Relating to Waiver of Attorney-Client Privilege Because of Pending Federal Circuit En Banc Case Concerning Scope of Waiver (Docket No. 92); and 2) Foundry's Assented-To Motion For Leave to File a Reply Brief in Support of Its Motion for Extension of Deadline Relating to Waiver of Attorney-Client Privilege Because of Pending Federal Circuit En Banc Case Concerning Scope of Waiver including Foundry's Proposed Reply Brief attached as Exhibit 1 (Docket No. 96).

WHEREFORE, Foundry respectfully requests that the Court issue a protective order providing one of the following forms of relief to Foundry:

(1) Grant the relief sought by Foundry's Motion for Extension (Docket No. 92); or

(2) Alternatively, if the Court denies the relief sought in Foundry's Motion for Extension (Docket No. 92), allow Foundry five (5) business days from such denial to disclose its intention of whether to rely upon any opinions of counsel.

---

[1] Pursuant to this Court's Electronic Case Filing Administrative Procedures, at L.3, dated January 1, 2006.

**Certification Pursuant to Local Rules 7.1 and 37.1**

Counsel for Foundry hereby certifies that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion by e-mail on May 16, 2007 but were unable to reach agreement.

Dated: May 16, 2007

Respectfully submitted,

*/s/ Steven M. Bauer*
Steven M. Bauer (BBO# 542531)
Jeremy P. Oczek (BBO# 647509)
John W. Pint (BBO# 660548)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

William Anthony, Jr.*
I. Neel Chatterjee*
Fabio E. Marino*
Matthew H. Poppe*
Michael F. Heafey (BBO# 556931)
Sanjeet K. Dutta*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

* Admitted *Pro Hac Vice*

ATTORNEYS FOR DEFENDANT
FOUNDRY NETWORKS, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed through the ECF system on May 16, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Steven M. Bauer*
Steven M. Bauer