**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| ENTERASYS NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-11298 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| FOUNDRY NETWORKS, INC.; and | ) | |
| EXTREME NETWORKS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ASSENTED-TO MOTION TO ADMIT NICOLE N. MORRIS _PRO HAC VICE_**
**ON BEHALF OF PLAINTIFF ENTERASYS NETWORKS, INC.**

Now comes Marc N. Henschke, counsel of record for the Plaintiff, and a member in good

standing of the bar of the United States District Court for the District of Massachusetts and of the

Massachusetts Supreme Judicial Court, and respectfully requests this Court to admit Nicole N.

Morris _pro hac vice_ in this matter.  In support of this Motion, Attorney Henschke states as

follows:

1.  Attorney Morris is an attorney practicing with the law firm of Robins, Kaplan,

    Miller & Ciresi L.L.P., 2600 One Atlanta Plaza, 950 East Paces Ferry Road N.E.,

    Atlanta, Georgia 30326.

2.  Attorney Morris is admitted to practice in the highest court of the State of

    Georgia, The United States District Court for the Northern District of Georgia, the

    highest court of the State of Minnesota, the United States District Court for the

District of Minnesota, The District of Columbia, and the Commonwealth of

Massachusetts.

3.    Attorney Morris is a member of the bar in good standing of every jurisdiction

where she has been admitted to practice.

4.    There are no disciplinary proceedings pending against Attorney Morris as a

member of the bar of any jurisdiction.

5.    Attorney Morris is familiar with the Local Rules of the United States District

Court for the District of Massachusetts.

6.    Counsel for both Foundry Networks and Extreme Networks have assented to this

Motion.

In further support of this Motion, Attorney Henschke submits the accompanying

Affidavit of Nicole N. Morris, attached as Exhibit "A".

WHEREFORE, Attorney Henschke respectfully requests that this Court allow this

Motion in its entirety.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.


/s/ Marc N. Henschke
_____
Christopher P. Sullivan, Esq. (BBO No. 485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300
Attorneys for Plaintiff
ENTERASYS NETWORKS, INC.

DATED:  May 23, 2007

35039063

## STATEMENT REGARDING LOCAL RULE 7.1

Pursuant to Local Rule 7.1, undersigned counsel for Enterasys certifies that he has

conferred with counsel for both Foundry Networks and Extreme Networks, who have assented to

this Motion.


/s/ Marc N. Henschke
Marc N. Henschke

## CERTIFICATE OF SERVICE

I, Marc N. Henschke, hereby certify that on May 23, 2007, I caused a true and correct copy of the attached *Assented-To Motion To Admit Nicole N. Morris Pro Hac Vice On Behalf Of Plaintiff Enterasys Networks, Inc.* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**
William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**
Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  May 23, 2007                    /s/ Marc N. Henschke
                                        MARC N. HENSCHKE

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-11298 (DPW) |
| | ) | |
| v. | ) | |
| | ) | |
| FOUNDRY NETWORKS, INC.; and | ) | |
| EXTREME NETWORKS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF NICOLE N. MORRIS IN SUPPORT OF
MOTION TO ADMIT NICOLE N. MORRIS *PRO HAC VICE*
ON BEHALF OF PLAINTIFF ENTERASYS NETWORKS, INC.**

The affiant, Nicole N. Morris hereby deposes and states:

1.      I am an attorney in the law firm of Robins, Kaplan, Miller & Ciresi, LLP, 2600 One Atlanta Plaza, 950 East Paces Ferry Road N.E., Atlanta, Georgia 30326.

2.      This affidavit is submitted in support of Alan E. McKenna's Motion to Admit Nicole N. Morris *Pro Hac Vice* on behalf of Plaintiff Enterasys Networks, Inc.

3.      I am admitted to practice in the highest court of the state of Georgia, The United States District Court for the Northern District of Georgia, The highest court of the state of Minnesota, the United States District Court for the District of Minnesota, The District of Columbia and the Commonwealth of Massachusetts.

4.      I am a member of the bar in good standing of every jurisdiction where I have been admitted to practice.

5.      There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

6.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 10 day of May, 2007.

Nicole N. Morris

35039062

2