# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC.,<br><br>              Plaintiff,<br>    v.<br><br>FOUNDRY NETWORKS, INC.; and<br>EXTREME NETWORKS, INC.,<br><br>              Defendant. | Civil Action No. 05-11298 (DPW)<br><br>Honorable Douglas P. Woodlock |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* FOR BRIAN H. VANDERZANDEN TO APPEAR ON BEHALF OF DEFENDANT FOUNDRY NETWORKS, INC.

Pursuant to Local Rule 83.5.3(b), the undersigned counsel moves for the admission *pro hac vice* of Brian H. VanderZanden of the law firm Orrick, Herrington & Sutcliffe LLP, to appear on behalf of Defendant Foundry Networks, Inc. in the above-captioned case.

As set forth in the attached certification, Attorney VanderZanden is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and he is familiar with the Local Rules of the U.S. District Court of the District of Massachusetts. The undersigned counsel is sending a check to the Clerk of the Court in the amount of $50.00 to cover the required filing fees for *pro hac vice* admission.

WHEREFORE, it is respectfully requested that Attorney VanderZanden be admitted *pro hac vice* to appear on behalf of Defendant Foundry Networks, Inc. in the above-captioned case.

Dated:  May 23, 2007

Respectfully submitted,

DEFENDANT FOUNDRY NETWORKS, INC.

By Its Attorneys,

*/s/ John W. Pint*
Steven M. Bauer (BBO #542531)
Jeremy P. Oczek (BBO #647509)
John W. Pint (BBO #660548)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Telephone:  (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com
jpint@proskauer.com

<u>Of Counsel</u>:
William L. Anthony, Jr. (admitted pro hac vice)
I. Neel Chatterjee (admitted pro hac vice)
Fabio Marino (admitted pro hac vice)
Matthew H. Poppe (admitted pro hac vice)
Michael F. Heafey (BBO # 556931)
Sanjeet K. Dutta (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
wanthony@orrick.com
nchatterjee@orrick.com
fmarino@orrick.com
mpoppe@orrick.com
mheafey@orrick.com
sdutta@orrick.com

**Certificate Pursuant To Rule 7.1**

    I hereby certify that counsel for the parties conferred regarding this motion by email on May 23, 2007, and that counsel for plaintiff Enterasys Networks, Inc., Marc N. Henschke, stated that Enterasys does not and will not oppose this motion.

*/s/ John W. Pint*
John W. Pint

- 3 -

## Certificate of Service

    The undersigned hereby certifies that this document was filed through the ECF system on May 23, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              */s/ John W. Pint*
                              John W. Pint

**CERTIFICATION**

Pursuant to Local Rule 83.5.3(b), I, Brian H. VanderZanden, Esquire, hereby certify that:

(1)     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (California State Bar);

(2)     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(3)     I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

*B. VanderZanden*
Brian H. VanderZanden
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Dated: May 23, 2007