IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC, <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC., <br><br> Defendants. | Honorable Douglas P. Woodlock <br><br> Civil Action No. 05-CV-11298 (DPW) |

**NOTICE OF PENDING MOTIONS AND SUGGESTION
FOR CONSOLIDATING ORAL ARGUMENT ON ALL PENDING MOTIONS**

On June 11, 2007, the Court is scheduled to hear oral argument on defendant Extreme Networks, Inc.'s Motion to Limit Claims (Docket #86).

Since that motion was filed, several other motions have been filed and will be fully briefed before the June 11 hearing date. Because the defendants and many of the defendants' attorneys are located out of state, defendant Foundry Networks, Inc. respectfully suggests that the Court might want to consolidate oral argument on all pending motions, to make the most efficient use of the Court's resources, and to reduce the travel expenses for the parties.

The four motions now pending before the Court are:

| No. | Docket # | Filed | Pending Motion |
|---|---|---|---|
| 1. | 92 | 04/18/2007 | Foundry Networks, Inc.'s Motion for Extension of Deadline Relating to Waiver of Attorney-Client Privilege Because of Pending Federal Circuit En Banc Case Concerning Scope of Waiver |

-2-

| No. | Docket # | Filed | Pending Motion |
|---|---|---|---|
| 2. | 98 | 5/16/2007 | Enterasys Networks, Inc.'s Motion for Order to Preclude Defendant Foundry Networks, Inc. From Obtaining Or Using The Affirmative Assistance Of Virgile In Its Defense Against The '022 Patent In Suit by Enterasys Networks, Inc. |
| 3. | 102 | 5/16/2007 | Foundry Networks, Inc.'s Motion for Protective Order To Stay The Deadline To Decide Whether To Rely Upon Opinions Of Counsel In Connection With Its Defense To Willful Infringement |
| 4. | 105 | 5/25/2007 | Foundry Networks, Inc.'s Motion To Compel The Production Of Patent Invention Records From Enterasys Networks, Inc. |

If the Court's schedule permits, Foundry respectfully suggests that the scheduled hearing on June 11, 2007 at 2:30 p.m. be set for oral argument on all pending motions currently before the Court so that all pending motions can be addressed at the same time.

| | |
|---|---|
| Dated: June 4, 2007 | Respectfully submitted,<br><br>/s/ Steven M. Bauer<br>_____<br>Steven M. Bauer (BBO# 542531)<br>Jeremy P. Oczek (BBO# 647509)<br>John W. Pint (BBO# 660548)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110-2600<br>Telephone:  (617) 526-9600<br>Facsimile:  (617) 526-9899<br><br>William Anthony, Jr.*<br>I. Neel Chatterjee*<br>Fabio E. Marino*<br>Matthew H. Poppe*<br>Michael F. Heafey (BBO# 556931)<br>Sanjeet K. Dutta*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:  (650) 614-7400<br>Facsimile:  (650) 614-7401<br><br>* Admitted *Pro Hac Vice*<br><br>ATTORNEYS FOR DEFENDANT<br>FOUNDRY NETWORKS, INC. |

**Certificate of Service**

The undersigned hereby certifies that this document was filed through the ECF system on June 4, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Steven M. Bauer
_____
Steven M. Bauer