**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

_____
                           )

ENTERASYS NETWORKS, INC.,       )      Civil Action No: 05-CV-11298 (DPW)
                           )

Plaintiff,                    )
                           )

v.                              )
                           )

FOUNDRY NETWORKS, INC.,      )
                           )

Defendant.                  )
_____ )

**JOINT CLAIM CONSTRUCTION STATEMENT**

The parties hereby submit their Joint Claim Construction Statement as required by this Court's December 19, 2006 Order adopting the modified Scheduling Order proposed by the parties in a joint motion filed December 8, 2006.

On May 14, 2007, as required by that same Order, each party provided an initial list of claim terms/phrases which that party believed needed to be construed by the Court and proposed constructions of those terms/phrases. On May 29, 2007, each of the parties provided responsive constructions for terms/phrases which that party did not initially identify as needing construction, but which one or both of the other parties had identified as needing construction. In a series of meet-and-confers beginning on May 29, 2007, the parties identified those terms/phrases about which the parties could reach agreement.

Attached are the following documents:

Exhibit A:    Terms/phrases from **U.S. Patent No. 5,251,205** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases. Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Exhibit B:     Disputed terms/phrases from **U.S. Patent No. 5,390,173** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases.  Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Exhibit C:     Disputed terms/phrases from **U.S. Patent No. 6,128,665** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases.  Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Exhibit D:     Disputed terms/phrases from **U.S. Patent No. 6,147,995** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases.  Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Exhibit E:     Disputed terms/phrases from **U.S. Patent No. 6,539,022** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases.  Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Exhibit F:     Disputed terms/phrases from **U.S. Patent No. 6,560,236** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases.  Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Terms/phrases from claims currently being asserted by Enterasys are identified for construction.[1] [2]  In addition, there are some instances where an asserted claim depends from an unasserted claim and one or more parties therefore found it necessary to identify one or more terms/phrases from the unasserted claim to be construed.[3]  On June 27, 2007, the parties will

---

[1] Enterasys is currently asserting the following claims from each of the patents-in-suit:
    U.S. Patent No. 6,539,022:  1, 3, 5, 6, 12, 20;
    U.S. Patent No. 5,390,173:  1, 3, 5;
    U.S. Patent No. 5,251,205:  1, 3, 5, 7, 18, 21;
    U.S. Patent No. 6,560,236:  1, 2, 6, 8;
    U.S. Patent No. 6,128,665:  1, 4, 5, 6, 7; and
    U.S. Patent No. 6,147,995:  1, 14, 19, 25, 32, 33.
[2] The disputed claims and terms are subject to Extreme's pending Motion To Reduce To A Manageable Number The Patent Claims At Issue In This Case dated March 30, 2007.
[3] For example, while claim 4 of the '173 patent is not currently being asserted by Enterasys, claim 5, which depends from claim 4, is being asserted.  Two phrases from claim 4 are being presented to the Court for construction.

submit briefs to the Court in which each party will present argument to support its proposed

constructions for the terms/phrases in Exhibits A-F.

Dated: June 7, 2007                          Respectfully submitted,


                                             ENTERASYS NETWORKS, INC.

                                             By its attorneys,


                                             Christopher P. Sullivan, Esq. (BBO No.485120)
                                             Marc N. Henschke, Esq. (BBO No. 636146)
                                             Alan E. McKenna, Esq. (BBO No. 644556)
                                             William J. Rocha, Esq. (BBO No. 657924)
                                             ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                             800 Boylston Street, 25th Floor
                                             Boston, MA 02199
                                             Tel. (617) 267-2300


                                             /s/Marla R. Butler
                                             A. James Anderson, Esq. (*pro hac vice*)
                                             Marla R. Butler, Esq. (*pro hac vice*)
                                             Anna R. Carr, Esq. (*pro hac vice*)
                                             Nicole N. Morris, Esq. (*pro hac vice*)
                                             ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                             2600 One Atlanta Plaza
                                             950 East Paces Ferry Road, N.E.
                                             Atlanta, GA  30326-1386
                                             Tel. (404) 760-4300

                                             Of Counsel:

                                             Robert A. Auchter, Esq. (*pro hac vice*)
                                             ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                             1875 Eye Street, N.W., Suite 300
                                             Washington, DC  20006
                                             Tel. (202) 775-0725

FOUNDRY NETWORKS, INC.

By its attorneys,


Steven M. Bauer, Esq. (BBO No. 542531)
Jeremy P. Oczek, Esq. (BBO No. 647509)
John W. Pint, Esq. (BBO No. 660548)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel. (617) 526-9600


/s/Fabio E. Marino
William L. Anthony Jr., Esq. (*pro hac vice*)
I. Neel Chatterjee, Esq. (*pro hac vice*)
Sanjeet K. Dutta, Esq. (*pro hac vice*)
Fabio E. Marino, Esq. (*pro hac vice*)
Michael F. Heafey, Esq. (BBO No. 556931)
Matthew H. Poppe, Esq. (*pro hac vice*)
Brian H. VanderZanden, Esq. (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel. (650) 614-7400

EXTREME NETWORKS, INC.

By its attorneys,


Emily E. Smith-Lee, Esq. (BBO No. 634223)
Peter L. Resnik, Esq. (BBO No. 417180)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775
Tel. (617) 535-4000


/s/David L. Larson
Terrence P. McMahon, Esq. (*pro hac vice*)
Vera M. Elson, Esq. (*pro hac vice*)
David L. Larson, Esq. (*pro hac vice*)
Steven L. Walker, Esq. (*pro hac vice*)
Firasat M. Ali, Esq. (*pro hac vice*)
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel. (650) 813-5000

Of Counsel:

Christopher D. Bright, Esq.
MCDERMOTT, WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7108
Tel. (949) 851-0633

## CERTIFICATE OF SERVICE

I, Marla R. Butler, hereby certify that on June 7, 2007, I caused the attached *Joint Claim Construction Statement* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  June 7, 2007                    /s/Marla R. Butler

# EXHIBIT A

EXHIBIT A

PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 5,251,205

Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.
(Civ. Act. No. 05-11298-DPW)

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| 1 | A *method of calculating routes for sending user data packets* via information handling devices which forward data packets through a communications network, comprising | *method of calculating routes for sending user data packets* | A method of calculating routes for sending user data packets. | An algorithm for determining a network route. |
| 1.a | including in at least a first and a second user data packet, destination address information conforming to two or more different addressing conventions of two or more different independent *protocol suites*, | *protocol suites* | A comprehensive set of protocols that is designed to work together to coherently provide complete communication capabilities. | A comprehensive set of protocols that is designed to work together to coherently provide complete communication capabilities. |
| 1.b | *determining routes for said first and said second user data packets using a route calculation algorithm corresponding to a single routing protocol, chosen from an arbitrary protocol suite, regardless of the addressing convention to which the destination address information* | *route calculation algorithm* | A procedure that uses information about the topology or other characteristics of a communications network(s) as a basis for computing effective routes for packets through said network(s). | A procedure that computes effective routes through the network using the known locations of the network's end systems (*i.e.*, which routers are responsible for which end systems), the nature of the connections between the routers, and the states (e.g., operative or inoperative) of the links forming those connections. |

**EXHIBIT A**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | *in said user data packet conforms,* | *routing protocol* | The combination of an address allocation scheme and a format (or a group of related formats) that describes control packets and other information to be exchanged among routers, and which is used to calculate the paths which the user data packets will take between routers. | The combination of an address allocation scheme and a format (or a group of related formats) that describes control packets and other information to be exchanged among routers, and which is used to calculate the paths which the user data packets will take between routers. |
| | | *a single routing protocol, chosen from an arbitrary protocol suite* | A single routing protocol can be chosen from any available protocol suite without regard to which addressing conventions are supported by the protocol suite from which it is chosen. | [no construction offered] |
| | | *determining routes for said first and said second user data packets using a route calculation algorithm corresponding to a single routing protocol, chosen from an arbitrary protocol suite, regardless of the addressing convention to which the destination address information in said user data packet* | Using a route calculation algorithm corresponding to a single routing protocol to determine routes for at least two user data packets, each of which contains destination address information conforming to a different addressing convention than the other. | Determining routes for all packets (conforming to different protocol suites) always using a single route calculation algorithm corresponding to the same routing protocol that is part of the protocol suite that is chosen arbitrarily. |

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | | *conforms* | | |
| 1.c | *said route being determined using the destination address information in said user data packets without converting said destination address information from the addressing convention to which it forms [sic, conforms] to another addressing convention.* | *said route being determined using the destination address information in said user data packets without converting said destination address information from the addressing convention to which it forms [sic, conforms] to another addressing convention* | The route for a user data packet is determined based upon using address information from the addressing convention to which it conforms without converting said information to some other addressing convention. | Calculating the route through the network, including routers with different protocol suites, based on the original destination addresses of the user data packets, without converting any of the destination addresses into a new address. |
| 3 | The method of claim 1 or 2 further comprising | | | |
| 3.a | sending to said information handling devices link state packets conforming to said *routing protocol*, and | *routing protocol* | *See* Claim 1.b. | *See* Claim 1.b. |
| 3.b | calculating said route based on information contained in said link state packets. | | | |
| 5 | A *method for calculating routes for sending user data packets* via | *method for calculating routes for sending user* | *See* Claim 1. | *See* Claim 1. |

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | information handling devices which forward data packets through a communications network, said information handling devices including (a) single-protocol information handling devices capable of recognizing and forwardly only user data packets which conform to a single protocol suite, and (b) multi-protocol information handling devices capable of recognizing and forwarding user data packets which conform to any one of two or more *protocol suites*, comprising | *data packets* | | |
| | | *protocol suites* | *See* Claim 1.a. | *See* Claim 1.a. |
| 5.a | *using a routing protocol to automatically predetermine whether to encapsulate a packet, at which information handling devices to encapsulate and to decapsulate said packet,* and which protocol to use to encapsulate said packet, wherein | *using a routing protocol to automatically predetermine whether to encapsulate a packet, at which information handling devices to encapsulate and to decapsulate said packet,* | Prior to forwarding a packet, a network information handling device uses a routing protocol to make determinations as to whether, where, and/or how to encapsulate or decapsulate said packet. | Without user intervention, to calculate the route through the network, including routers with different protocol suites, including where and how to encapsulate and/or decapsulate a data packet with a particular protocol suite, before forwarding the data packet. |
| | | *encapsulate* | Adding to a packet a new header that does not conform to a protocol-specific header with which said packet had previously been configured. | Place the data packet, including the original data packet header, into the data area of a new packet which has a new header. |

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | | | | In the alternative:<br>Generate a protocol B header and place the protocol A user data packet, including the protocol A header, into the data area of the protocol B user data packet. |
| 5.b | said information handling devices are organized in areas and all of said information handling devices within a single said area are at least capable of recognizing and forwarding user data packets which conform to the same one of said protocol suites. | | | |
| 7 | A **method for calculating routes for sending user data packets** via information handling devices which forward data packets through a communications network, said information handling devices including (a) single-protocol information handling devices capable of recognizing and forwarding only user data packets which conform to a single protocol suite, and (b) multi-protocol information handling devices capable of | **method for calculating routes for sending user data packets** | *See* Claim 1. | *See* Claim 1. |
| | | **protocol suites** | *See* Claim 1.a. | *See* Claim 1.a. |

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | recognizing and forwarding user data packets which conform to any one of two or more **protocol suites**, comprising | | | |
| 7.a | using a **routing protocol** to automatically predetermine whether to **encapsulate** a packet, at which information handling devices to encapsulate and to decapsulate said packet, and which protocol to use to encapsulate said packet, wherein | **routing protocol** | *See* Claim 1.b. | *See* Claim 1.b. |
| | | **encapsulate** | *See* Claim 5.a. | *See* Claim 5.a. |
| 7.b | said network includes (a) single-protocol information handling devices capable of recognizing and forwarding only user data packets which conform to a first protocol suite, (b) single-protocol information handling devices capable of recognizing and forwarding only user data packets which conform to a second different protocol suite, and (c) at least one multi-protocol information handling device capable of recognizing and forwarding user data packets which conform to at least said | | | |

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | first and second protocol suites. | | | |
| 18 | The method of claim 5, 6, 7 or 8 further comprising sending to said information handling devices, link state packets conforming to said one of said *routing protocols*, and calculating said route based on information contained in said link state packets. | *routing protocols* | *See* Claim 1.b. | *See* Claim 1.b. |
| 21 | A network of information handling devices which forward user data packets through communications links each said packet including an address indicating the packet's destination, said network comprising | | | |
| 21.a | a first information handling device capable of interpreting addresses formatted in accordance with *a first addressing scheme*, said first addressing scheme defining one or more address fields that are assigned values to form an address, | *a first addressing scheme* | A first set of rules for defining, allocating, and/or formatting packet address information that is used in connection with a particular protocol. | An address convention within a comprehensive set of protocols that is designed to work together to coherently provide complete communication capabilities. |

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| 21.b | a second information handling device capable of interpreting addresses formatted in accordance with *a second addressing scheme*, said second addressing scheme defining different address fields than said first addressing scheme, wherein | *a second addressing scheme* | A second set of rules for defining, allocating, and/or formatting packet address information that is used in connection with a particular protocol, and that is different from the first addressing scheme. | An address convention within a comprehensive set of protocols that is designed to work together to coherently provide complete communication capabilities that is different from the first set of comprehensive protocols. |
| 21.c | at least one address formatted in accordance with said first addressing scheme dose [*sic*] not identify the same destination as any address formatted in accordance with said second addressing scheme, and | | | |
| 21.d | *said first and second devices exchange control packets which specify*: | *said first and second devices exchange control packets which specify* | Two or more information handling devices exchange packets carrying only control information –*i.e.*, information used for the control of network operations. | Exchange of control packets by routers with two different addressing schemes, each of which specify. |
| 21.d.i | the links connected to the device which originates the control packet, | | | |
| 21.d.ii | the addresses, formatted in accordance with said first addressing scheme, of those destinations that are attached to | | | |

**EXHIBIT A**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
|  | the originating device and have an address corresponding to said first addressing scheme, and |  |  |  |
| 21.d.iii | the addresses, formatted in accordance with said second addressing scheme, of those destinations that are attached to the originating device and have an address corresponding to said second addressing scheme. |  |  |  |

# EXHIBIT B

**EXHIBIT B**

PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 5,390,173

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | U.S. Patent 5,390,173 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1 | A packet data communications network comprising: | | | |
| 1.a. | *a first network segment having a plurality of stations*, one of said stations sending a *message packet* onto said first network segment of a first format; said first format including a first header and a data field with *network destination address* in said communications network; | *a first network segment having a plurality of stations* | A portion or subset of a larger network, where such portion or subset has two or more stations. | A portion of the network whereby two or more end systems are connected to the rest of the network via a port. |
| | | *message packet* | A data unit consisting of a header followed by a data field used in network communications. | A data unit consisting of a header followed by a data field used in network communications. |
| | | *network destination address* | An address that is globally unique, *i.e.*, unambiguously resolvable, within a network and specifies the ultimate destination of the packet. | An address that is globally unique, *i.e.*, unambiguously resolvable, within a network and specifies the ultimate destination of the packet. |
| 1.b. | a *first network transfer device having an input connected to said first network segment to receive said message packet and having an output*; the first network transfer device *applying a second header to said message packet*, said second header including a *switching* | *network transfer device* | Control logic functioning as an interface between a network segment and a switching device. | |
| | | *first network transfer device having an input connected to said first network segment to receive said message* | No construction needed. But if the phrase is construed, it should be construed as: control logic, functioning as an interface between a network segment and a switching device, having an input | A first device that receives packets over a link to an input port, and sends the packets to the switching device through an output port. |

**EXHIBIT B**

| Claim No. | U.S. Patent 5,390,173 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | *address translated from said destination address*, said second header further including *local status information* and *a plurality of status fields to indicate a message packet servicing*; | *packet and having an output* | connected to the first network segment to receive said message packet and having an output. | |
| | | *applying a second header to said message packet* | No construction needed. | Prepending a second header to the packet that travels with the packet through the switching device. |
| | | *switching address* | The local address, i.e., the identification, of the output port that serves the final destination of the packet within the first network segment | A field or fields representing the switch and port number (i.e., local address) of the final destination of the packet. |
| | | *translated from said destination address* | Derived from said destination address. | Derived from the network destination address using a hash function. |
| | | *local status information* | Information that is locally useful, but not part of the packet protocol and not necessary for transmission with the packet throughout the network. | A field or fields containing information that is locally useful, but not part of the message packet protocol and not necessary for transmission with the packet throughout the network. |
| | | *a plurality of status fields to indicate a message packet servicing* | Fields in the second header that contain local status information that indicate how a message packet is to be handled. | <u>This term cannot be construed as it is indefinite pursuant 35 U.S.C. §112.</u>  To the extent that the indefiniteness of this term does not invalidate this claim, Defendants offer the following construction: |

**EXHIBIT B**

| Claim No. | U.S. Patent 5,390,173 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | | Two or more fields containing status information that is not local status information. |
| 1.c. | a *switching device* having a plurality of ports, a first of said ports being connected to said output of said first network transfer device; the switching device *receiving said message packet with said second header and sending said message packet with said second header to a second port as selected by said switching address, and in response to said local status information and the plurality of status fields*; | *switching device* | A device capable of forwarding packets to a selected port, toward its destination | An interconnect device acting as a connector between two or more ports, including a device controller. |
| | | *receiving said message packet with said second header and sending said message packet with said second header to a second port as selected by said switching address, and in response to said local status information and the plurality of status fields* | Receiving the message packet with said second header and sending it to a second port which is selected by the switching address and, in doing so, factoring in the local status information contained in the plurality of status fields. | Receiving a message packet and selecting the appropriate interconnect in the switching device based on the switching address, the local status information and the status fields contained in the second header. |
| 1.d. | *a second network transfer device having an input connected to said second of ports of said switching device and having an output connected to a second network segment*, the second network transfer device receiving said message packet via said switching device to forward to said *second network segment*; the second network transfer device removing said second header from said message packet. | *a second network transfer device having an input connected to said second of ports of said switching device and having an output connected to a second network segment* | No construction needed. If the phrase is construed, it should be construed as: Control logic, functioning as an interface between a network segment and a switching device, having an input connected to the second port of the switching device and an output connected to the second network segment. | A second device that receives the message packet from the switching device through an input port, and sends the message packet to a second network segment through an output port. |
| | | *second network segment* | A second portion or subset of a larger network. | A second portion of the network whereby two or more end systems are connected to the rest of the |

**EXHIBIT B**

| Claim No. | U.S. Patent 5,390,173 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | | network via a port. |
| 3 | A network according to claim 1 wherein said **destination address** contains N bits, and said **switch address** contains M bits, where N and M are integers and **N>>M**. | **destination address** | *See* "network destination address" of Claim 1. | *See* "network destination address" of Claim 1. |
| | | **switch address** | *See* "switching address" of Claim 1. | *See* "switching address" of Claim 1. |
| | | **N>>M** | N is much greater than M. | This term is indefinite pursuant 35 U.S.C. §112.  To the extent that the indefiniteness of this term does not invalidate this claim, Defendants offers the following construction:<br><br>N is much greater than M. |
| 4 | A network according to claim 3 wherein said packet includes **a network source address of N bits**, and said added header contains **a source switch address of M bits translated from said network source address** | **a network source address of N bits** | An address that is globally unique, *i.e.*, unambiguously resolvable, within a network and specifies the source of the packet and has a certain number of bits. | An address that is globally unique, i.e., unambiguously resolvable, within a network and specifies the source of the packet that is the same number of bits as the destination address of Claim 3. |
| | | **a source switch address of M bits** | The local address, i.e., the identification, of the input port that was the original source of the packet within the first network segment.  This source switch address has a certain number of bits. | A field or fields representing the switch and port number (*i.e.*, local address) of the network source of the packet that is the same number of bits as the source switch address of Claim 3. |

**EXHIBIT B**

| Claim No. | U.S. Patent 5,390,173 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | *translated from said network source address* | Derived from the network source address. | Derived from the network source address using a hash function. |
| 5 | A network according to claim 4 wherein said switching device is a *crossbar switch*. | *crossbar switch* | A device that makes a direct point-to-point interconnect between one port and another port, so that the crossbar acts as a bridge or router in the network, linking one network segment to another. | A device that makes a direct point-to-point interconnect between one port and another port, so that the crossbar acts as a bridge or router in the network, linking one network segment to another. |

# <u>EXHIBIT C</u>

**EXHIBIT C**

## PROPOSED CLAIM CONSTRUCTION FOR U.S. PATENT NO. 6,128,665

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1 | A *port based default VLAN* formed on one or more interconnected *networking switches*, each switch having one or more *switch ports*, all of the switch ports collectively being a plurality of switch ports, the default VLAN being defined by one or more of the plurality of switch ports, the one or more of the plurality of switch ports being default VLAN ports, at least one of the plurality of switch ports defining a *second VLAN*, the default VLAN comprising: | *port based default VLAN* | A virtual local area network defined by the switch ports on a switch that are not associated with other virtual local area networks. | A VLAN that is defined during manufacture as every port on a single switch or a plurality of switches. When a default VLAN is configured during manufacture to span a plurality of switches, the default VLAN includes a bus in a hub and an enable switch that electrically connects each of the switches to the bus. |
| | | *VLAN* | a group of nodes interconnected to form a limited broadcast domain | A group of nodes interconnected by software to form a single logical broadcast domain. |
| | | *networking switch* | A network switching device capable of Layer 2 switching – includes brouters and routers that implement a bridge forwarding algorithm | A network device that implements the bridge forwarding algorithm, other than a router or a brouter. |
| | | *switch port* | The physical interface on a networking switch for connecting electronic devices with networking capability | The physical interface on a networking switch for connecting electronic devices with networking capability |

- 1 -

EXHIBIT C

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | *second VLAN* | A virtual local area network defined by one or more switch ports that are not members of the default VLAN | A VLAN comprising a set of ports defined subsequent to the initial default VLAN. The second VLAN and default VLAN do not share any ports because the number of ports of the default VLAN decreases as ports on a switch are used to define other VLANs. |
| 1.a | *means for receiving a data packet through one of the default VLAN ports;* | *means for receiving a data packet through one of the default VLAN ports* | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by this limitation is "receiving a data packet through one of the default VLAN ports."<br><br>The "structure" recited by the specification for performing this function is a switch port 18 as illustrated in Fig. 1 (or structural equivalent). | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by this limitation is "receiving a data packet through one of the default VLAN ports."<br><br>The "structure" recited by the specification for performing this function is a switch port 18 as illustrated in Fig. 1 (or structural equivalent). |
| | | *data packet* | A block of data communicated across a network. | An organized stream of bits, including a header section and a payload section. The header section includes address information for forwarding the packet to the intended recipient. |

EXHIBIT C

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1.b | *means for ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports*; | *means for ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports* | This term or element is governed by 35 U.S.C. § 112(6):<br><br>Recited Function: ascertaining a destination port<br><br>Corresponding Structure: Conventional means (e.g., a programmable logic chip or firmware stored within the switch) that ascertains the switch port using information in or known about the data packet. Figure 4, Step 400. The term conventional means refers to means that accord with, are sanctioned by, or are based on convention and does not preclude later-developed programming methods or structures. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by this limitation is "ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports."<br><br>The "structure" recited by the specification for performing this function is "conventional means within the switch receiving the data packet." The destination port is determined directly from information or data in the data packet header. The "conventional means" as described in the specification are "a programmable logic chip within one or more switches" and "firmware stored within those switches" where the programmable logic chip and firmware are "programmed by conventional methods." The use of the word "conventional" expressly limits the structures and programming methods to those in existence at the time of the filing, and no later-arising equivalents. |

**EXHIBIT C**

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1.c | *means for determining whether the destination port is one of the default VLAN ports*; | *means for determining whether the destination port is one of the default VLAN ports* | This term or element is governed by 35 U.S.C. § 112(6): Recited Function: determining if an identified destination port is one of the default VLAN ports. Corresponding Structure: Conventional means (e.g., a programmable logic chip or firmware stored within the switch) that determines if the destination port is one of the default VLAN ports. Figure 4, Step 402. The term conventional means refers to means that accord with, are sanctioned by, or are based on convention and does not preclude later-developed programming methods or structures. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6. The "function" recited by this limitation is "determining whether the destination port is one of the default VLAN ports." The "structure" recited by the specification for performing this function is a programmable logic chip within one or more switches or firmware stored within those switches, both of which are programmed by conventional methods. The use of the word "conventional" expressly limits the structures and programming methods to those in existence at the time of the filing, and no later-arising equivalents. |
| 1.d | *first means, responsive to the determining means, for transmitting the data packet to the destination port if the determining means determines that the destination port is one of the* | *first means, responsive to the determining means, for transmitting the data packet to the destination port if the determining means determines that the* | This term or element is governed by 35 U.S.C. § 112(6): Recited Function: forwarding the packet to a determined destination port in the default VLAN Corresponding Structure: | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6. The "function" recited by this limitation is "transmitting the data packet to the destination port if the |

**EXHIBIT C**

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | *default VLAN ports*; and, | *destination port is one of the default VLAN ports* | Conventional means (e.g., a programmable logic chip or firmware stored within the switch) that transmits the packet to the destination port. Figure 4, Step 404. The term conventional means refers to means that accord with, are sanctioned by, or are based on convention and does not preclude later-developed programming methods or structures. | determining means determines that the destination port is one of the default VLAN ports."<br><br>The "structure" recited by the specification for performing this function is a programmable logic chip within one or more switches or firmware stored within those switches, both of which are programmed by conventional methods. The use of the word "conventional" expressly limits the structures and programming methods to those in existence at the time of the filing, and no later-arising equivalents. |
| 1.e | *second means, responsive to the determining means, for transmitting the data packet to each of the default VLAN ports if the determining means determines that the destination port is not one of the default VLAN ports,* | *second means, responsive to the determining means, for transmitting the data packet to each of the default VLAN ports if the determining means determines that the destination port is not one of the default VLAN ports,* | This term or element is governed by 35 U.S.C. § 112(6):<br><br>Recited Function: forwarding the packet only to the ports in the default VLAN if the destination port is not determined to be one of the ports in the default VLAN<br><br>Corresponding Structure: Conventional means (e.g., a programmable logic chip or firmware stored within the switch) that | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by this limitation is "transmitting the data packet to each of the default VLAN ports if the determining means determines that the destination port is not one of the default VLAN ports."<br><br>The "structure" recited by the specification for performing this |

EXHIBIT C

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | forwards the packet to the default VLAN ports if the destination port is not one of the default VLAN ports. Figure 4, Step 406. The term conventional means refers to means that accord with, are sanctioned by, or are based on convention and does not preclude later-developed programming methods or structures. | function is a programmable logic chip within one or more switches or firmware stored within those switches, both of which are programmed by conventional methods. The use of the word "conventional" expressly limits the structures and programming methods to those in existence at the time of the filing, and no later-arising equivalents. |
| | | *each of the default VLAN ports* | all of the default VLAN ports except the one from which the packet was received – the ports to which the packet would be flooded | All of the default VLAN ports, including the port on which the packet was received. |
| 1.f | the at least one switch port defining the second VLAN being free from transmission, from the default VLAN, of the data packet. | | | |
| 4 | A method of limiting broadcast messages from a *port based default VLAN*, the default | *port based default VLAN* | *See* Claim 1. | *See* Claim 1. |

EXHIBIT C

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | VLAN formed on one or more interconnected *networking switches*, each switch having one or more *switch ports*, all of the switch ports collectively being a plurality of switch ports, the default VLAN being defined by one or more of the plurality of switch ports, the one or more of the plurality of switch ports being default VLAN ports, at least one of the plurality of switch ports defining a *second VLAN*, the method comprising the steps of: | *VLAN* | *See* Claim 1. | *See* Claim 1. |
| | | *networking switch* | *See* Claim 1. | *See* Claim 1. |
| | | *switch port* | *See* Claim 1. | *See* Claim 1. |
| | | *second VLAN* | *See* Claim 1. | *See* Claim 1. |
| 4.a | receiving a *data packet* through one of the default VLAN ports; | *data packet* | *See* Claim 1. | *See* Claim 1. |
| 4.b | ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports; | | | |
| 4.c | determining whether the destination port is one of the default VLAN ports; | | | |

EXHIBIT C

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 4.d | transmitting the data packet to the destination port if the destination port is one of the default VLAN ports; | | | |
| 4.e | transmitting the data packet to **each of the default VLAN ports** if the destination port is not one of the default VLAN ports; and | ***each of the default VLAN ports*** | *See* Claim 1.e. | *See* Claim 1.e. |
| 4.f | preventing transmission, from the default VLAN, of the data packet to the at least one switch port defining the second VLAN. | | | |
| 5 | The method as defined by claim 4 further including the step of: … G. **tagging the data packet.** | ***tagging the data packet*** | Adding a tag to the packet that identifies the VLAN with which the packet is associated, including VLAN ID defined according to IEEE 802.1Q. There is no temporal limitation as to when the VLAN ID is assigned. | Assigning a default VLAN tag to the data packet when the data packet enters the switch through one of the default VLAN ports. The tag prevents the data packet from being transmitted through any other, non-default VLAN ports. The tag thus identifies which VLAN the packet was received on and is not assigned after further processing within the bridge. |

**EXHIBIT C**

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 6 | A **computer program product** for use with a switching device, the computer program product limiting broadcast messages from a **port based default VLAN**, the default VLAN formed on one or more interconnected **networking switches**, each switch having one or more **switch ports**, all of the switch ports collectively being a plurality of switch ports, the default VLAN being defined by one or more of the plurality of switch ports, the one or more of the plurality of switch ports being default VLAN ports, at least one of the plurality of switch ports defining a **second VLAN**, the computer program product comprising a computer usable medium having computer readable program code thereon, including: | **computer program product** | a series of computer instructions fixed either on tangible medium such as a computer readable media (e.g., diskette, CD-ROM, ROM, or fixed disk) and/or a signal transmittable to a computer or switch via a data communication interface | A series of computer instructions fixed either on a tangible medium such as a computer readable media (e.g., diskette, CD-ROM, ROM, or fixed disk) or transmittable to a computer system via a modem or other interface device, such as communications adapter connected to the network over a medium. The series of computer instructions must embody all or part of the functionality described in the purported invention. |
| | | **port based default VLAN** | *See* Claim 1. | *See* Claim 1. |
| | | **networking switch** | *See* Claim 1. | *See* Claim 1. |
| | | **switch port** | *See* Claim 1. | *See* Claim 1. |
| | | **second VLAN** | *See* Claim 1. | *See* Claim 1. |
| 6.a | program code for receiving a **data packet** through one of the default VLAN ports; | **data packet** | *See* Claim 1.a. | *See* Claim 1.a. |

**EXHIBIT C**

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 6.b | program code for ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports; | | | |
| 6.c | program code for determining whether the destination port is one of the default VLAN ports; | | | |
| 6.d | program code for transmitting the data packet to the destination port if the program code for determining determines that the destination port is one of the default VLAN ports; and | | | |
| 6.e | program code for transmitting the data packet to *each of the default VLAN ports* if the destination port is not one of the default VLAN ports, | *each of the default VLAN ports* | *See* Claim 1.e. | *See* Claim 1.e. |
| 6.f | program code for preventing transmission, from the default VLAN, of the data packet to the at least one switch port defining the second VLAN. | | | |

**EXHIBIT C**

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 7 | The computer program product as defined by claim 6 further including program code for ***tagging the data packet***. | ***tagging the data packet*** | *See* Claim 5. | *See* Claim 5. |

# **<u>EXHIBIT D</u>**

### PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 6,147,995

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1 | A *computer-readable storage medium* comprising *program instructions* for restricting flooding of a data packet, of one of a broadcast, multicast and unknown destination type, in a *switched data communications network*, the network including a plurality of *end systems* and switches connected by links, the switches having *access ports* connected to end systems and *network ports* connected to other switches, the *program instructions* causing the network to: | *computer-readable storage medium* | Tangible medium such as a computer-readable media (e.g. diskette, CD-ROM, ROM, or fixed disk) and/or a signal transmittable to a computer or switch via a data communication interface. | A physical device that stores information that may be read by a computer. |
| | | *end systems* | electronic devices | electronic devices |
| | | *access ports* | An interface through which a switch and an end system communicate. | Ports that are dedicated for connection to end systems. |
| | | *network ports* | An interface through which a switch communicates with another switch. | Ports that are dedicated for connection to switches. |
| 1.a | *assign at least one identifier to a respective subset of end systems*; | *assign at least one identifier to a respective subset of end systems* | Associating a VLAN-ID either directly (e.g., MAC-based) or indirectly (e.g., port-based) with one or more end systems. | Assign one or more VLAN-IDs directly (e.g. MAC-based) to one or more end systems. |

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1.b | *map the at least one assigned identifier to an access port attached to at least one end system in the respective subset of end systems*; and c. when the data packet is received from a source end system at a receiving access port of a first switch: | *map the at least one assigned identifier to an access port attached to at least one end system in the respective subset of end systems* | Associate the one or more VLAN-IDs with at least one access port connected to end systems associated with the one or more VLAN-IDs. | Associate the one or more VLAN-IDs with a single access port connected to end systems to which the VLAN-IDs have been previously assigned. |
| 1.c.i | *determine one or more identifiers associated with the source end system*; | *determine one or more identifiers associated with the source end system* | Ascertain one or more VLAN-IDs associated with the end system or port to which it is connected. | Ascertain one or more VLAN-IDs previously assigned to an end system. |
| 1.c.ii | *encapsulate the data packet by adding a header with the one or more determined identifiers*; | *encapsulate the data packet by adding a header with the one or more determined identifiers* | Adding in or to a data packet a VLAN header that contains at least one VLAN-ID, including VLAN-ID defined according to IEEE 802.1Q. | Defendants offer two constructions in the alternative:

Place the data packet, including the original data packet header, into the data area of a new packet which has a new header that includes the one or more identifiers determined to be associated with the source end system.

or:

Generate a protocol B header and place the protocol A user data |

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | | packet, including the protocol A header, into the data area of the protocol B user data packet. |
| 1.c.iii | forward the encapsulated data packet to all or a subset of other switches in the network; and | | | |
| 1.c.iv | determine if at least one access port other than the receiving access port on the first switch is associated with the one or more determined identifiers and forward the data packet out the at least one determined access port. | | | |
| 14 | The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:<br><br>prior to assigning an identifier to a specific end system or access port, *maintain a default identifier for that specific end system or access port which* | *maintain a default identifier for that specific end system or access port which maps to predetermined access ports* | Associate a VLAN-ID that is replaced when a VLAN-ID is assigned to a specific end system or port and that end system or port is no longer part of the default VLAN, with the end system or access port. | This term is indefinite pursuant 35 U.S.C. §112. There is no antecedent basis in claim 1 for assigning an identifier to a "specific end system or access port." To the extent that the indefiniteness of this term does not invalidate this claim, Defendants offers the following construction: |

**EXHIBIT D**

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | *maps to predetermined access ports*. | | | Maintain a separate default VLAN-ID for each end system or access port. |
| 19 | The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to: | | | |
| 19.a | maintain at least one *mapping table* at each switch for performing the *mapping step*. | *mapping table* | A table that is stored on or accessible to a switch that associates at least one VLAN-ID with an end system (implicitly or explicitly). | A data table stored on a switch that associates at least one VLAN-ID with an end system's MAC address. |
| | | *mapping step* | The step of element B of Claim 1. | The step of element B of Claim 1. |
| 25 | A *computer-readable storage medium* comprising *program instructions* for restricting flooding of a data packet, of one of a broadcast, multicast and unknown destination type, in a switch to be used in a *switched data communications* | *computer-readable storage medium* | *See* Claim 1. | *See* Claim 1. |
| | | *end systems* | *See* Claim 1. | *See* Claim 1. |
| | | *access ports* | *See* Claim 1. | *See* Claim 1. |

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | ***network***, the network to include ***end systems*** and switches connected by links, the switches having ***access ports*** connected to end systems and ***network ports*** connected to other switches, the ***program instructions*** causing the switch to: | ***network ports*** | *See* Claim 1. | *See* Claim 1. |
| 25.a | ***assign at least one identifier to a respective subset of end system***s; | ***assign at least one identifier to a respective subset of end system*** | *See* Claim 1, element a. | *See* Claim 1, element a. |
| 25.b | ***map the at least one assigned identifier to an access port attached to at least one end system in the respective subset of end systems***; and | ***map the at least one assigned identifier to an access port attached to at least one end system in the respective subset of end systems*** | *See* Claim 1, element b. | *See* Claim 1, element b. |
| 25.c | when the data packet is received from a source end system at a receiving access port of the switch: | | | |
| 25.c.i | ***determine one or more identifiers associated with the source end system***; | ***determine one or more identifiers associated with the source end system*** | *See* Claim 1, element c.i. | *See* Claim 1, element c.i. |

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 25.c.ii | ***encapsulate the data packet by adding a header with the one or more determined identifiers***; | ***encapsulate the data packet by adding a header with the one or more determined identifiers*** | *See* Claim 1, element c.ii. | *See* Claim 1, element c.ii. |
| 25.c.iii | forward the encapsulated data packet to all or a subset of other switches in the network; and | | | |
| 25.c.iv | determine if at least one access port other than the receiving access port on the switch is associated with the one or more determined identifiers and forward the data packet out the at least one determined access port. | | | |
| 32 | The computer-readable storage medium as recited in claim 25, further comprising instructions to cause the switch to: | | | |

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 32.a | prior to assigning an identifier to a specific end system or access port, ***maintain a default identifier for that specific end system or access port which maps to predetermined access ports***. | ***maintain a default identifier for that specific end system or access port which maps to predetermined access ports*** | *See* Claim 14. | *See* Claim 14. |
| 33 | The computer-readable storage medium as recited in claim 25, further comprising instructions to cause the switch to: | | | |
| 33.a | maintain a ***Management Information Base (MIB) interface***. | ***Management Information Base (MIB) interface*** | An interface to a database containing the information pertinent to network management. | A user interface that allows configuration of VLANs remotely. |

# <u>EXHIBIT E</u>

## PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 6,539,022

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1 | A **network bridge** for reducing **multicast communications** in a **network**, the network bridge including at least two **I/O interfaces** to each receive and transmit **data packets** and also including **multicast forwarding data**, the device comprising: | **network bridge** | A device that connects two or more network segments, whether or not they use the same protocols, and allows information to flow between them. | A network device that implements the bridge forwarding algorithm, other than a router or a brouter. |
| | | **multicast communications** | Packets transmitted from a single source host to multiple hosts. | Messages that are sent on a LAN to a group of stations and have a group or multicast address as a destination address. The destination address in a multicast packet is a group or multicast address. |
| | | **network** | Infrastructure allowing one device to communicate with another device | A conventional hierarchically-organized communications network. |
| | | **I/O interface** | an interface capable of receiving and transmitting packets. | An interface capable of receiving packets and transmitting packets according to the protocol of the router or network segment to which the I/O interface is attached.  The |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | | I/O interface can transmit packets, receive packets, detect a collision on the network segment, and transmit a jamming signal if necessary, as per the Ethernet and CSMA/CD protocols. |
| | | *data packets* | An organized stream of bits, including a header section and a payload section. The header section includes address information for forwarding the packet to the intended recipient. | An organized stream of bits, including a header section and a payload section. The header section includes address information for forwarding the packet to the intended recipient. |
| | | *multicast forwarding data* | Data corresponding to multicast addresses used to facilitate the forwarding of packets to members of a multicast group. | A multicast forwarding table having an index field, an I/O Interface Field, and a List Field as illustrated in Figure 4. |
| 1.a. | *means for determining, by examining data in a first portion of a first packet received at the network bridge, whether the first packet is a multicast control packet destined for a device other than the network* | *means for determining, by examining data in a first portion of a first packet received at the network bridge, whether the first packet is a multicast control packet destined for a device other than the network* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:**<br>determining, by examining data in a first portion of a first packet received at the | This limitation is written in the means-plus-function format of 35 U.S.C. § 112  6.<br><br>The recited "function" is determining, by examining data in a first portion of a first packet received at the network bridge, whether the |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | *bridge;* | *bridge* | network bridge, whether the first packet is a multicast control packet destined for a device other than the network bridge<br><br>**Corresponding Structure:** processor 120 | first packet is a multicast control packet and is destined for a device other than the network bridge.<br><br>The "structure" recited in the specification for performing the claimed function is the bus 110, the memory 130, and the processor 120 executing the algorithm of Fig. 5. |
| | | *data in a first portion* | Data in the header section. | Data in the header section. |
| | | *multicast control packet* | A packet in which the data in the payload section comprises control information where said control information is related to facilitating the routing of multicast message packets. | A type of control packet and not necessarily a packet sent by multicasting transmission (i.e., the packet is sent in a unicast or multicast fashion); a packet that is one of a Host Membership Query packet, Host Membership Report packet, Join Host Group packet, or Leave Host Group packet. |
| | | *destined for a device other than the network bridge* | Having a destination address that is not the same as the unique address of the network bridge. | Having a unique destination address of a device that is not the same as the unique address of the network bridge. |

**EXHIBIT E**

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1.b. | *means for identifying a multicast group from the first packet when the first packet is a multicast control packet destined for a device other than the network bridge*; and | *means for identifying a multicast group from the first packet when the first packet is a multicast control packet destined for a device other than the network bridge* | This term of element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:**<br>identifying a multicast group from the first packet when the first packet is a multicast control packet destined for a device other than the network bridge<br><br>**Corresponding Structure:** processor 120. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by the claim is "identifying a multicast group from the first packet when the first packet is a multicast control packet destined for a device other than the network bridge."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus 110, the memory 130, and the processor 120 executing the algorithm of Fig. 5. |
| | | *multicast group* | A collection of destination hosts for packets for a particular communication, wherein each multicast group is assigned a special multicast address which bears no relation to any single host of the multicast group. | A collection of destination hosts for packets for a particular communication, wherein each multicast group is assigned a special multicast address which bears no relation to any single host of the multicast group. |

**EXHIBIT E**

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1.c. | *means for updating the multicast forwarding data according to the identified multicast group and the data in the first portion of the first packet.* | *means for updating the multicast forwarding data according to the identified multicast group and the data in the first portion of the first packet* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** updating the multicast forwarding data according to the identified multicast group and the data in the first portion of the first packet<br><br>**Corresponding Structure:** processor 120. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6.<br><br>The "function" recited by the claim is "updating the multicast forwarding data according to the identified multicast group and the data in the first portion of the packet."<br><br>The "structure" recited in the specification for performing this function is the bus 110, the memory 130, the processor 120 executing the algorithm of Fig. 5, and the multicast forwarding table 200. |
| 3 | The network bridge as recited in claim 1, further comprising: | | | |
| 3.a. | *means for identifying a source of the first data packet,* | *means for identifying a source of the first data packet* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** identifying a source of the | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6.<br><br>The "function" recited by the claim is "identifying a source of the first |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | first data packet<br><br>**Corresponding Structure:** processor 120. | data packet."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus 110, the memory 130, and the processor 120. |
| | | *source of the first data packet* | The device from which the first data packet originated. | A globally-unique address of the device from which a communication received on the first port of the bridge originated. |
| 3.b. | wherein the updating means include *means for cross-referencing the identified source to the identified multicast group in the multicast forwarding data.* | *means for cross-referencing the identified source to the identified multicast group in the multicast forwarding data.* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** cross-referencing the identified source to the identified multicast group in the multicast forwarding data<br><br>**Corresponding Structure:** processor 120. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6.<br><br>The "function" recited by this limitation is "cross-referencing the identified source to the identified multicast group in the multicast forwarding data."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | | recited function may include the bus 110, the memory 130, the processor 120 executing the algorithm of Fig. 5, and the multicast forwarding table 200. |
| 5 | The network bridge as recited in claim 1, further comprising: | | | |
| 5.a. | *means for determining, when the first packet is not a control packet, whether the first packet is a message packet having a multicast group as a destination address*; and | *means for determining, when the first packet is not a control packet, whether the first packet is a message packet having a multicast group as a destination address* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** determining, when the first packet is not a control packet, whether the first packet is a message packet having a multicast group as a destination address<br><br>**Corresponding Structure:** processor 120. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by this limitation is "determining, when the first packet is not a control packet, whether the first packet is a message packet having a multicast group as a destination address."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure related to the recited function may include the bus 110, the memory 130, and the processor 120 executing the algorithms of Figs. 5 and 6. |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | *multicast message packet* | A packet for delivering data to multiple destinations in which the data in the payload section comprises user data to be communicated to a host on the system. | A packet for delivering data to multiple destinations. |
| 5.b. | *means for identifying, when the first packet is determined to be a multicast message packet, the destination multicast group*; | *means for identifying, when the first packet is determined to be a multicast message packet, the destination multicast group* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** identifying, when the first packet is determined to be a multicast message packet, the destination multicast group<br><br>**Corresponding Structure:** processor 120. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by the claim is "identifying the destination multicast group when the first packet is determined to be a multicast message packet."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus 110, the memory 130, and the processor 120 executing the algorithm of Fig. 6. |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 5.c. | the destination multicast group identifying means further comprising: | | | |
| 5.c.i. | *means for retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one crossreferenced I/O interface*; and | *means for retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one crossreferenced I/O interface* | This term or element is governed by 35 U.S.C. § 112(6).<br><br>Recited function: retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one cross referenced I/O interface.<br><br>Corresponding structure: processor 120. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6.<br><br>The "function" recited by this sub-means is "retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one cross-referenced I/O interface."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification.  However, partial structure for performing the recited function may include the bus 110, the memory 130, the processor 120 executing the algorithm of Fig. 6, and the multicast forwarding table 200. |
| 5.c.ii. | *means for sending the multicast message packet out each at least* | *means for sending the multicast message packet* | This term or element is governed by 35 U.S.C. § | This limitation is written in the means-plus-function format of 35 |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | *one crossreferenced I/O interface in the first data other than the identified I/O interface*. | *out each at least one crossreferenced I/O interface in the first data other than the identified I/O interface.* | 112(6).<br>Recited function: sending the multicast message packet out each at least one cross-referenced I/O interface in the first data other than the identified I/O interface<br><br>Corresponding structure: processor 120. | U.S.C. § 112, 6.<br><br>The "function" recited by this sub-means is " sending the multicast message packet out each at least one cross-referenced I/O interface in the first data other than the identified I/O interface."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus 110, the memory 130, the processor 120 executing the algorithm of Fig. 6, and I/O interfaces 142-144. |
| 6 | A method of reducing *multicast communications* in a *network*, the network including a *network device* having *multicast communications forwarding data* and at least two *I/O interfaces* to each receive and transmit data packets, the | *multicast communications* | *See* Claim 1. | *See* Claim 1. |
| | | *network* | *See* Claim 1. | *See* Claim 1. |
| | | *network device* | Any device that can receive a network packet. | A network bridge. *See* Claim 1. |
| | | *multicast communications forwarding data* | *See* "multicast forwarding data" of Claim 1. | *See* "multicast forwarding data" of Claim 1. |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | method comprising: | *I/O interface* | *See* Claim 1. | *See* Claim 1. |
| 6.a. | determining an I/O interface on which a first packet arrived; | | | |
| 6.b. | determining, by examining data in a first portion of the first packet, whether the first packet is a *multicast control packet* addressed to a device other than the network device; | *multicast control packet* | *See* Claim 1. | *See* Claim 1. |
| 6.c. | when the first packet is determined to be a multicast control packet *addressed to a device other than the network device*: | *addressed to a device other than the network device* | Having a destination address that is not the same as the unique address of the network device. | Having a unique destination address of a device that is not the same as the unique address of the network device. |
| 6.c.i. | determining a *multicast group* from the first portion of the multicast control packet; and | *multicast group* | *See* Claim 1. | *See* Claim 1. |
| 6.c.ii. | updating the *multicast forwarding data* as a function of data in the first portion of the multicast control packet. | *multicast forwarding data* | *See* Claim 1. | Multicast communications forwarding data. |
| 12 | The method as recited in claim | *control packet* | *See* Claim 1. | *See* Claim 1. |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | 6, wherein the **control packet** is defined according to an **Internet Group Management Protocol (IGMP) standard.** | ***Internet Group Management Protocol (IGMP) standard.*** | The standard described in IETF RFC 1112, Host Extensions for IP Multicasting, and all subsequent iterations thereof, including RFC 2236 and RFC 3376. | IGMPv1 described in IETF RFC 1112, *Host Extensions for IP Multicasting*. |
| 20 | A method of conserving bandwidth in a communications network by reducing transmission of **unneeded multicast messages**, the method comprising: | ***multicast messages*** | *See* "multicast communications" of Claim 1. | *See* "multicast communications" of Claim 1. |
| | | ***unneeded multicast messages*** | No construction needed. If this phrase is construed, it should be construed as: multicast messages sent to a network segment with no members of the multicast group and/or to hosts that are not members of the multicast group. | Multicast packets sent to a network segment with no members of the multicast group. |
| 20.a. | ***monitoring***, at a ***first location, multicast control packets destined for a location other*** | ***monitoring*** | No construction needed. If this term is construed, it should be construed as: watching or | Determining if received packets are multicast control packets destined for a location other than the first location.  This term is not defined in |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | *than the first location*; | | observing. | the specification. |
| | | *first location* | No construction needed. If this phrase is construed, it should be construed as: a node on a network, e.g., one that serves as a bridge and/or a router. | A node (e.g., a bridge or router) on a network. |
| | | *multicast control packets* | *See* Claim 1. | *See* Claim 1. |
| | | *destined for a location other than the first location* | Having a destination address that is not the same as the unique address of the first location. | Having a unique destination address of a location that is not the same as the unique address of the first location |
| 20.b. | from each monitored multicast control packet, identifying a *multicast group*, a *source of the monitored multicast control packet* and an interface on which the monitored multicast control packet arrived; | *multicast group* | *See* Claim 1. | *See* Claim 1. |
| | | *source of the monitored multicast control packet* | A device from which the monitored multicast control packet originated. | Source. *See* Claim 3. |
| | | *interface* | *See* "I/O interface" of Claim 1. | *See* "I/O interface" of Claim 1. |
| 20.c. | maintaining an association of the identified multicast group with the identified interface; and | | | |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 20.d. | for any multicast message received at the first location and destined for the identified multicast group, transmitting the received multicast message on ***any interface associated with the multicast group*** identified in the multicast message. | ***any interface associated with the multicast group*** | One or some of the interfaces associated with the multicast group. | All interfaces associated with the multicast group, because if the word "any" is construed to mean "some" it would be ambiguous, or if "any" is construed to mean "one" it would be inconsistent with the specification. |

# EXHIBIT F

## PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 6,560,236

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | US Patent No. 6,560,236 | Proposed Claim Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| 1 | A method of operating a **network bridge** having a first plurality of ports through which network communications pass to and from the bridge, the method comprising: | *network bridge* | A network switching device capable of Layer 2 switching – includes brouters. | A network device that implements the bridge forwarding algorithm, other than a router or a brouter. |
| 1.a | assigning a **group identifier** to each port of the first plurality of ports, wherein all ports with a same assigned group identifier are in a same group; | *group identifier* | A VLAN-ID such as that defined in IEEE 802.1Q. | A name associating one or more ports, having purely local significance. |
| 1.b | receiving a communication on a first port of the bridge; and | | | |
| 1.c | if the first port is one of the first plurality of ports and the communication is a **multicast packet having a multicast destination address**, sending the communication out of the bridge on all other ports of the | *multicast packet having a multicast destination address* | | A multicast packet is defined as a message that is sent on a LAN to a group of stations and has a group or multicast address as a destination address. The destination address in a multicast packet is a group or |

**EXHIBIT F**

| Claim No. | US Patent No. 6,560,236 | Proposed Claim Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | first plurality of ports having the same assigned group identifier as the first port. | | | multicast address. |
| 2 | The method of claim 1, further comprising**:  *identifying a source of the communication received on the first port of the bridge***. | ***identifying a source of the communication received on the first port of the bridge*** | Identifying the VLAN, broadcast domain, and/or address corresponding to a device that transmitted the communication received on the first port of the bridge. | Determining a globally-unique address of the device from which a communication received on the first port of the bridge originated. |
| 6 | The method of claim 1, further comprising:  assigning a ***protocol type*** to each group identifier; wherein, for each port of first plurality of ports, the protocol type identifies a communication protocol used by a ***station*** connected to the port. | ***protocol type*** | The tag protocol associated with the VLAN-ID (*e.g.*, TPID in IEEE 802.1Q) | To be provided by Defendants. |
| | | ***station*** | electronic device | electronic device |
| 8 | The method of claim 1, wherein a port may have more than one group identifier assigned to it. | | | |