UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---

| | | |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | Civil Action No: 05-CV-11298 (DPW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[Leave To File Granted By** |
| | ) | **Court Order Dated June 8, 2007]** |
| | ) | |
| FOUNDRY NETWORKS, INC. AND | ) | |
| EXTREME NETWORKS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

---

### DECLARATION OF MARC N. HENSCHKE IN OPPOSITION TO DEFENDANT EXTREME NETWORKS, INC.'S MOTION TO REDUCE TO A MANAGEABLE NUMBER THE PATENT CLAIMS AT ISSUE IN THIS CASE

**I, MARC N. HENSCHKE**, declare as follows:

1.      I am an attorney with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for the named Plaintiff Enterasys Networks, Inc. ("Enterasys") in the above-referenced action. I submit this Declaration in support of Enterasys' Motion For Leave To File A Sur-Reply In Opposition To Defendant Extreme Networks, Inc.'s Motion To Reduce To A Manageable Number The Patent Claims At Issue In This Case, filed concurrently herewith under separate cover. I have personal knowledge of the facts stated herein and, if sworn as a witness, I could and would testify competently thereto.

2.      In early May of 2007, Extreme made three separate supplemental document productions to Enterasys that consisted of over 150 key technical documents (numbering almost 14,000 pages) that had never previously been provided in this case. Among these documents were the very types of "hardware specifications" and Broadcom chipset materials that Enterasys

had been requesting from Extreme for several months by way of follow-up discovery correspondence prompted by Extreme's failure to have provided them in response to Enterasys' initial document requests. Prior to these May 2007 supplemental productions, Extreme had represented to both Enterasys and to the Court that such documents did not exist and/or that they already had been produced.

3.      Several of the documents contained in Extreme's supplemental document productions from May of 2007 are critically important technical documents that Extreme itself is now relying upon in this case as cited support for the non-infringement contentions that it served on April 30, 2007. See, e.g., (381331-442; 382517-601; 381511-802; 381865-930; 382407-496; 400035-057; 400058-080; and 400001-34a).

4.      On May 16, 2007, I wrote a letter to counsel for Extreme requesting that Extreme voluntarily take steps to withdraw or correct its incorrect representations made to the Court well in advance of the scheduled June 11, 2007 hearing date. Extreme has declined to do so. Instead, on May 23, 2007, counsel for Extreme sent me a responsive letter indicating that because Extreme had in fact produced other technical documents to Enterasys prior to the filing of the Walker Declaration, it is inconsequential that the Walker Declaration makes incorrect factual representations to the Court. Moreover, Extreme's counsel also indicated in this May 23rd letter that Extreme may well be producing still further responsive technical documents on a rolling basis in the future.

5.      Attached hereto as Exhibit 1 is a true and correct copy of a letter from me to Firasat Ali, counsel for Extreme, dated October 10, 2006.

6.      Attached hereto as Exhibit 2 is a true and correct copy of a letter from me to Emily Smith-Lee, counsel for Extreme, dated October 27, 2006.

7.      Attached hereto as Exhibit 3 is a true and correct copy of a letter from me to Firasat Ali, counsel for Extreme, dated November 8, 2006.

8.      Attached hereto as Exhibit 4 is a true and correct copy of a letter from me to Emily Smith-Lee, counsel for Extreme, dated October 31, 2006.

9.      Attached hereto as Exhibit 5 is a true and correct copy of a letter to me from Sabrina Johnson, a legal assistant to counsel for Extreme, dated May 1, 2007.

10.      Attached hereto as Exhibit 6 is a true and correct copy of a letter to me from Sabrina Johnson, a legal assistant to counsel for Extreme, dated May 7, 2007.

11.      Attached hereto as Exhibit 7 is a true and correct copy of a letter to me from Sabrina Johnson, a legal assistant to counsel for Extreme, dated May 10, 2007.

12.      Attached hereto as Exhibit 8 is a true and correct copy of a letter from me to Firasat Ali, counsel for Extreme, dated May 21, 2007.


I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this 5th day of June, 2007 at Boston, Massachusetts.

/s/ Marc N. Henschke
MARC N. HENSCHKE

## CERTIFICATE OF SERVICE

I, Marc N. Henschke, hereby certify that on June 5, 2007, I caused a true and correct copy of the attached *Declaration of Marc N. Henschke In Opposition To Defendant Extreme Networks, Inc.'s Motion To Reduce To A Manageable Number The Patent Claims At Issue In This Case* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
MCDERMOTT, WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  June 5, 2007             /s/ Marc N. Henschke
                                 Marc N. Henschke

# Exhibit 1

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199
TEL: 617-267-2300 FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

MARC N. HENSCHKE
617-859-2784
mnhenschke@rkmc.com

October 10, 2006

***VIA E-MAIL (PDF ATTACHMENT)***

Firasat M. Ali, Esq.
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Re: ***Enterasys Networks v. Foundry Networks and Extreme Networks***
   ***Civ. Act. No. 05-11298-DPW (D. Mass)***
   **Our File No.:  070610.0001**

Dear Firasat:

On June 12, 2006, your colleague, David Dolkas, informed us in writing that "Extreme expects to complete its production [of documents to Enterasys by] … not later than mid-July." Our review of Extreme's document productions to date suggests, however, that these productions are still not even close to complete some three months later than your projected deadline.

In particular, conspicuously absent from Extreme's productions to date are many of the key engineering and technical documents -- most notably confidential hardware specifications -- that would show precisely how its accused products operate. As you are aware, Enterasys needs these documents in order to be able to fully detail the evidentiary bases for its infringement contentions.

Our previous letters and phone calls to you addressing this issue have been met with no response. Accordingly, we ask that you please contact us as soon as possible to discuss the question of when Extreme will complete its discovery productions.

Sincerely,

*Marc N. Henschke*

Marc N. Henschke

MNH:nah
cc:    Vera M. Elson, Esq. (*VIA FIRST CLASS MAIL & E-MAIL*)
       David H. Dolkas, Esq. (*VIA E-MAIL*)
       Christopher D. Bright, Esq. (*VIA E-MAIL*)
       George Huggins, Jr. (*VIA E-MAIL*)
       T. Nation (*VIA E-MAIL*)

35034716

# Exhibit 2

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

MARC N. HENSCHKE
617-859-2784
mnhenschke@rkmc.com

October 27, 2006

***VIA E-MAIL (PDF ATTACHMENT)***

Emily E. Smith-Lee, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Re: ***Enterasys Networks v. Foundry Networks and Extreme Networks***
***Civ. Act. No. 05-11298-DPW (D. Mass)***
**Our File No.:  070610.0001**

Dear Emily:

We were very surprised by your representation yesterday that Extreme believes it has produced all of the key technical documents responsive to Enterasys' document requests related to showing precisely how its accused product features operate.  Indeed, despite the fact that Enterasys' document requests were served in the first week of March of 2006, our review of Extreme's document productions to date suggests that many of these key technical documents still have yet to be produced.

Most notably, Extreme appears *not* to have produced the core technical hardware specification documents for three out of the four switching and routing chipsets used in its accused products -- *viz.*, the Broadcom, Inferno, and Triumph chipsets.  For each of those chipsets, we would expect that Extreme is in possession of documents similar in nature to what it has thus far produced only relative to its Genesis chipsets.  See, e.g., EXT00071635-858.

In addition, the following is a partial list of what appear to be highly relevant and responsive technical documents which are explicitly cross-referenced in materials produced by Extreme, but which themselves have not been produced:

    ExtremeWare 7.0 Functional Specification by Dee Vig et al., Oct. 2002
    Pahlmeyer Functional Specification, by J. Kruszewski
    Aspen Diagnostics Functional Specification by K. Frick, Oct. 2004
    Jaguar L3 Design Specification by Tae-eun Kim, Jun-2005
    Hardware L3 Implementation, by K. Heron, July 2005
    ACL System Architecture by A. Oumanski, July 2005
    Mariner Theory of Operations, May, 2002
    Triumph Specification by Aaron et al., Nov. 2002

Emily E. Smith-Lee, Esq.
October 27, 2006
Page 2


      Spurr I/O Module Functional Specification by Leath and Abourjeily, Jan. 2003
      Douglas I/O Module Functional Specification by Rubi et al., Jan. 2003
      Genesis Secret Decoder

Note that our review of Extreme's document productions remain ongoing, and we may well be able to identify other missing documents to add to this list in the future.

      As you are aware, the Court has ordered Enterasys to serve its preliminary claim charts by November 30, 2006.  Absent having the above documents in hand with sufficient time to analyze them, any infringement analysis that Enterasys presents in these claim charts will necessarily be incomplete.

      We look forward to hearing from you with respect to these matters, and stress that time is of the essence.

                    Sincerely,

                    Marc N. Henschke

MNH:nah
cc:     Vera M. Elson, Esq. (*VIA FIRST CLASS MAIL & E-MAIL*)
       Firasat M. Ali, Esq. (*VIA E-MAIL*)
       David H. Dolkas, Esq. (*VIA E-MAIL*)
       Christopher D. Bright, Esq. (*VIA E-MAIL*)
       George Huggins, Jr. (*VIA E-MAIL*)
       T. Nation (*VIA E-MAIL*)

35035125

# Exhibit 3

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199
TEL: 617-267-2300 FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

MARC N. HENSCHKE
617-859-2784
mnhenschke@rkmc.com

November 8, 2006

*VIA E-MAIL (PDF ATTACHMENT)*

Firasat M. Ali, Esq.
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94303-1212

Re: *Enterasys Networks v. Foundry Networks and Extreme Networks*
   *Civ. Act. No. 05-11298-DPW (D. Mass)*
   **Our File No.:  070610.0001**

Dear Firasat:

The documents cited in your November 2, 2006 letter to me do nothing to alleviate our concerns about Extreme's failure to have produced sufficiently detailed technical information relating to its Broadcom, Inferno, and Triumph chipsets of the type identified in my previous letters to Emily Smith-Lee of October 27 and 31, 2006.

Far from constituting detailed technical documents on par with what Extreme has produced for its Genesis chipsets, two of the five documents you cite are 2-page marketing documents. Moreover, the Broadcom document that you cite appears to be completely irrelevant in that it addresses a chip that is not at issue in this case given that it was not identified in Extreme's interrogatory responses as one of the Broadcom switching and routing chips present in its accused products.

We again ask that Extreme please provide Enterasys with technical documents relating to its Broadcom, Inferno, and Triumph chipsets that are comparably detailed to the Genesis chipset materials that Extreme has previously produced. We look forward to hearing from you with respect to these matters, and again stress that time is of the essence given the impending due date for Enterasys' claim charts.

Sincerely,

Marc N. Henschke

MNH:nah
cc:    Vera M. Elson, Esq. (*VIA FIRST CLASS MAIL & E-MAIL*)
       David H. Dolkas, Esq. (*VIA E-MAIL*)
       Christopher D. Bright, Esq. (*VIA E-MAIL*)
       George Huggins, Jr. (*VIA E-MAIL*)
       T. Nation (*VIA E-MAIL*)
35035364

# Exhibit 4

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW
MARC N. HENSCHKE
617-859-2784
mnhenschke@rkmc.com

October 31, 2006

***VIA E-MAIL (PDF ATTACHMENT)***

Emily E. Smith-Lee, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Re: ***Enterasys Networks v. Foundry Networks and Extreme Networks***
***Civ. Act. No. 05-11298-DPW (D. Mass)***
**Our File No.:  070610.0001**

Dear Emily:

Further to my letter to you dated October 27, 2006, here are some additional examples of useful documents that Extreme has thus far produced relative to *only* its Genesis chipsets: EXT00072123-208; EXT00066758-791; and EXT00071859-72082.  As previously explained, missing from Extreme's productions to date are documents at a similar level of detail relating to its other accused Broadcom, Inferno, and Triumph chipsets.

With respect to Extreme's accused Broadcom chipsets in particular, we are most interested in information relating to the following chips:  5645, 5670, 5690, 5673, 5695, 5674, and 5675.  Please note that if Extreme is in possession of responsive documents relating to the Broadcom chipsets which it is withholding from production on the basis of NDAs or other confidentiality concerns, please confirm this immediately so that Enterasys can take appropriate action to enforce the requirements of the parties' Protective Order.

We look forward to hearing from you with respect to these matters, and again stress that time is of the essence given the impending due date for Enterasys' claim charts.

Sincerely,

Marc N. Henschke

MNH:nah
cc:    Vera M. Elson, Esq. (*VIA FIRST CLASS MAIL & E-MAIL*)
       Firasat M. Ali, Esq. (*VIA E-MAIL*)
       David H. Dolkas, Esq. (*VIA E-MAIL*)
       Christopher D. Bright, Esq. (*VIA E-MAIL*)
       George Huggins, Jr. (*VIA E-MAIL*)
       T. Nation (*VIA E-MAIL*)
35035180

ATLANTA  BOSTON

# Exhibit 5

# McDermott
# Will&Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Sabrina Johnson
(650) 813-5085
sjohnson@mwe.com

May 1, 2007

VIA FEDERAL EXPRESS AND EMAIL

Marc N. Henschke, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
Prudential Tower
800 Boylston Street, 25th Floor
Boston, MA 02199
mnhenschke@rkmc.com

**Re:**    *Enterasys Networks v. Extreme Networks,* **Civil Action No. 05-12235 (D. Mass.)**

Dear Marc:

Enclosed please find CD volumes EXT50-52 of data containing production numbers
EXT00381200 through EXT00392663.  The CDs include OCR, IPRO and Opticon load files.

If you have questions and/or comments concerning this matter, please do not hesitate to contact
me.

Best regards,

Sabrina M. Johnson
Legal Assistant

Enclosure

cc:    Alen E. McKenna, Esq. (By Email)
       David H. Dolkas, Esq (By Email)
       Christopher D. Bright, Esq (By Email)

MPK 126074-1.065994.0016

# Exhibit 6

# McDermott
# Will&Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Sabrina Johnson
(650) 813-5085
sjohnson@mwe.com

May 7, 2007

VIA FEDERAL EXPRESS AND EMAIL

Marc N. Henschke, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
Prudential Tower
800 Boylston Street, 25th Floor
Boston, MA 02199
mnhenschke@rkmc.com

**Re:** *Enterasys Networks v. Extreme Networks,* **Civil Action No. 05-12235 (D. Mass.)**

Dear Marc:

Enclosed please find CD volume EXT53 of data containing production numbers EXT00392664 through EXT00394069 and EXT00400001 through EXT00400080A. The CD includes OCR, IPRO and Opticon load files.

If you have questions and/or comments concerning this matter, please do not hesitate to contact me.

Best regards,

*Sabrina Johnson*

Sabrina M. Johnson
Legal Assistant

Enclosure

cc:    Alen E. McKenna, Esq. (By Email)
       David H. Dolkas, Esq (By Email)
       Christopher D. Bright, Esq (By Email)
MPK 126332-1.065994.0016

# Exhibit 7

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Sabrina Johnson
(650) 813-5085
sjohnson@mwe.com

May 10, 2007

VIA FEDERAL EXPRESS AND EMAIL

Marc N. Henschke, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
Prudential Tower
800 Boylston Street, 25th Floor
Boston, MA 02199
mnhenschke@rkmc.com

**Re:** *Enterasys Networks v. Extreme Networks,* **Civil Action No. 05-12235 (D. Mass.)**

Dear Marc:

Enclosed please find CD volume EXT54 of data containing production numbers EXT00394070 through EXT00394803 and EXT00400081 through EXT00400273. The CD includes OCR, IPRO and Opticon load files.

If you have questions and/or comments concerning this matter, please do not hesitate to contact me.

Best regards,

Sabrina M. Johnson
Legal Assistant

Enclosure

cc:     Alen E. McKenna, Esq. (By Email)
        David H. Dolkas, Esq (By Email)
        Christopher D. Bright, Esq (By Email)
MPK 126528-1.065994.0016

U.S. practice conducted through McDermott Will & Emery LLP.

3150 Porter Drive  Palo Alto, California  94304-1212  Telephone: 650.813.5000  Facsimile: 650.813.5100  www.mwe.com

# Exhibit 8

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

MARC N. HENSCHKE
mnhenschke@rkmc.com
617-859-2784

May 21, 2007

***VIA E-MAIL (PDF ATTACHMENT)***
Firasat M. Ali, Esq.
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Re: ***Enterasys Networks v. Foundry Networks and Extreme Networks***
***Civ. Act. No. 05-11298-DPW (D. Mass)***
**Our File No.:  070610.0001**

Dear Firasat:

Further to our recent exchanges about Extreme's production of technical documents in this case, we have noticed in our document review that cross-references are made to several other documents that appear to be highly relevant and responsive to Enterasys' document requests, but which have not yet been provided to us.

A partial list of these non-disclosed materials, along with citations to the documents in which they are cross-referenced, is set forth below:

(i)     "Genesis CPU Interface Specification" (EXT00351319);

(ii)    "Genesis Switch Functional Specification" (EXT00370412);

(iii)   "Pip Asic Specification" (EXT00370412) [for Genesis];

(iv)    "Kyle Specification" (EXT00066762);

(v)     "Chinook Specification" (EXT00066762);

(vi)    "Khatang Specification" (EXT00066762);

(vii)   "NS Switch Functional Specification" (EXT00370590) [Inferno];

(viii)  "Main Quake Specification" (EXT00370590) [Inferno];

(ix)    "Freckles Design Specification" (EXT00375148);

(x)     "Redwolf Design Specification" (EXT00375148); and

(xi)    "Gunslinger Design Specification" (EXT00375148).

Does Extreme have any basis for withholding production of the above materials? If not, when can Enterasys expect to receive them?

Firasat M. Ali, Esq.
May 21, 2007
Page 2

        Many thanks for your attention to this matter.

                        Sincerely,

                        Marc N. Henschke

MNH:nah
cc:      Vera M. Elson, Esq. (*VIA FIRST CLASS MAIL & E-MAIL*)
         David L. Larson, Esq. (*VIA E-MAIL*)
         Steven L. Walker, Esq. (*VIA E-MAIL*)
         Emily E. Smith-Lee, Esq. (*VIA E-MAIL*)
         Christopher D. Bright, Esq. (*VIA E-MAIL*)
         Richard Cheng (*VIA E-MAIL*)
         Sabrina M. Johnson (*VIA E-MAIL*)
         T. Nation (*VIA E-MAIL*)

35039398