UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ENTERASYS NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOUNDRY NETWORKS, INC.,<br><br>Defendant. | Civil Action No: 05-CV-11298 (DPW) |

## AMENDED EXHIBIT F

The parties hereby submit an Amended Exhibit F to their Joint Claim Construction Statement filed on June 7, 2007.

Attached is the following document:

Amended Exhibit F:   Disputed terms/phrases from **U.S. Patent No. 6,560,236** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases.

Dated: June 12, 2007

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

/s/ Marla R. Butler
_____
Christopher P. Sullivan, Esq. (BBO No. 485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

Of Counsel:

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
Nicole N. Morris, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1386
Tel. (404) 760-4300

Robert A. Auchter, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
1875 Eye Street, N.W., Suite 300
Washington, DC 20006
Tel. (202) 775-0725

FOUNDRY NETWORKS, INC.

By its attorneys,

/s/ Fabio E. Marino
_____
Jeremy P. Oczek, Esq. (BBO No. 647509)
Steven M. Bauer, Esq. (BBO No. 542531)
John W. Pint, Esq. (BBO No. 660548)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel. (617) 526-9600

Of Counsel:

William L. Anthony Jr., Esq. (*pro hac vice*)
I. Neel Chatterjee, Esq. (*pro hac vice*)
Sanjeet K. Dutta, Esq. (*pro hac vice*)
Fabio E. Marino, Esq. (*pro hac vice*)
Michael F. Heafey, Esq. (BBO No. 556931)
Matthew H. Poppe, Esq. (*pro hac vice*)
Brian H. VanderZanden, Esq. (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel. (650) 614-7400

EXTREME NETWORKS, INC.

By its attorneys,

/s/ David L. Larson

Emily E. Smith-Lee, Esq. (BBO No. 634223)
Peter L. Resnik, Esq. (BBO No. 417180)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Tel. (617) 535-4000

Of Counsel:

Terrence P. McMahon, Esq. (*pro hac vice*)
Vera M. Elson, Esq. (*pro hac vice*)
David L. Larson, Esq. (*pro hac vice*)
Steven L. Walker, Esq. (*pro hac vice*)
Firasat M. Ali, Esq. (BBO No. 556931)
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel. (650) 813-5000

## CERTIFICATE OF SERVICE

I, Marilyn Ortiz, hereby certify that on June 12, 2007, I caused the attached Amended Exhibit F to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Foundry Networks, Inc.:**

Jeremy P. Oczek, Esq. (BBO No. 647509)*
Steven M. Bauer, Esq. (BBO No. 542531)*
John W. Pint, Esq. (BBO No. 660548*
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600

**Counsel for Plaintiff Enterasys Networks, Inc.:**

Christopher P. Sullivan, Esq. (BBO No. 485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)*
Anna R. Carr, Esq. (*pro hac vice*)
Nicole N. Morris, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1386

Robert A. Auchter, Esq. (*pro hac vice*)*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
1875 Eye Street, N.W., Suite 300
Washington, DC 20006

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq. (*pro hac vice*)*
Vera M. Elson, Esq. (*pro hac vice*)*
David L. Larson, Esq. (*pro hac vice*)
Steven L. Walker, Esq. (*pro hac vice*)
Firasat M. Ali, Esq. (BBO No. 556931)
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

Emily E. Smith-Lee, Esq. (BBO No. 634223)*
Peter L. Resnik, Esq. (BBO No. 417180)*
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775

Christopher D. Bright, Esq.
MCDERMOTT, WILL & EMERY LLP
1891 Von Karman Avenue, Suite 400
Irvine, CA 92612-7107

Dated: June 12, 2007                                        /s/ Marilyn Ortiz

# AMENDED

# EXHIBIT F

AMENDED EXHIBIT F

## PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 6,560,236

Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.
(Civ. Act. No. 05-11298-DPW)

| Claim No. | US Patent No. 6,560,236 | Proposed Claim Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| 1 | A method of operating a *network bridge* having a first plurality of ports through which network communications pass to and from the bridge, the method comprising: | *network bridge* | A network switching device capable of Layer 2 switching – includes brouters. | A network device that implements the bridge forwarding algorithm, other than a router or a brouter. |
| 1.a | assigning a *group identifier* to each port of the first plurality of ports, wherein all ports with a same assigned group identifier are in a same group; | *group identifier* | A VLAN-ID such as that defined in IEEE 802.1Q. | A name associating one or more ports, having purely local significance. |
| 1.b | receiving a communication on a first port of the bridge; and | | | |
| 1.c | if the first port is one of the first plurality of ports and the communication is a *multicast packet having a multicast destination address*, sending the communication out of the bridge on all other ports of the | *multicast packet having a multicast destination address* | | A multicast packet is defined as a message that is sent on a LAN to a group of stations and has a destination address as a destination address. The destination address in a multicast packet is a group or |

- 1 -

AMENDED EXHIBIT F

| Claim No. | US Patent No. 6,560,236 | Proposed Claim Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | first plurality of ports having the same assigned group identifier as the first port. | | | multicast address. |
| 2 | The method of claim 1, further comprising: *identifying a source of the communication received on the first port of the bridge.* | *identifying a source of the communication received on the first port of the bridge* | Identifying the VLAN, broadcast domain, and/or address corresponding to a device that transmitted the communication received on the first port of the bridge. | Determining a globally-unique address of the device from which a communication received on the first port of the bridge originated. |
| 6 | The method of claim 1, further comprising: assigning a *protocol type* to each group identifier; wherein, for each port of first plurality of ports, the protocol type identifies a communication protocol used by a *station* connected to the port. | *protocol type* | The tag protocol associated with the VLAN-ID (*e.g.*, TPID in IEEE 802.1Q). | A type of protocol. A protocol is a formal set of conventions governing the format and relative timing of message exchange between two communications terminals. |
| | | station | electronic device | electronic device |
| 8 | The method of claim 1, wherein a port may have more than one group identifier assigned to it. | | | |

- 2 -