UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. AND EXTREME NETWORKS, INC., <br><br>  Defendants. | ) <br> ) <br> ) Civil Action No: 05-CV-11298 (DPW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION OF ALL PARTIES TO MODIFY THE SCHEDULING ORDER**

Plaintiff Enterasys Networks, Inc. ("Enterasys"), Defendant Foundry Networks, Inc. ("Foundry"), and Defendant Extreme Networks, Inc. ("Extreme") hereby jointly move for a partial modification of the existing Scheduling Order in this case established by the Court's prior Minute Order dated December 19, 2006.

As set forth below, the parties' proposed modifications would serve to alter *only* the existing deadlines for the filing of their opening and reply claim construction briefs, while additionally imposing an agreed-to 60-page limit per brief. All other existing deadlines in this case would remain the same, including the October 15-17, 2007 dates that the Court has reserved for conducting a *Markman* hearing.

| Existing Deadline | New Proposed Deadline |
|---|---|
| **June 27, 2007:** Deadline for all parties to file their opening claim construction briefs. | **August 17, 2007:** Deadline for all parties to file their opening claim construction briefs. Opening claim construction briefs shall be limited to 60 pages or less. |
| **July 24, 2007:** Deadline for all parties to file their claim construction reply briefs. | **September 14, 2007:** Deadline for all parties to file their reply claim construction briefs. |

| **Existing Deadline** | **New Proposed Deadline** |
|---|---|
|  | Each reply claim construction brief responding to the arguments of an opposing party shall be limited to 60 pages or less. |

As grounds for their present motion, the parties submit that the proposed revised briefing schedule will provide them with an optimal amount of time for drafting clear and concise opening and reply briefs that will prove most helpful to the Court in resolving the issues presented. In keeping with the Court's expressed preferences at the recent motion hearing held on June 11, 2007, the parties' revised schedule would ensure that all claim construction briefing will be completed and filed more than a month prior to the scheduled *Markman* hearing.

For the foregoing reasons, the parties respectfully request that their present motion be granted in its entirety.

Dated: June 19, 2007                    Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

/s/Marc N. Henschke
Christopher P. Sullivan, Esq. (BBO No.485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
Nicole N. Morris, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326-1386
Tel. (404) 760-4300

Of Counsel:

Robert A. Auchter, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
1875 Eye Street, N.W., Suite 300
Washington, DC  20006
Tel. (202) 775-0725


FOUNDRY NETWORKS, INC.

By its attorneys,

Steven M. Bauer, Esq. (BBO No. 542531)
Jeremy P. Oczek, Esq. (BBO No. 647509)
John W. Pint, Esq. (BBO No. 660548)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel. (617) 526-9600


/s/Fabio E. Marino
William L. Anthony Jr., Esq. (*pro hac vice*)
I. Neel Chatterjee, Esq. (*pro hac vice*)
Sanjeet K. Dutta, Esq. (*pro hac vice*)
Fabio E. Marino, Esq. (*pro hac vice*)
Michael F. Heafey, Esq. (BBO No. 556931)
Matthew H. Poppe, Esq. (*pro hac vice*)
Brian H. VanderZanden, Esq. (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel. (650) 614-7400

EXTREME NETWORKS, INC.

By its attorneys,

Emily E. Smith-Lee, Esq. (BBO No. 634223)
Peter L. Resnik, Esq. (BBO No. 417180)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775
Tel. (617) 535-4000


/s/David L. Larson
Terrence P. McMahon, Esq. (*pro hac vice*)
Vera M. Elson, Esq. (*pro hac vice*)
David L. Larson, Esq. (*pro hac vice*)
Steven L. Walker, Esq. (*pro hac vice*)
Firasat M. Ali, Esq. (*pro hac vice*)
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel. (650) 813-5000

Of Counsel:

Christopher D. Bright, Esq.
MCDERMOTT, WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7108
Tel. (949) 851-0633

35039807

## **CERTIFICATE OF SERVICE**

I, Marc N. Henschke, hereby certify that on June 19, 2007, I caused the attached ***Joint Motion Of All Parties To Modify The Scheduling Order*** to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  June 19, 2007                                            /s/Marc N. Henschke