UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., | ) Civil Action No: 05-CV-11298 (DPW) |
| Plaintiff, | ) |
| v. | ) |
| FOUNDRY NETWORKS, INC. AND EXTREME NETWORKS, INC., | ) |
| Defendants. | ) |

**JOINT MOTION OF ALL PARTIES TO REALLOCATE THE PAGE LIMITS APPLICABLE TO THEIR OPENING CLAIM CONSTRUCTION BRIEFS**

Plaintiff Enterasys Networks, Inc. ("Enterasys"), Defendant Foundry Networks, Inc. ("Foundry"), and Defendant Extreme Networks, Inc. ("Extreme") hereby seek leave to reallocate the 180 pages collectively allotted to their Opening Claim Construction Briefs under the Court's July 3, 2007 Amended Scheduling Order. Rather than each of the three parties filing separate 60 page briefs as currently contemplated, the parties now propose that just two 90 page briefs be filed, one by Enterasys and the other *jointly* by both Defendants:

| Existing Limits | New Proposed Limits |
|---|---|
| **August 17, 2007:** Deadline for all parties to file their opening claim construction briefs. Opening claim construction briefs shall be limited to 60 pages or less. | **August 17, 2007:** Deadline for each side to file opening claim construction briefs. Plaintiff will file one brief limited to 90 pages and Defendants' will jointly file one brief, also limited to 90 pages. |

As background to the present motion, the parties submit that since the filing of their Joint Claim Construction Statement on June 7, 2007 they have continued to work cooperatively together to further reduce the number of claims currently in dispute. As a result of their ongoing

efforts, the parties are filing today or tomorrow under separate cover a Revised Joint Claim Construction Statement that removes 40 terms from the list of those that the parties had previously requested the Court to construe under their original Joint Claim Construction Statement.

In drafting their Opening Claim Construction Briefs, however, it has become apparent to the parties that the 60 page limit per party for those briefs, as set by the Amended Scheduling Order, will be insufficient to adequately address the remaining claim terms in dispute. The parties have agreed that restructuring the page limit to 90 pages per side for Opening Claim Construction Briefs would allow them to adequately present their respective claim construction positions. Notably, this reallocation of the page limits would not impact the total number of pages filed in conjunction with the Opening Claim Construction Briefs, and would have no effect whatsoever on the limits in place for the Claim Construction Reply Briefs.

For the foregoing reasons, the parties respectfully request that their present motion be granted in its entirety.

Dated: August 13, 2007

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

/s/ Marc N. Henschke
Christopher P. Sullivan, Esq. (BBO No.485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
Rebecca A. MacDowell, Esq. (BBO No. 666860)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
Nicole N. Morris, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326-1386
Tel. (404) 760-4300


FOUNDRY NETWORKS, INC.

By its attorneys,


/s/ Fabio E. Marino
William L. Anthony Jr., Esq. (*pro hac vice*)
I. Neel Chatterjee, Esq. (*pro hac vice*)
Sanjeet K. Dutta, Esq. (*pro hac vice*)
Fabio E. Marino, Esq. (*pro hac vice*)
Michael F. Heafey, Esq. (BBO No. 556931)
Matthew H. Poppe, Esq. (*pro hac vice*)
Brian H. VanderZanden, Esq. (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel. (650) 614-7400

Steven M. Bauer, Esq. (BBO No. 542531)
Jeremy P. Oczek, Esq. (BBO No. 647509)
John W. Pint, Esq. (BBO No. 660548)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel. (617) 526-9600

EXTREME NETWORKS, INC.

By its attorneys,

/s/ Steven L. Walker
Terrence P. McMahon, Esq. (*pro hac vice*)
Vera M. Elson, Esq. (*pro hac vice*)
David L. Larson, Esq. (*pro hac vice*)
Steven L. Walker, Esq. (*pro hac vice*)
Firasat M. Ali, Esq. (*pro hac vice*)
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel. (650) 813-5000

Emily E. Smith-Lee, Esq. (BBO No. 634223)
Peter L. Resnik, Esq. (BBO No. 417180)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Tel. (617) 535-4000

Of Counsel:

Christopher D. Bright, Esq.
MCDERMOTT, WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA 92612-7108
Tel. (949) 851-0633

35040518

## CERTIFICATE OF SERVICE

I, Marc N. Henschke, hereby certify that on August 13, 2007, I caused the attached Joint Motion Of All Parties To Reallocate the Page Limits of the Opening Claim Construction Briefs to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA  02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  August 13, 2007               /s/ Marc N. Henschke