# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

_____

|  |  |  |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) | Civil Action No: 05-CV-11298 (DPW) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| FOUNDRY NETWORKS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

_____ )

## REVISED JOINT CLAIM CONSTRUCTION STATEMENT

The parties hereby submit their Revised Joint Claim Construction Statement ("Revised JCCS"). On June 7, 2007, the parties submitted their Joint Claim Construction Statement ("JCCS"). Since the filing of the JCCS, the parties have conferred and have reduced the number of terms/phrases being presented to the Court for construction. This Revised JCCS reflects that reduced number of terms/phrases as well as some modifications to the constructions set forth by the parties.

Attached are the following documents:

Amended Exhibit A:    Terms/phrases from **U.S. Patent No. 5,251,205** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases. Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Amended Exhibit B:    Disputed terms/phrases from **U.S. Patent No. 5,390,173** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases. Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Amended Exhibit C:    Disputed terms/phrases from **U.S. Patent No. 6,128,665** that one or more parties believe need construction, along with the parties'

proposed constructions for those terms/phrases.  Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Amended Exhibit D:   Disputed terms/phrases from **U.S. Patent No. 6,147,995** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases.  Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Amended Exhibit E:   Disputed terms/phrases from **U.S. Patent No. 6,539,022** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases.  Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Second Amended Exhibit F:[1]   Disputed terms/phrases from **U.S. Patent No. 6,560,236** that one or more parties believe need construction, along with the parties' proposed constructions for those terms/phrases.  Those terms/phrases for which the parties have agreed upon a construction are highlighted in green.

Terms/phrases from claims currently being asserted by Enterasys are identified for construction.[2]

On August 17, 2007, the parties will submit initial briefs to the Court in which each side will present argument to support its proposed constructions for the terms/phrases in the attached Exhibits.[3]

---

[1] On June 12, 2007, the parties filed an Amended Exhibit F to insert the Defendants' construction of "protocol type."  This exhibit has been further amended, resulting in the attached Second Amended Exhibit F.

[2] Enterasys is currently asserting the following claims from each of the patents-in-suit:

    U.S. Patent No. 6,539,022:  1, 3, 5, 6, 12, 20;
    U.S. Patent No. 5,390,173:  1, 3, 5;
    U.S. Patent No. 5,251,205:  1, 3, 5, 7, 18, 21;
    U.S. Patent No. 6,560,236:  1, 2, 6, 8;
    U.S. Patent No. 6,128,665:  1, 4, 5, 6, 7; and
    U.S. Patent No. 6,147,995:  1, 14, 19, 25, 32, 33.

[3] The Defendants will be submitting a single joint brief.

Dated: August 14, 2007                    Respectfully submitted,


                                          ENTERASYS NETWORKS, INC.

                                          By its attorneys,


                                          /s/ Marc N. Henschke
                                          Christopher P. Sullivan, Esq. (BBO No.485120)
                                          Marc N. Henschke, Esq. (BBO No. 636146)
                                          Alan E. McKenna, Esq. (BBO No. 644556)
                                          William J. Rocha, Esq. (BBO No. 657924)
                                          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                          800 Boylston Street, 25th Floor
                                          Boston, MA  02199
                                          Tel. (617) 267-2300

                                          A. James Anderson, Esq. (*pro hac vice*)
                                          Marla R. Butler, Esq. (*pro hac vice*)
                                          Anna R. Carr, Esq. (*pro hac vice*)
                                          Nicole N. Morris, Esq. (*pro hac vice*)
                                          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                          2600 One Atlanta Plaza
                                          950 East Paces Ferry Road, N.E.
                                          Atlanta, GA  30326-1386
                                          Tel. (404) 760-4300

FOUNDRY NETWORKS, INC.

By its attorneys,


/s/ Fabio E. Marino
William L. Anthony Jr., Esq. (*pro hac vice*)
I. Neel Chatterjee, Esq. (*pro hac vice*)
Sanjeet K. Dutta, Esq. (*pro hac vice*)
Fabio E. Marino, Esq. (*pro hac vice*)
Michael F. Heafey, Esq. (BBO No. 556931)
Matthew H. Poppe, Esq. (*pro hac vice*)
Brian H. VanderZanden, Esq. (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel. (650) 614-7400


Steven M. Bauer, Esq. (BBO No. 542531)
Jeremy P. Oczek, Esq. (BBO No. 647509)
John W. Pint, Esq. (BBO No. 660548)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston,  MA 02110-2600
Tel. (617) 526-9600

EXTREME NETWORKS, INC.

By its attorneys,

/s/ Steven L. Walker
Terrence P. McMahon, Esq. (*pro hac vice*)
Vera M. Elson, Esq. (*pro hac vice*)
David L. Larson, Esq. (*pro hac vice*)
Steven L. Walker, Esq. (*pro hac vice*)
Firasat M. Ali, Esq. (*pro hac vice*)
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel. (650) 813-5000

Emily E. Smith-Lee, Esq. (BBO No. 634223)
Peter L. Resnik, Esq. (BBO No. 417180)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775
Tel. (617) 535-4000

Of Counsel:

Christopher D. Bright, Esq.
MCDERMOTT, WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7108
Tel. (949) 851-0633

## CERTIFICATE OF SERVICE

I, Marc N. Henschke, hereby certify that on August 14, 2007, I caused the attached *Revised Joint Claim Construction Statement* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  August 14, 2007                         /s/ Marc N. Henschke

# <u>AMENDED</u>

# <u>EXHIBIT A</u>

**PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 5,251,205**

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| 1 | A method of calculating routes for sending user data packets via information handling devices which forward data packets through a communications network, comprising | | | |
| 1.a | including in at least a first and a second user data packet, destination address information conforming to two or more different addressing conventions of two or more different independent *protocol suites*, | *protocol suites* | A comprehensive set of protocols that is designed to work together to coherently provide complete communication capabilities. | A comprehensive set of protocols that is designed to work together to coherently provide complete communication capabilities. |
| 1.b | *determining routes for said first and said second user data packets using a route calculation algorithm corresponding to a single routing protocol, chosen from an arbitrary protocol suite, regardless of the addressing convention to which the destination address information* | *route calculation algorithm* | A procedure that uses information about the topology or other characteristics of a communications network(s) as a basis for computing effective routes for packets through said network(s). | A procedure that computes effective routes through the network using the known locations of the network's end systems (*i.e.,* which routers are responsible for which end systems), the nature of the connections between the routers, and the states (e.g., operative or inoperative) of the links forming those connections. |

**AMENDED EXHIBIT A**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | *in said user data packet conforms,* | *routing protocol* | The combination of an address allocation scheme and a format (or a group of related formats) that describes control packets and other information to be exchanged among routers, and which is used to calculate the paths which the user data packets will take between routers. | The combination of an address allocation scheme and a format (or a group of related formats) that describes control packets and other information to be exchanged among routers, and which is used to calculate the paths which the user data packets will take between routers. |
| | | *a single routing protocol, chosen from an arbitrary protocol suite* | A single routing protocol can be chosen from any available protocol suite without regard to which addressing conventions are supported by the protocol suite from which it is chosen. | Defendants do not offer a construction for this phrase. If required to do so, Defendants construe this phrase to mean: "a single routing protocol, chosen from an arbitrary protocol suite" |
| | | *determining routes for said first and said second user data packets using a route calculation algorithm corresponding to a single routing protocol, chosen from an arbitrary protocol suite, regardless of the addressing convention to which the destination address information in* | Using a route calculation algorithm corresponding to a single routing protocol to determine routes for at least two user data packets, each of which contains destination address information conforming to a different addressing convention than the other. | Determining routes for both the first and second data packets using a single route calculation algorithm corresponding to a routing protocol that is part of a protocol suite that is chosen arbitrarily. |

- 2 -

**AMENDED EXHIBIT A**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | | *said user data packet conforms* | | |
| 1.c | *said route being determined using the destination address information in said user data packets without converting said destination address information from the addressing convention to which it forms [sic, conforms] to another addressing convention.* | *said route being determined using the destination address information in said user data packets without converting said destination address information from the addressing convention to which it forms [sic, conforms] to another addressing convention* | The route for a user data packet is determined based upon using address information from the addressing convention to which it conforms without converting said information to some other addressing convention. | The routes through the network are determined based on the original destination addresses of the user data packets, without converting any of the destination addresses into a new address. |
| 3 | The method of claim 1 or 2 further comprising | | | |
| 3.a | sending to said information handling devices link state packets conforming to said *routing protocol*, and | *routing protocol* | *See* Claim 1.b. | *See* Claim 1.b. |
| 3.b | calculating said route based on information contained in said link state packets. | | | |

August 14, 2007

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| 5 | A method for calculating routes for sending user data packets via information handling devices which forward data packets through a communications network, said information handling devices including (a) single-protocol information handling devices capable of recognizing and forwardly only user data packets which conform to a single protocol suite, and (b) multi-protocol information handling devices capable of recognizing and forwarding user data packets which conform to any one of two or more ***protocol suites***, comprising | ***protocol suites*** | *See* Claim 1.a. | *See* Claim 1.a. |
| 5.a | ***using a routing protocol to automatically predetermine whether to encapsulate a packet, at which information handling devices to encapsulate and to decapsulate said packet,*** and which protocol to use to encapsulate said packet, wherein | ***using a routing protocol to automatically predetermine whether to encapsulate a packet, at which information handling devices to encapsulate and to decapsulate said packet,*** | Prior to forwarding a packet, a network information handling device uses a routing protocol to make determinations as to whether, where, and which protocol to use to encapsulate and decapsulate the packet. | Prior to forwarding a packet, a network information handling device uses a routing protocol to make determinations as to whether, where, and which protocol to use to encapsulate and decapsulate the packet. |

- 4 -

**AMENDED EXHIBIT A**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | | *encapsulate* | Adding to a packet a new header that does not conform to a protocol-specific header with which said packet had previously been configured. | Generate a protocol B header and place the protocol A user data packet, including the protocol A header, into the data area of the protocol B user data packet. |
| 5.b | said information handling devices are organized in areas and all of said information handling devices within a single said area are at least capable of recognizing and forwarding user data packets which conform to the same one of said protocol suites. | | | |

August 14, 2007

**AMENDED EXHIBIT A**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| 7 | A method for calculating routes for sending user data packets via information handling devices which forward data packets through a communications network, said information handling devices including (a) single-protocol information handling devices capable of recognizing and forwarding only user data packets which conform to a single protocol suite, and (b) multi-protocol information handling devices capable of recognizing and forwarding user data packets which conform to any one of two or more *protocol suites*, comprising | *protocol suites* | *See* Claim 1.a. | *See* Claim 1.a. |
| 7.a | using a *routing protocol* to automatically predetermine whether to *encapsulate* a packet, at which information handling devices to encapsulate and to decapsulate said packet, and which protocol to use to encapsulate said packet, wherein | *routing protocol* | *See* Claim 1.b. | *See* Claim 1.b. |
|  |  | *encapsulate* | *See* Claim 5.a. | *See* Claim 5.a. |
| 7.b | said network includes (a) single-protocol information handling |  |  |  |

**AMENDED EXHIBIT A**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | devices capable of recognizing and forwarding only user data packets which conform to a first protocol suite, (b) single-protocol information handling devices capable of recognizing and forwarding only user data packets which conform to a second different protocol suite, and (c) at least one multi-protocol information handling device capable of recognizing and forwarding user data packets which conform to at least said first and second protocol suites. | | | |
| 18 | The method of claim 5, 6, 7 or 8 further comprising sending to said information handling devices, link state packets conforming to said one of said *routing protocols*, and calculating said route based on information contained in said link state packets. | *routing protocols* | *See* Claim 1.b. | *See* Claim 1.b. |
| 21 | A network of information handling devices which forward user data packets through communications links each said packet including an address | | | |

- 7 -

**AMENDED EXHIBIT A**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | indicating the packet's destination, said network comprising | | | |
| 21.a | a first information handling device capable of interpreting addresses formatted in accordance with *a first addressing scheme*, said first addressing scheme defining one or more address fields that are assigned values to form an address, | *a first addressing scheme* | A first set of rules for defining, allocating, and/or formatting packet address information that is used in connection with a particular protocol. | A set of address fields that completely defines the addressing information for all layers of a first independent protocol suite. |
| 21.b | a second information handling device capable of interpreting addresses formatted in accordance with *a second addressing scheme*, said second addressing scheme defining different address fields than said first addressing scheme, wherein | *a second addressing scheme* | A second set of rules for defining, allocating, and/or formatting packet address information that is used in connection with a particular protocol, and that is different from the first addressing scheme. | A set of address fields that completely defines the addressing information for all layers of a second independent protocol suite that is independent from the first independent protocol suite. |
| 21.c | at least one address formatted in accordance with said first addressing scheme dose [*sic*] not identify the same destination as any address formatted in accordance with said second addressing scheme, and | | | |

August 14, 2007

**AMENDED EXHIBIT A**

| Claim No. | U.S. Patent 5,251,205 | Proposed Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| 21.d | *said first and second devices exchange control packets which specify*: | *said first and second devices exchange control packets which specify* | the first and second devices exchange control packets which collectively specify … | the first and second devices exchange control packets, each control packet including |
| 21.d.i | the links connected to the device which originates the control packet, | | | |
| 21.d.ii | the addresses, formatted in accordance with said first addressing scheme, of those destinations that are attached to the originating device and have an address corresponding to said first addressing scheme, and | | | |
| 21.d.iii | the addresses, formatted in accordance with said second addressing scheme, of those destinations that are attached to the originating device and have an address corresponding to said second addressing scheme. | | | |

# AMENDED

# EXHIBIT B

August 14, 2007

**AMENDED EXHIBIT B**

PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 5,390,173

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | U.S. Patent 5,390,173 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1 | A packet data communications network comprising: | | | |
| 1.a. | a first network segment having a plurality of stations, one of said stations sending a *message packet* onto said first network segment of a first format; said first format including a first header and a data field with *network destination address* in said communications network; | *message packet* | A data unit consisting of a header followed by a data field used in network communications. | A data unit consisting of a header followed by a data field used in network communications. |
| | | *network destination address* | An address that is globally unique, *i.e.*, unambiguously resolvable, within a network and specifies the ultimate destination of the packet. | An address that is globally unique, *i.e.*, unambiguously resolvable, within a network and specifies the ultimate destination of the packet. |
| 1.b. | a first network transfer device having an input connected to said first network segment to receive said message packet and having an output; the first network transfer device applying a second header to said message packet, said second header including a *switching address* translated from said destination address, said second header further including *local* | *switching address* | The local address, i.e. the identification, of the output port that is the final destination of the packet within the switching device. | A field or fields containing the switch and link number (i.e., local address) of the final destination of the packet. |
| | | *local status information* | Information that is locally useful, but not part of the packet protocol and not necessary for transmission with the packet throughout the network. | Information, contained in one of more fields, that is locally useful, but not part of the message packet protocol and not necessary for transmission with the packet |

August 14, 2007

**AMENDED EXHIBIT B**

| Claim No. | U.S. Patent 5,390,173 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | *status information* and *a plurality of status fields to indicate a message packet servicing*; | | | throughout the network. |
| | | *a plurality of status fields to indicate a message packet servicing* | Fields in the second header that contain local status information that indicate how a message packet is to be handled. | This term cannot be construed as it is indefinite pursuant 35 U.S.C. §112. To the extent that the indefiniteness of this term does not invalidate this claim, Defendants offer the following construction:<br><br>Fields containing status information, other than local status information, that indicates how a message packet is to be handled. |
| 1.c. | a *switching device* having a plurality of ports, a first of said ports being connected to said output of said first network transfer device; the switching device *receiving said message packet with said second header and sending said message packet with said second header to a second port as selected by said switching address, and in response to said local status information and the plurality of status fields*; | *switching device* | An interconnect device acting as a connector between two or more ports, including a device controller. | An interconnect device acting as a connector between two or more ports, including a device controller. |
| | | *receiving said message packet with said second header and sending said message packet with said second header to a second port as selected by said switching address, and in response to said local status information and the plurality of status fields* | Receiving the message packet with said second header and sending it to a second port which is selected by the switching address and, in doing so, factoring in the local status information contained in the plurality of status fields. | Receiving the message packet with said second header and sending it to a port in the switching device selected based on the switching address, the local status information and the status fields in the header. |

**AMENDED EXHIBIT B**

| Claim No. | U.S. Patent 5,390,173 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1.d. | a second network transfer device having an input connected to said second of ports of said switching device and having an output connected to a second network segment, the second network transfer device receiving said message packet via said switching device to forward to said second network segment; the second network transfer device removing said second header from said message packet. | | | |
| 3 | A network according to claim 1 wherein said *destination address* contains N bits, and said *switch address* contains M bits, where N and M are integers and N>>M. | *destination address* | *See* "network destination address" of Claim 1. | *See* "network destination address" of Claim 1. |
| | | *switch address* | *See* "switching address" of Claim 1. | *See* "switching address" of Claim 1. |

**AMENDED EXHIBIT B**

| Claim No. | U.S. Patent 5,390,173 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 4 | A network according to claim 3 wherein said packet includes a network source address of N bits, and said added header contains a source switch address of M bits translated from said network source address | | | |
| 5 | A network according to claim 4 wherein said switching device is a *crossbar switch*. | *crossbar switch* | A device that makes a direct point-to-point interconnect between one port and another port, so that the crossbar acts as a bridge or router in the network, linking one network segment to another. | A device that makes a direct point-to-point interconnect between one port and another port, so that the crossbar acts as a bridge or router in the network, linking one network segment to another. |

August 14, 2007

# __AMENDED__

# __EXHIBIT C__

*August 14, 2007*

## PROPOSED CLAIM CONSTRUCTION FOR U.S. PATENT NO. 6,128,665

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1 | A **port based default VLAN** formed on one or more interconnected networking switch*es*, each switch having one or more **switch ports**, all of the switch ports collectively being a plurality of switch ports, the default VLAN being defined by one or more of the plurality of switch ports, the one or more of the plurality of switch ports being default VLAN ports, at least one of the plurality of switch ports defining a second VLAN, the default VLAN comprising: | **port based default VLAN** | A virtual local area network defined by the switch ports on a switch that are not associated with other virtual local area networks. | A VLAN that is defined during manufacture as every port on a single switch or a plurality of switches. When a default VLAN is configured during manufacture to span a plurality of switches, the default VLAN includes a bus in a hub and an enable switch that electrically connects each of the switches to the bus. |
| | | **switch port** | The physical interface on a networking switch for connecting electronic devices with networking capability | The physical interface on a networking switch for connecting electronic devices with networking capability |
| 1.a | **means for receiving a data packet through one of the default VLAN ports**; | **means for receiving a data packet through one of the default VLAN ports** | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by this limitation is "receiving a data packet through one of the default VLAN | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by this limitation is "receiving a data packet through one of the default VLAN |

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | ports." <br><br> The "structure" recited by the specification for performing this function is a switch port 18 as illustrated in Fig. 1 (or structural equivalent). | ports." <br><br> The "structure" recited by the specification for performing this function is a switch port 18 as illustrated in Fig. 1 (or structural equivalent). |
| | | *data packet* | An organized stream of bits, including a header section and a payload section. The header section includes a destination address for forwarding the packet to the intended recipient. | An organized stream of bits, including a header section and a payload section. The header section includes address information for forwarding the packet to the intended recipient. |
| 1.b | *means for ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports;* | *means for ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports* | This term or element is governed by 35 U.S.C. § 112(6): <br><br> Recited Function: ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports <br><br> Corresponding Structure: Conventional means (e.g., a programmable logic chip or firmware stored within the switch) that ascertains the switch port using information in or known about the data packet. Figure 4, Step 400. The term "conventional means" refers to | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6. <br><br> The "function" recited by this limitation is "ascertaining a destination port from the data packet, the destination packet being one of the plurality of switch ports." <br><br> The "structure" recited by the specification for performing this function is "conventional means within the switch receiving the data packet." The destination port is determined directly from information |

**AMENDED EXHIBIT C**

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | means that accord with, are sanctioned by, or are based on convention and does not preclude later-developed programming methods or structures. | or data in the data packet header. The "conventional means" as described in the specification are "a programmable logic chip within one or more switches" and "firmware stored within those switches" where the programmable logic chip and firmware are "programmed by conventional methods." The use of the word "conventional" expressly limits the structures and programming methods to those in existence at the time of the filing, and no later-arising equivalents. |
| 1.c | *means for determining whether the destination port is one of the default VLAN ports*; | *means for determining whether the destination port is one of the default VLAN ports* | This term or element is governed by 35 U.S.C. § 112(6): Recited Function: determining whether the destination port is one of the default VLAN ports Corresponding Structure: A programmable logic chip within one or more switches or firmware stored within those switches, both of which are programmed by conventional methods.  Fig. 4, Step 402.  The phrase "conventional methods" refers to methods that accord with, are sanctioned by, or are based on | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6. The "function" recited by this limitation is "determining whether the destination port is one of the default VLAN ports." The "structure" recited by the specification for performing this function is a programmable logic chip within one or more switches or firmware stored within those switches, both of which are programmed by conventional |

**AMENDED EXHIBIT C**

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | convention and does not preclude later-developed programming methods or structures. | methods. The use of the word "conventional" expressly limits the structures and programming methods to those in existence at the time of the filing, and no later-arising equivalents. |
| 1.d | *first means, responsive to the determining means, for transmitting the data packet to the destination port if the determining means determines that the destination port is one of the default VLAN ports*; and, | *first means, responsive to the determining means, for transmitting the data packet to the destination port if the determining means determines that the destination port is one of the default VLAN ports* | This term or element is governed by 35 U.S.C. § 112(6): Recited Function: transmitting the data packet to the destination port if the determining means determines that the destination port is one of the default VLAN ports Corresponding Structure: A programmable logic chip within one or more switches or firmware stored within those switches, both of which are programmed by conventional methods. Fig. 4, Step 404. The phrase "conventional methods" refers to methods that accord with, are sanctioned by, or are based on convention and does not preclude later-developed programming methods or structures. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6. The "function" recited by this limitation is "transmitting the data packet to the destination port if the determining means determines that the destination port is one of the default VLAN ports." The "structure" recited by the specification for performing this function is a programmable logic chip within one or more switches or firmware stored within those switches, both of which are programmed by conventional methods. The use of the word "conventional" expressly limits the structures and programming methods to those in existence at the time of the filing, and no later-arising |

- 4 -

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | | equivalents. |
| 1.e | *second means, responsive to the determining means, for transmitting the data packet to each of the default VLAN ports if the determining means determines that the destination port is not one of the default VLAN ports,* | *second means, responsive to the determining means, for transmitting the data packet to each of the default VLAN ports if the determining means determines that the destination port is not one of the default VLAN ports,* | This term or element is governed by 35 U.S.C. § 112(6): <br><br> Recited Function: transmitting the data packet to each of the default VLAN ports if the determining means determines that the destination port is not one of the default VLAN ports <br><br> Corresponding Structure: A programmable logic chip within one or more switches or firmware stored within those switches, both of which are programmed by conventional methods. The phrase "conventional methods" refers to methods that accord with, are sanctioned by, or are based on convention and does not preclude later-developed programming methods or structures. | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6. <br><br> The "function" recited by this limitation is "transmitting the data packet to each of the default VLAN ports if the determining means determines that the destination port is not one of the default VLAN ports." <br><br> The "structure" recited by the specification for performing this function is a programmable logic chip within one or more switches or firmware stored within those switches, both of which are programmed by conventional methods. The use of the word "conventional" expressly limits the structures and programming methods to those in existence at the time of the filing, and no later-arising equivalents. |

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | ***each of the default VLAN ports*** | all of the default VLAN ports except the one from which the packet was received – the ports to which the packet would be flooded | All of the default VLAN ports, including the port on which the packet was received. |
| 1.f | the at least one switch port defining the second VLAN being free from transmission, from the default VLAN, of the data packet. | | | |
| 4 | A method of limiting broadcast messages from a ***port based default VLAN***, the default VLAN formed on one or more interconnected networking switches, each switch having one or more ***switch ports***, all of the switch ports collectively being a plurality of switch ports, the default VLAN being defined by one or more of the plurality of switch ports, the one or more of the plurality of switch ports being default VLAN ports, at least one of the plurality of switch ports defining a second VLAN, the method comprising the steps of: | ***port based default VLAN*** | *See* Claim 1. | *See* Claim 1. |
| | | ***switch port*** | *See* Claim 1. | *See* Claim 1. |

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 4.a | receiving a **data packet** through one of the default VLAN ports; | **data packet** | *See* Claim 1. | *See* Claim 1. |
| 4.b | ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports; | | | |
| 4.c | determining whether the destination port is one of the default VLAN ports; | | | |
| 4.d | transmitting the data packet to the destination port if the destination port is one of the default VLAN ports; | | | |
| 4.e | transmitting the data packet to **each of the default VLAN ports** if the destination port is not one of the default VLAN ports; and | **each of the default VLAN ports** | *See* Claim 1.e. | *See* Claim 1.e. |
| 4.f | preventing transmission, from the default VLAN, of the data packet to the at least one switch port defining the second VLAN. | | | |

- 7 -

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 5 | The method as defined by claim 4 further including the step of:<br><br>…<br><br>G. tagging the data packet. | | | |
| 6 | A **computer program product** for use with a switching device, the computer program product limiting broadcast messages from a **port based default VLAN**, the default VLAN formed on one or more interconnected networking switches, each switch having one or more **switch ports**, all of the switch ports collectively being a plurality of switch ports, the default VLAN being defined by one or more of the plurality of switch ports, the one or more of the plurality of switch ports being default VLAN ports, at least one of the plurality of switch ports defining a second VLAN, the computer program product comprising a computer usable | **computer program product** | A series of computer instructions fixed either on a tangible medium such as a computer readable media (e.g., diskette, CD-ROM, ROM, RAM or fixed disk) or transmittable to a computer system via a modem or other interface device, such as communications adapter connected to the network over a medium. The series of computer instructions must embody all or part of the functionality described in the asserted claim. | A series of computer instructions fixed either on a tangible medium such as a computer readable media (e.g., diskette, CD-ROM, ROM, RAM or fixed disk) or transmittable to a computer system via a modem or other interface device, such as communications adapter connected to the network over a medium. The series of computer instructions must embody all or part of the functionality described in the asserted claim. |
| | | **port based default VLAN** | *See* Claim 1. | *See* Claim 1. |
| | | **switch port** | *See* Claim 1. | *See* Claim 1. |

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | medium having computer readable program code thereon, including: | | | |
| 6.a | program code for receiving a *data packet* through one of the default VLAN ports; | *data packet* | *See* Claim 1.a. | *See* Claim 1.a. |
| 6.b | program code for ascertaining a destination port from the data packet, the destination port being one of the plurality of switch ports; | | | |
| 6.c | program code for determining whether the destination port is one of the default VLAN ports; | | | |
| 6.d | program code for transmitting the data packet to the destination port if the program code for determining determines that the destination port is one of the default VLAN ports; and | | | |
| 6.e | program code for transmitting the data packet to *each of the default VLAN ports* if the destination port is not one of | *each of the default VLAN ports* | *See* Claim 1.e. | *See* Claim 1.e. |

| Claim No. | U.S. Patent 6,128,665 | Proposed Claim Terms | Enterasys' Proposed Constructions | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
|  | the default VLAN ports, |  |  |  |
| 6.f | program code for preventing transmission, from the default VLAN, of the data packet to the at least one switch port defining the second VLAN. |  |  |  |
| 7 | The computer program product as defined by claim 6 further including program code for tagging the data packet. |  |  |  |

- 10 -

# **AMENDED**

# **EXHIBIT D**

August 14, 2007

AMENDED EXHIBIT D

## PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 6,147,995

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1 | A ***computer-readable storage medium*** comprising program instructions for restricting flooding of a data packet, of one of a broadcast, multicast and unknown destination type, in a switched data communications network, the network including a plurality of ***end systems*** and switches connected by links, the switches having ***access ports*** connected to end systems and ***network ports*** connected to other switches, the program instructions causing the network to: | ***computer-readable storage medium*** | Tangible medium that can be read by a computer (e.g., diskette, CD-ROM, RAM, ROM, or fixed disk). | Tangible medium that can be read by a computer (e.g., diskette, CD-ROM, RAM, ROM, or fixed disk). |
| | | ***end systems*** | electronic devices | electronic devices |
| | | ***access ports*** | An interface through which a switch and an end system communicate. | An interface connecting a switch to an end system, but not another switch. |
| | | ***network ports*** | An interface through which a switch communicates with another switch. | An interface connecting a switch to another switch, but not an end system. |
| 1.a | ***assign at least one identifier to a respective subset of end systems***; | ***assign at least one identifier to a respective subset of end systems*** | Assign one or more VLAN-IDs explicitly (e.g., MAC-based) to one or more end systems. | Assign one or more VLAN-IDs explicitly (e.g., MAC-based) to one or more end systems. |

August 14, 2007

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1.b | map the at least one assigned identifier to an access port attached to at least one end system in the respective subset of end systems; and c. when the data packet is received from a source end system at a receiving access port of a first switch: | | | |
| 1.c.i | determine one or more identifiers associated with the source end system; | | | |
| 1.c.ii | *encapsulate the data packet by adding a header with the one or more determined identifiers*; | *encapsulate the data packet by adding a header with the one or more determined identifiers* | adding in or to a data packet a VLAN header that contains at least one VLAN-ID | Generate a protocol B header with the one or more determined identifiers and place the protocol A user data packet, including the protocol A header, into the data area of the protocol B user data packet. |
| 1.c.iii | forward the encapsulated data packet to all or a subset of other switches in the network; and | | | |

**AMENDED EXHIBIT D**

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1.c.iv | determine if at least one access port other than the receiving access port on the first switch is associated with the one or more determined identifiers and forward the data packet out the at least one determined access port. | | | |
| 14 | The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to:<br><br>prior to assigning an identifier to a specific end system or access port, maintain a default identifier for that specific end system or access port which maps to predetermined access ports. | | | |
| 19 | The computer-readable storage medium as recited in claim 1, further comprising instructions to cause the network to: | | | |

- 3 -

**AMENDED EXHIBIT D**

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 19.a | maintain at least one mapping table at each switch for performing the mapping step. | | | |
| 25 | A **computer-readable storage medium** comprising program instructions for restricting flooding of a data packet, of one of a broadcast, multicast and unknown destination type, in a switch to be used in a switched data communications network, the network to include **end systems** and switches connected by links, the switches having **access ports** connected to end systems and **network ports** connected to other switches, the program instructions causing the switch to: | **computer-readable storage medium** | *See* Claim 1. | *See* Claim 1. |
| | | **end systems** | *See* Claim 1. | *See* Claim 1. |
| | | **access ports** | *See* Claim 1. | *See* Claim 1. |
| | | **network ports** | *See* Claim 1. | *See* Claim 1. |
| 25.a | **assign at least one identifier to a respective subset of end system**s; | **assign at least one identifier to a respective subset of end system** | *See* Claim 1, element a. | *See* Claim 1, element a. |

August 14, 2007

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 25.b | map the at least one assigned identifier to an access port attached to at least one end system in the respective subset of end systems; and | | | |
| 25.c | when the data packet is received from a source end system at a receiving access port of the switch: | | | |
| 25.c.i | determine one or more identifiers associated with the source end system; | | | |
| 25.c.ii | ***encapsulate the data packet by adding a header with the one or more determined identifiers***; | ***encapsulate the data packet by adding a header with the one or more determined identifiers*** | *See* Claim 1, element c.ii. | *See* Claim 1, element c.ii. |
| 25.c.iii | forward the encapsulated data packet to all or a subset of other switches in the network; and | | | |

**AMENDED EXHIBIT D**

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 25.c.iv | determine if at least one access port other than the receiving access port on the switch is associated with the one or more determined identifiers and forward the data packet out the at least one determined access port. | | | |
| 32 | The computer-readable storage medium as recited in claim 25, further comprising instructions to cause the switch to: | | | |
| 32.a | prior to assigning an identifier to a specific end system or access port, maintain a default identifier for that specific end system or access port which maps to predetermined access ports. | | | |
| 33 | The computer-readable storage medium as recited in claim 25, further comprising instructions to cause the switch to: | | | |

August 14, 2007

| Claim No. | U.S. Patent 6,147,995 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 33.a | maintain a Management Information Base (MIB) interface. | | | |

August 14, 2007

# AMENDED

# EXHIBIT E

August 14, 2007

**PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 6,539,022**

**Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.**
**(Civ. Act. No. 05-11298-DPW)**

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1 | A *network bridge* for reducing multicast communications in a *network*, the network bridge including at least two I/O interfaces to each receive and transmit *data packets* and also including *multicast forwarding data*, the device comprising: | *network bridge* | A device that includes layer 2 functionality and is capable of connecting two or more network segments, whether or not they have the same protocols, and allowing information to flow between them. | A network device, other than a router or a brouter, that implements the bridge forwarding algorithm. |
| | | *data packets* | An organized stream of bits, including a header section and a payload section. The header section includes a destination address for forwarding the packet to the intended recipient. | An organized stream of bits, including a header section and a payload section. The header section includes address information for forwarding the packet to the intended recipient. |
| | | *multicast forwarding data* | Data corresponding to multicast addresses used to facilitate the forwarding of packets to members of a multicast group. | Data correlating multicast numbers to each intended destination device address |

August 14, 2007

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 1.a. | *means for determining, by examining data in a first portion of a first packet received at the network bridge, whether the first packet is a multicast control packet destined for a device other than the network bridge;* | *means for determining, by examining data in a first portion of a first packet received at the network bridge, whether the first packet is a multicast control packet destined for a device other than the network bridge* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** determining, by examining data in a first portion of a first packet received at the network bridge, whether the first packet is a multicast control packet destined for a device other than the network bridge<br><br>**Corresponding Structure:** processor 120 programmed to determine, by examining data in the packet header, including address information, whether the first packet is a multicast control packet destined for a device other than the network bridge | This limitation is written in the means-plus-function format of 35 U.S.C. § 112 ¶ 6.<br><br>The recited "function" is determining, by examining data in a first portion of a first packet received at the network bridge, whether the first packet is a multicast control packet and is destined for a device other than the network bridge.<br><br>The "structure" recited in the specification for performing the claimed function is the bus 110, the memory 130, and the processor 120 executing the algorithm of Fig. 5. |
| | | *data in a first portion* | Data in the header section. | Data in the header section. |
| | | *multicast control packet* | A packet in which the data in the payload section comprises control information where said control information is related to | A type of control packet and not necessarily a packet sent by multicasting transmission (i.e., the packet is sent in a unicast or |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | facilitating the routing of multicast message packets. | multicast fashion); a packet that is one of a Host Membership Query packet, Host Membership Report packet, Join Host Group packet, or Leave Host Group packet. |
| | | ***destined for a device other than the network bridge*** | Having a destination address that (1) is not the same as the unique address of the network bridge, and (2) does not identify a multicast group of which the network bridge is a part. | Having a unique destination address of a device/location that is not the same as the unique address of the network bridge/network device/first location. |
| 1.b. | ***means for identifying a multicast group from the first packet when the first packet is a multicast control packet destined for a device other than the network bridge***; and | ***means for identifying a multicast group from the first packet when the first packet is a multicast control packet destined for a device other than the network bridge*** | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** identifying a multicast group from the first packet when the first packet is a multicast control packet destined for a device other than the network bridge<br><br>**Corresponding Structure:** processor 120 programmed to examine data in the packet header, including address information, to | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by the claim is "identifying a multicast group from the first packet when the first packet is a multicast control packet destined for a device other than the network bridge."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus |

- 3 -

AMENDED EXHIBIT E

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | identify the multicast group | 110, the memory 130, and the processor 120 executing the algorithm of Fig. 5. |
| | | *multicast group* | A collection of destination hosts for packets for a particular communication, wherein each multicast group is assigned a special multicast address which bears no relation to any single host of the multicast group. | A collection of destination hosts for packets for a particular communication, wherein each multicast group is assigned a special multicast address which bears no relation to any single host of the multicast group. |
| 1.c. | *means for updating the multicast forwarding data according to the identified multicast group and the data in the first portion of the first packet.* | *means for updating the multicast forwarding data according to the identified multicast group and the data in the first portion of the first packet* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:**  updating the multicast forwarding data according to the identified multicast group and the data in the first portion of the first packet<br><br>**Corresponding Structure:**  processor 120 programmed to construct forwarding table entries corresponding to multicast groups | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6.<br><br>The "function" recited by the claim is "updating the multicast forwarding data according to the identified multicast group and the data in the first portion of the first packet."<br><br>The "structure" recited in the specification for performing this function is the bus 110, the memory 130, the processor 120 executing the |

- 4 -

**AMENDED EXHIBIT E**

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | | algorithm of Fig. 5, and the multicast forwarding table 200. |
| 3 | The network bridge as recited in claim 1, further comprising: | | | |
| 3.a. | *means for identifying a source of the first data packet*, | *means for identifying a source of the first data packet* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** identifying a source of the first data packet<br><br>**Corresponding Structure:** processor 120 programmed to examine data in the packet header, including address information, to identify the source of the packet | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6.<br><br>The "function" recited by the claim is "identifying a source of the first data packet."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus 110, the memory 130, and the processor 120. |
| 3.b. | wherein the updating means include *means for cross-referencing the identified source to the identified multicast group in the multicast forwarding data.* | *means for cross-referencing the identified source to the identified multicast group in the multicast forwarding data.* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** cross-referencing the identified source to the identified | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6.<br><br>The "function" recited by this limitation is "cross-referencing the identified source to the identified |

- 5 -

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | multicast group in the multicast forwarding data **Corresponding Structure:** processor 120 programmed to write the multicast destination address for the multicast group in the multicast forwarding table and add the address of the host which transmitted a control packet to the multicast forwarding table entry corresponding to the appropriate multicast group | multicast group in the multicast forwarding data." The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus 110, the memory 130, the processor 120 executing the algorithm of Fig. 5, and the multicast forwarding table 200. |
| 5 | The network bridge as recited in claim 1, further comprising: | | | |
| 5.a. | ***means for determining, when the first packet is not a control packet, whether the first packet is a message packet having a multicast group as a destination address***; and | ***means for determining, when the first packet is not a control packet, whether the first packet is a message packet having a multicast group as a destination address*** | This term or element is governed by 35 U.S.C. § 112(6) **Recited Function:** determining, when the first packet is not a control packet, whether the first packet is a message packet having a multicast group as a destination address **Corresponding Structure:** | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6. The "function" recited by this limitation is "determining, when the first packet is not a control packet, whether the first packet is a message packet having a multicast group as a destination address." The "structure" for performing this |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | processor 120 programmed to examine a packet to determine if the packet is a multicast message packet | function is not sufficiently disclosed by the specification. However, partial structure related to the recited function may include the bus 110, the memory 130, and the processor 120 executing the algorithms of Figs. 5 and 6. |
| 5.b. | *means for identifying, when the first packet is determined to be a multicast message packet, the destination multicast group;* | *means for identifying, when the first packet is determined to be a multicast message packet, the destination multicast group* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** identifying, when the first packet is determined to be a multicast message packet, the destination multicast group<br><br>**Corresponding Structure:** processor 120 programmed to examine data in the packet header, including address information, to identify the destination multicast group | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, ¶ 6.<br><br>The "function" recited by the claim is "identifying the destination multicast group when the first packet is determined to be a multicast message packet."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus 110, the memory 130, and the processor 120 executing the algorithm of Fig. 6. |
| | | *multicast message packet* | A packet for delivering data to multiple destinations in which the | A packet for delivering data to |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | data in the payload section comprises user data to be communicated to a host on the system. | multiple destinations. |
| 5.c. | the destination multicast group identifying means further comprising: | | | |
| 5.c.i. | *means for retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one crossreferenced I/O interface; and* | *means for retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one crossreferenced I/O interface* | This term or element is governed by 35 U.S.C. § 112(6) **Recited Function:** retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one crossreferenced I/O interface **Corresponding Structure:** processor 120 programmed to use the multicast destination address as an index to retrieve a corresponding entry from the multicast forwarding table | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6. The "function" recited by this sub-means is "retrieving first data from the multicast forwarding data according to the identified destination multicast group, the retrieved first data including at least one cross-referenced I/O interface." The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus 110, the memory 130, the processor |

**AMENDED EXHIBIT E**

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | | | 120 executing the algorithm of Fig. 6, and the multicast forwarding table 200. |
| 5.c.ii. | *means for sending the multicast message packet out each at least one crossreferenced I/O interface in the first data other than the identified I/O interface*. | *means for sending the multicast message packet out each at least one crossreferenced I/O interface in the first data other than the identified I/O interface.* | This term or element is governed by 35 U.S.C. § 112(6)<br><br>**Recited Function:** sending the multicast message packet out each at least one crossreferenced I/O interface in the first data other than the identified I/O interface<br>**Corresponding Structure:** processor 120 programmed to retransmit the received multicast packet only from the I/O interfaces indicated in the I/O interface field except for the I/O interface from which the packet was received | This limitation is written in the means-plus-function format of 35 U.S.C. § 112, 6.<br><br>The "function" recited by this sub-means is " sending the multicast message packet out each at least one cross-referenced I/O interface in the first data other than the identified I/O interface."<br><br>The "structure" for performing this function is not sufficiently disclosed by the specification. However, partial structure for performing the recited function may include the bus 110, the memory 130, the processor 120 executing the algorithm of Fig. 6, and I/O interfaces 142-144. |
| 6 | A method of reducing multicast communications in a network, the network including a *network* | *network device* | Any device that can receive a network packet. | A network device, other than a router or a brouter, that implements the bridge forwarding algorithm. |

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | *device* having *multicast communications forwarding data* and at least two I/O interfaces to each receive and transmit data packets, the method comprising: | *multicast communications forwarding data* | *See* "multicast forwarding data" of Claim 1. | *See* "multicast forwarding data" of Claim 1. |
| 6.a. | determining an I/O interface on which a first packet arrived; | | | |
| 6.b. | determining, by examining data in a first portion of the first packet, whether the first packet is a *multicast control packet* addressed to a device other than the network device; | *multicast control packet* | *See* Claim 1. | *See* Claim 1. |
| 6.c. | when the first packet is determined to be a multicast control packet *addressed to a device other than the network device*: | *addressed to a device other than the network device* | Having a destination address that (1) is not the same as the unique address of the network device, and (2) does not identify a multicast group of which the network device is a part. | Having a unique destination address of a device/location that is not the same as the unique address of the network bridge/network device/first location. |

- 10 -

AMENDED EXHIBIT E

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| 6.c.i. | determining a **multicast group** from the first portion of the multicast control packet; and | *multicast group* | *See* Claim 1. | *See* Claim 1. |
| 6.c.ii. | updating the **multicast forwarding data** as a function of data in the first portion of the multicast control packet. | *multicast forwarding data* | *See* Claim 1. | Multicast communications forwarding data. |
| 12 | The method as recited in claim 6, wherein the **control packet** is defined according to an Internet Group Management Protocol (IGMP) standard. | *control packet* | *See* Claim 1. | *See* Claim 1. |
| 20 | A method of conserving bandwidth in a communications network by reducing transmission of unneeded multicast messages, the method comprising: | | | |
| 20.a. | monitoring, at a first location, **multicast control packets destined for a location other than the first location**; | *multicast control packets* | *See* Claim 1. | *See* Claim 1. |

- 11 -

| Claim No. | US Patent 6,539,022 | Proposed Claim Terms | Enterasys' Proposed Construction | Defendants' Joint Proposed Constructions |
|---|---|---|---|---|
| | | *destined for a location other than the first location* | Having a destination address that (1) is not the same as the unique address of the first location, and (2) does not identify a multicast group of which the first location is a part. | Having a unique destination address of a device/location that is not the same as the unique address of the network bridge/network device/first location. |
| 20.b. | from each monitored multicast control packet, identifying a *multicast group*, a source of the monitored multicast control packet and an interface on which the monitored multicast control packet arrived; | *multicast group* | *See* Claim 1. | *See* Claim 1. |
| 20.c. | maintaining an association of the identified multicast group with the identified interface; and | | | |
| 20.d. | for any multicast message received at the first location and destined for the identified multicast group, transmitting the received multicast message on *any interface associated with the multicast group* identified in the multicast message. | *any interface associated with the multicast group* | One or some of the interfaces associated with the multicast group. | All interfaces associated with the multicast group. |

- 12 -

# SECOND

# AMENDED

# EXHIBIT F

August 14, 2007

## PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 6,560,236

### Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc.
### (Civ. Act. No. 05-11298-DPW)

| Claim No. | US Patent No. 6,560,236 | Proposed Claim Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| 1 | A method of operating a *network bridge* having a first plurality of ports through which network communications pass to and from the bridge, the method comprising: | *network bridge* | A network switching device capable of Layer 2 switching – includes brouters. | A network device other than a router or a brouter, that implements the bridge forwarding algorithm. |
| 1.a | assigning a group identifier to each port of the first plurality of ports, wherein all ports with a same assigned group identifier are in a same group; | | | |
| 1.b | receiving a communication on a first port of the bridge; and | | | |
| 1.c | if the first port is one of the first plurality of ports and the communication is a multicast packet having a multicast destination address, sending the communication out of the bridge on all other ports of the | | | |

| Claim No. | US Patent No. 6,560,236 | Proposed Claim Term | Enterasys' Proposed Construction | Defendants' Joint Proposed Construction |
|---|---|---|---|---|
| | first plurality of ports having the same assigned group identifier as the first port. | | | |
| 2 | The method of claim 1, further comprising:  *identifying a source of the communication received on the first port of the bridge*. | *identifying a source of the communication received on the first port of the bridge* | Identifying the VLAN, broadcast domain, and/or address corresponding to a device that transmitted the communication received on the first port of the bridge. | Identifying the globally unique address corresponding to a device that transmitted the communication received on the first port of the bridge. |
| 6 | The method of claim 1, further comprising:  assigning a *protocol type* to each group identifier; wherein, for each port of first plurality of ports, the protocol type identifies a communication protocol used by a *station* connected to the port. | *protocol type* | a name, identifier or other designation that represents the communication protocol or protocols associated with the group | Defendants do not offer a construction for this phrase.  If required to do so, Defendants construe this phrase as follows:  A type of protocol.  A protocol is a formal set of conventions governing the format and relative timing of message exchange between two communications terminals. |
| | | *station* | electronic device | electronic device |
| 8 | The method of claim 1, wherein a port may have more than one group identifier assigned to it. | | | |