UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ENTERASYS NETWORKS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No: 05-CV-11298 (DPW) |
| FOUNDRY NETWORKS, INC. AND EXTREME NETWORKS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF FILING WITH CLERK'S OFFICE OF PROSECUTION HISTORIES FOR EACH OF THE PATENTS-IN-SUIT

Plaintiff Enterasys Networks, Inc. ("Enterasys") hereby provides notice to the Court and to all parties that, owing to their voluminous nature and unsuitability for electronic filing, Enterasys is filing today with the Clerk's Office velo-bound hard paper copies of the following materials relating to each of the six patents-in-suit:

(i) Prosecution History for U.S. Patent No. 5,251,205
(Volumes 1 and 2) (ETS00412098-581; ETS00412582-3031);

(ii) Prosecution History for U.S. Patent No. 5,390,173
(Volume 1) (ETS00413032-541);

(iii) Prosecution History for U.S. Patent No. 6,128,665
(Volume 1) (ETS00413542-994);

(iv) Prosecution History for U.S. Patent No. 6,147,995
(Volumes 1 and 2) (ETS00413995-4437; ETS00414438-870);

(v) Prosecution History for U.S. Patent No. 6,539,022
(Volume 1) (ETS00414871-5316); and

(vi)  Prosecution History for U.S. Patent No. 6,560,236
(Volumes 1 and 2) (ETS00415317-681; ETS00415682-6026).

In addition, Enterasys is simultaneously filing today an additional courtesy copy for the Court of all of the above-listed materials on a CD.

Enterasys will serve each Defendant with both velo-bound hard paper copies, and a CD, of all of the above-listed materials.

Dated: August 17, 2007

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

/s/Marc N. Henschke
Christopher P. Sullivan, Esq. (BBO No.485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
Rebecca A. MacDowell, Esq. (BBO No. 666860)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
Nicole N. Morris, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326-1386
Tel. (404) 760-4300

## CERTIFICATE OF SERVICE

I, Marc N. Henschke, hereby certify that on August 17, 2007, I caused the attached *Notice of Filing with Clerk's Office* to be served to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107


Dated:  August 17, 2007            /s/Marc N. Henschke
                                   MARC N. HENSCHKE