IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC, <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC., <br><br> Defendants. | Civil Action No. 05-CV-11298 (DPW) |

**FOUNDRY'S OPPOSITION TO ENTERASYS' MOTION
FOR PROTECTIVE ORDER AND NOTICE THAT MOTION IS MOOT**

Defendant Foundry Networks, Inc. ("Foundry") hereby notifies the Court[1] that Plaintiff Enterasys Networks, Inc.'s ("Enterasys") motion for protective order (Docket No. 124) is now moot because 1) the deposition of third-party witness Floyd Ross has been postponed and 2) the deposition of third-party witness Peter Newman proceeded on August 21 and was attended by one of Enterasys' counsel, Alan McKenna, who cross-examined the witness on the substance of his testimony.[2]

Accordingly, Enterasys' motion should be denied as moot.

---

[1] Since Enterasys' motion is now moot, Foundry will not waste the Court's time in responding to the misstatements and mischaracterizations in Enterasys' motion for protective order. To be clear, though, Foundry disagrees with Enterasys' misstatements and mischaracterizations.

[2] Of course, if Enterasys seeks to depose Dr. Newman a second time, it must first seek leave of Court pursuant to Fed. R. Civ. P. 30(a)(2). Foundry reserves its right to oppose any such request at that time.

Dated: August 24, 2007                                Respectfully submitted,

                                                                             */s/ Steven M. Bauer*
Steven M. Bauer (BBO# 542531)
Jeremy P. Oczek (BBO# 647509)
John W. Pint (BBO# 660548)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

William Anthony, Jr.*
I. Neel Chatterjee*
Fabio E. Marino*
Matthew H. Poppe*
Michael F. Heafey (BBO# 556931)
Sanjeet K. Dutta*
Brian H. VanderZanden*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

* Admitted *Pro Hac Vice*

ATTORNEYS FOR DEFENDANT
FOUNDRY NETWORKS, INC.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this document was filed through the ECF system on August 24, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                             */s/ Steven M. Bauer*
                                                                             Steven M. Bauer