UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENTERASYS NETWORKS, INC.,

           Plaintiff,

v.

FOUNDRY NETWORKS, INC. and
FOUNDRY NETWORKS, INC.

           Defendants.

Civil Action No.  05-11298 (DPW)

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## ROBERT A. AUCHTER, ESQ. FOR PLAINTIFF ENTERASYS NETWORKS, INC.

Please take note that Robert A. Auchter, Esq. hereby withdraws as a counsel of record for

Plaintiff Enterasys Networks, Inc. in the above-captioned action.

Dated:  August 28, 2007

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,


 /s/ Marc N. Henschke
Christopher P. Sullivan, Esq. (BBO No.485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA  02199
Tel. (617) 267-2300

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
Atlanta, GA  30326-1386
Tel. (404) 760-4300

<u>**CERTIFICATE OF SERVICE**</u>

       I, Marc N. Henschke, hereby certify that on August 28, 2007, I caused a true and correct copy of the attached *Notice Of Withdrawal Of Appearance Of Robert A. Auchter, Esq. for Plaintiff Enterasys Networks, Inc.* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

<u>**Counsel for Defendant Extreme Networks, Inc.:**</u>

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600

<u>**Counsel for Defendant Extreme Networks, Inc.:**</u>

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775

Christopher D. Bright, Esq.
MCDERMOTT, WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA 92612-7107

Dated: August 28, 2007        /s/ Marc N. Henschke
                                   Marc N. Henschke