UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., ) | Civil Action No: 05-CV-11298 (DPW) |
| Plaintiff, ) |  |
| v. ) |  |
| FOUNDRY NETWORKS, INC. AND ) EXTREME NETWORKS, INC., ) |  |
| Defendants. ) |  |

### JOINT QUARTERLY STATUS REPORT FOR Q3 2007 REGARDING RELATED PROCEEDINGS

Pursuant to this Court's Minute Order dated August 28, 2007, Plaintiff Enterasys Networks, Inc. ("Enterasys"), Defendant Foundry Networks, Inc. ("Foundry"), and Defendant Extreme Networks, Inc. ("Extreme") hereby jointly report on the current status of related proceedings that touch upon the patent disputes being litigated in the present action.

### I.   Re-Examination Proceedings Before The PTO

Between March and May of 2007, Foundry filed *ex parte* petitions with the United States Patent and Trademark Office (the "PTO") requesting re-examinations as to the patentability of asserted claims for five of the six patents-in-suit: *viz.*, **(i)** U.S. Patent No. 5,251,205; **(ii)** U.S. Patent No. 5,390,173; **(iii)** U.S. Patent No. 6,147,995; **(iv)** U.S. Patent No. 6,539,022; **(v)** U.S. Patent No. 6,560,236.[1] Subsequently, the PTO granted each of Foundry's requests for re-examination.

---

[1] No re-examination petition has been filed with respect to the sixth patent-in-suit; U.S. Patent No. 6,128,665.

At present, Enterasys has yet to receive a first office action in any of the re-examination proceedings identified above. A search conducted today of the PTO's Public Patent Application Information Retrieval System ("Public PAIR") confirms that to date no first office actions have issued.

## II.   Patent Litigation In The Western District Of Wisconsin

On April 20, 2007, Extreme filed a patent infringement action against Enterasys in the Western District of Wisconsin alleging infringement of three Extreme patents. Enterasys subsequently counterclaimed against Extreme alleging infringement of three Enterasys patents. None of the patents being asserted in Wisconsin are the same as those being litigated in the case at bar.

Extreme and Enterasys filed opening claim constructions briefs in Wisconsin on August 17, 2007. Reply claim construction briefs for both parties are due to be filed today, and a *Markman* claim construction hearing is scheduled for October 12, 2007.

Looking further out, the discovery cut-off in Wisconsin is scheduled for April 18, 2008, and trial is set to commence on May 19, 2008.

## III.   Other Proceedings Between Or Among The Parties

Aside from the present action and the proceedings identified above, there presently exist no other proceedings between or among the parties that touch upon the patent disputes at issue in this case.

Dated: October 1, 2007	Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

/s/ Marc N. Henschke
Christopher P. Sullivan, Esq. (BBO No.485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
Nicole N. Morris, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326-1386
Tel. (404) 760-4300

| | |
|---|---|
| FOUNDRY NETWORKS, INC. | EXTREME NETWORKS, INC. |
| By its attorneys, | By its attorneys, |
| /s/ Steven M. Bauer | /s/ Steven L. Walker |

FOUNDRY NETWORKS, INC.

By its attorneys,

/s/ Steven M. Bauer
Steven M. Bauer, Esq. (BBO No. 542531)
Jeremy P. Oczek, Esq. (BBO No. 647509)
John W. Pint, Esq. (BBO No. 660548)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel. (617) 526-9600

William L. Anthony Jr., Esq. (*pro hac vice*)
Fabio E. Marino (*pro hac vice*)
I. Neel Chatterjee, Esq. (*pro hac vice*)
Matthew H. Poppe, Esq. (*pro hac vice*)
Michael F. Heafey, Esq. (BBO No. 556931)
Sanjeet K. Dutta, Esq. (*pro hac vice*)
Brian H. VanderZanden, Esq. (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel. (650) 614-7400

EXTREME NETWORKS, INC.

By its attorneys,

/s/ Steven L. Walker
Peter L. Resnik, Esq. (BBO # 417180)
Emily E. Smith-Lee, Esq. (BBO # 634223)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Tel. (617) 535-4000

Terrence P. McMahon, Esq. (*pro hac vice*)
Vera M. Elson, Esq. (*pro hac vice*)
David L. Larson, Esq. (*pro hac vice*)
Steven L. Walker, Esq. (*pro hac vice*)
Firasat M. Ali, Esq. (*pro hac vice*)
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel. (650) 813-5000

35041473

**CERTIFICATE OF SERVICE**

      I, Marc N. Henschke, hereby certify that on October 2, 2007, I caused the attached ***Joint Quarterly Status Report For Q3 2007 Regarding Related Proceedings*** to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

Counsel for Defendant Extreme Networks, Inc.:

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

Counsel for Defendant Extreme Networks, Inc.:

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  October 2, 2007                                    /s/ Marc N. Henschke