UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., | ) |
|  | ) Civil Action No: 05-CV-11298 (DPW) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| FOUNDRY NETWORKS, INC. AND | ) |
| EXTREME NETWORKS, INC., | ) |
|  | ) |
| Defendants. | ) |

**JOINT QUARTERLY STATUS REPORT FOR Q4 2007 REGARDING RELATED PROCEEDINGS**

Pursuant to this Court's Minute Order dated August 28, 2007, Plaintiff Enterasys Networks, Inc. ("Enterasys"), Defendant Foundry Networks, Inc. ("Foundry"), and Defendant Extreme Networks, Inc. ("Extreme") hereby jointly report on the current status of related proceedings that touch upon the patent disputes being litigated in the present action.

**I.   Re-Examination Proceedings Before The PTO**

Between March and May of 2007, Foundry filed *ex parte* petitions with the United States Patent and Trademark Office (the "PTO") requesting re-examinations as to the patentability of asserted claims for five of the six patents-in-suit: *viz.*, **(i)** U.S. Patent No. 5,251,205; **(ii)** U.S. Patent No. 5,390,173; **(iii)** U.S. Patent No. 6,147,995; **(iv)** U.S. Patent No. 6,539,022; **(v)** U.S. Patent No. 6,560,236.[1] Subsequently, the PTO granted each of Foundry's requests for re-examination.

---

[1] No re-examination petition has been filed with respect to the sixth patent-in-suit; U.S. Patent No. 6,128,665.

At present, Enterasys is unaware of any first office action having issued in any of the re-examination proceedings identified above. A search conducted of the PTO's Public Patent Application Information Retrieval System ("Public PAIR") confirms that to date no first office actions have issued.

## II.     Patent Litigation In The Western District Of Wisconsin

On April 20, 2007, Extreme filed a patent infringement action against Enterasys in the Western District of Wisconsin alleging infringement of three Extreme patents. Enterasys subsequently counterclaimed against Extreme alleging infringement of three Enterasys patents. None of the patents being asserted in Wisconsin are the same as those being litigated in the case at bar.

A *Markman* claim construction hearing on all asserted patent claims was held on October 12, 2007. The Court issued its claim construction ruling on November 21, 2007.

Looking further out, the discovery cut-off in Wisconsin is scheduled for April 18, 2008, and trial is set to commence on May 19, 2008.

## III.    Other Proceedings Between Or Among The Parties

Aside from the present action and the proceedings identified above, there presently exist no other proceedings between or among the parties that touch upon the patent disputes at issue in this case.

Dated: January 2, 2008                Respectfully submitted,

                                      ENTERASYS NETWORKS, INC.

                                      By its attorneys,


                                      /s/ Marc N. Henschke
                                      Christopher P. Sullivan, Esq. (BBO No.485120)
                                      Marc N. Henschke, Esq. (BBO No. 636146)
                                      Alan E. McKenna, Esq. (BBO No. 644556)
                                      William J. Rocha, Esq. (BBO No. 657924)
                                      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                      800 Boylston Street, 25th Floor
                                      Boston, MA 02199
                                      Tel. (617) 267-2300

                                      A. James Anderson, Esq. (*pro hac vice*)
                                      Marla R. Butler, Esq. (*pro hac vice*)
                                      Anna R. Carr, Esq. (*pro hac vice*)
                                      Nicole N. Morris, Esq. (*pro hac vice*)
                                      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                      2600 One Atlanta Plaza
                                      950 East Paces Ferry Road, N.E.
                                      Atlanta, GA  30326-1386
                                      Tel. (404) 760-4300

| FOUNDRY NETWORKS, INC. | EXTREME NETWORKS, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Steven M. Bauer | /s/ Steven L. Walker |
| Steven M. Bauer, Esq. (BBO No. 542531)<br>Jeremy P. Oczek, Esq. (BBO No. 647509)<br>John W. Pint, Esq. (BBO No. 660548)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA 02110-2600<br>Tel. (617) 526-9600 | Peter L. Resnik, Esq. (BBO # 417180)<br>Emily E. Smith-Lee, Esq. (BBO # 634223)<br>MCDERMOTT, WILL & EMERY LLP<br>28 State Street<br>Boston, MA 02109-1775<br>Tel. (617) 535-4000 |
| William L. Anthony Jr., Esq. (*pro hac vice*)<br>Fabio E. Marino, Esq. (*pro hac vice*)<br>I. Neel Chatterjee, Esq. (*pro hac vice*)<br>Matthew H. Poppe, Esq. (*pro hac vice*)<br>Michael F. Heafey, Esq. (BBO No. 556931)<br>Sanjeet K. Dutta, Esq. (*pro hac vice*)<br>Brian H. VanderZanden, Esq. (*pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Tel. (650) 614-7400 | Terrence P. McMahon, Esq. (*pro hac vice*)<br>Vera M. Elson, Esq. (*pro hac vice*)<br>David L. Larson, Esq. (*pro hac vice*)<br>Steven L. Walker, Esq. (*pro hac vice*)<br>Firasat M. Ali, Esq. (*pro hac vice*)<br>MCDERMOTT, WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Tel. (650) 813-5000 |

35043153

4

**CERTIFICATE OF SERVICE**

      I, Marc N. Henschke, hereby certify that on January 2, 2008, I caused the attached ***Joint Quarterly Status Report For Q4 2007 Regarding Related Proceedings*** to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

Counsel for Defendant Extreme Networks, Inc.:

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

Counsel for Defendant Extreme Networks, Inc.:

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  January 2, 2008                          /s/ Marc N. Henschke
                                                         Marc N. Henschke