UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOUNDRY NETWORKS, INC. AND EXTREME NETWORKS, INC.,<br><br>Defendants. | )<br>)  Civil Action No: 05-CV-11298 (DPW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT QUARTERLY STATUS REPORT FOR Q1 2008 REGARDING RELATED PROCEEDINGS**

Pursuant to this Court's Minute Order dated August 28, 2007, Plaintiff Enterasys Networks, Inc. ("Enterasys"), Defendant Foundry Networks, Inc. ("Foundry"), and Defendant Extreme Networks, Inc. ("Extreme") hereby jointly report on the current status of related proceedings that touch upon the patent disputes being litigated in the present action.

**I.    Re-Examination Proceedings Before The PTO**

Between March and May of 2007, Foundry filed *ex parte* petitions with the United States Patent and Trademark Office (the "PTO") requesting re-examinations as to the patentability of asserted claims for five of the six patents-in-suit: *viz.*, **(i)** U.S. Patent No. 5,251,205; **(ii)** U.S. Patent No. 5,390,173; **(iii)** U.S. Patent No. 6,147,995; **(iv)** U.S. Patent No. 6,539,022 (the "'022 patent"); **(v)** U.S. Patent No. 6,560,236.[1] Subsequently, the PTO granted each of Foundry's requests for re-examination.

---

[1] No re-examination petition has been filed with respect to the sixth patent-in-suit; U.S. Patent No. 6,128,665.

On March 24, 2008, the PTO issued a non-final first office action in the re-examination proceedings relating to the '022 patent to which Enterasys now has two months to respond absent any extension of time.

At present, Enterasys is unaware of any additional office actions having been issued in any of the other re-examination proceedings identified above. A search conducted of the PTO's Public Patent Application Information Retrieval System ("Public PAIR") confirms that to date no other first office actions appear to have been issued.

## II.     Patent Litigation In The Western District Of Wisconsin

On April 20, 2007, Extreme filed a patent infringement action against Enterasys in the Western District of Wisconsin alleging infringement of three Extreme patents. Enterasys subsequently counterclaimed against Extreme alleging infringement of three Enterasys patents. None of the patents being asserted in Wisconsin are the same as those being litigated in the case at bar.

A *Markman* claim construction hearing on all asserted patent claims was held on October 12, 2007. The Court issued its claim construction ruling on November 21, 2007. In addition, on February 4, 2008, the parties filed various summary judgment motions relating to infringement, invalidity, and patent marking issues which presently remain pending.

Looking further out, the discovery cut-off in Wisconsin is scheduled for April 18, 2008, and trial is set to commence on May 19, 2008.

**III.    Other Proceedings Between Or Among The Parties**

Aside from the present action and the proceedings identified above, there presently exist no other proceedings between or among the parties that touch upon the patent disputes at issue in this case.

Dated: April 1, 2008                    Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

/s/ Marc N. Henschke
Christopher P. Sullivan, Esq. (BBO No.485120)
Marc N. Henschke, Esq. (BBO No. 636146)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
Nicole N. Morris, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326-1386
Tel. (404) 760-4300

| FOUNDRY NETWORKS, INC. | EXTREME NETWORKS, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Jeremy P. Oczek | /s/ Steven L. Walker |
| Steven M. Bauer, Esq. (BBO No. 542531) | Peter L. Resnik, Esq. (BBO # 417180) |
| Jeremy P. Oczek, Esq. (BBO No. 647509) | Emily E. Smith-Lee, Esq. (BBO # 634223) |
| John W. Pint, Esq. (BBO No. 660548) | MCDERMOTT, WILL & EMERY LLP |
| PROSKAUER ROSE LLP | 28 State Street |
| One International Place, 22nd Floor | Boston, MA 02109-1775 |
| Boston, MA 02110-2600 | Tel. (617) 535-4000 |
| Tel. (617) 526-9600 | |
| | Terrence P. McMahon, Esq. (*pro hac vice*) |
| William L. Anthony Jr., Esq. (*pro hac vice*) | Vera M. Elson, Esq. (*pro hac vice*) |
| Fabio E. Marino, Esq. (*pro hac vice*) | David L. Larson, Esq. (*pro hac vice*) |
| I. Neel Chatterjee, Esq. (*pro hac vice*) | Steven L. Walker, Esq. (*pro hac vice*) |
| Matthew H. Poppe, Esq. (*pro hac vice*) | Firasat M. Ali, Esq. (*pro hac vice*) |
| Michael F. Heafey, Esq. (BBO No. 556931) | MCDERMOTT, WILL & EMERY LLP |
| Sanjeet K. Dutta, Esq. (*pro hac vice*) | 3150 Porter Drive |
| Brian H. VanderZanden, Esq. (*pro hac vice*) | Palo Alto, CA 94304-1212 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Tel. (650) 813-5000 |
| 1000 Marsh Road | |
| Menlo Park, CA 94025 | |
| Tel. (650) 614-7400 | |

35201290

## CERTIFICATE OF SERVICE

  I, Marc N. Henschke, hereby certify that on April 1, 2008, I caused the attached ***Joint Quarterly Status Report For Q1 2008 Regarding Related Proceedings*** to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

Counsel for Defendant Extreme Networks, Inc.:

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

Counsel for Defendant Extreme Networks, Inc.:

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  April 1, 2008          /s/ Marc N. Henschke    
                    Marc N. Henschke