UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENTERASYS NETWORKS, INC.,

        Plaintiff,

v.

FOUNDRY NETWORKS, INC. and
EXTREME NETWORKS, INC.

        Defendants.

Civil Action No. 05-11298 (DPW)

### NOTICE OF APPEARANCE

Please enter the appearance of Stephen L. Coco, Esq. as additional counsel of record on behalf of Plaintiff Enterasys Networks, Inc. in the above-captioned action.

Dated: July 1, 2008

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

_____
Christopher P. Sullivan, Esq. (BBO No.485120)
Stephen L. Coco, Esq. (BBO No. 561169)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
Atlanta, GA 30326-1386
Tel. (404) 760-4300

35208554.1

## CERTIFICATE OF SERVICE

I, Alan E. McKenna, hereby certify that on July 1, 2008, I caused a true and correct copy of the attached *Notice Of Appearance* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
MCDERMOTT, WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated: July 1, 2008                     /s/ Alan E. McKenna
                                        Alan E. McKenna

35208554.1