UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENTERASYS NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDRY NETWORKS, INC. and EXTREME NETWORKS, INC. <br><br> Defendants. | Civil Action No. 05-11298 (DPW) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## NICOLE MORRIS, ESQ. FOR PLAINTIFF ENTERASYS NETWORKS, INC.

Please take note that Nicole Morris, Esq. hereby withdraws as a counsel of record for Plaintiff Enterasys Networks, Inc. in the above-captioned action.

Dated: July 1, 2008

Respectfully submitted,

ENTERASYS NETWORKS, INC.

By its attorneys,

  /s/ Alan E. McKenna
Christopher P. Sullivan, Esq. (BBO No.485120)
Alan E. McKenna, Esq. (BBO No. 644556)
William J. Rocha, Esq. (BBO No. 657924)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA  02199
Tel. (617) 267-2300

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
Atlanta, GA  30326-1386
Tel. (404) 760-4300

35208556.1

## CERTIFICATE OF SERVICE

      I, Alan E. McKenna, hereby certify that on July 1, 2008, I caused a true and correct copy of the attached *Notice Of Withdrawal Of Appearance Of Nicole Morris, Esq. for Plaintiff Enterasys Networks, Inc.* to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

**Counsel for Defendant Extreme Networks, Inc.:**

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600

**Counsel for Defendant Extreme Networks, Inc.:**

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
MCDERMOTT, WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
MCDERMOTT, WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  July 1, 2008        /s/ Alan E. McKenna
                                      Alan E. McKenna

35208556.1