**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| ENTERASYS NETWORKS, INC., | ) Civil Action No: 05-CV-11298 (DPW) |
| Plaintiff, | ) |
| v. | ) |
| FOUNDRY NETWORKS, INC. AND EXTREME NETWORKS, INC., | ) |
| Defendants. | ) |

**JOINT QUARTERLY STATUS REPORT FOR Q2 2008**

**REGARDING RELATED PROCEEDINGS**

Pursuant to this Court's Minute Order dated August 28, 2007, Plaintiff Enterasys Networks, Inc. ("Enterasys"), Defendant Foundry Networks, Inc. ("Foundry"), and Defendant Extreme Networks, Inc. ("Extreme") hereby jointly report on the current status of related proceedings that touch upon the patent disputes being litigated in the present action.

**I.   Re-Examination Proceedings Before The PTO**

Between March and May of 2007, Foundry filed *ex parte* petitions with the United States Patent and Trademark Office (the "PTO") requesting re-examinations as to the patentability of asserted claims for five of the six patents-in-suit: *viz.*, **(i)** U.S. Patent No. 5,251,205; **(ii)** U.S. Patent No. 5,390,173; **(iii)** U.S. Patent No. 6,147,995; **(iv)** U.S. Patent No. 6,539,022 (the "'022 patent"); **(v)** U.S. Patent No. 6,560,236.[1] Subsequently, the PTO granted each of Foundry's requests for re-examination.

---

[1] No re-examination petition has been filed with respect to the sixth patent-in-suit; U.S. Patent No. 6,128,665.

On March 24, 2008, the PTO issued a non-final first office action in the re-examination proceedings relating to the '022 patent. Enterasys has filed a response to that office action, and anticipates further action from the PTO in approximately one month's time. On June 24, 2008, the PTO issued a non-final first office action in the re-examination proceedings relating to the '995 patent to which Enterasys now has two months to respond, absent an extension of time.

At present, Enterasys is unaware of any additional office actions having been issued in any of the other re-examination proceedings identified above, but it expects to receive a first office action for the '205 patent by the end of August, 2008. A search conducted of the PTO's Public Patent Application Information Retrieval System ("Public PAIR") confirms that to date no other first office actions appear to have been issued.

## II.     Patent Litigation In The Western District Of Wisconsin

On May 5, 2008, the Court issued its decision with respect to summary judgment motions filed by the parties. With respect to the claims brought by Extreme Networks, the Court denied summary judgment, except with respect to Enterasys' marking defense, ruling that Extreme Networks was precluded from obtaining damages prior to the date on which suit was filed. With respect to the counterclaims brought by Enterasys, the Court granted Extreme Networks summary judgment, ruling that its products did not infringe either of the Enterasys patents remaining in the case. (Prior to the summary judgment ruling, the Court, on motion, dismissed the asserted claims of a third Enterasys patent with prejudice.) As a consequence, the Court also dismissed without prejudice Extreme Networks' declaratory judgment claims for invalidity of the Enterasys patents.

A six-day trial was conducted beginning on May 21, 2008. The jury rendered its verdict on May 30, 2008. The jury found that Enterasys' Matrix X routers infringed claims 21 and 29 of

the '700 patent, claim 15 of the '248 patent and claim 5 of the '438 patent, and that Enterasys' X-Pedition 8000 and X-Pedition 8600 routers infringed claim 15 of the '248 patent and claim 5 of the '438 patent. The jury awarded damages of roughly $201,000.

During the course of the trial, the Court also issued a number of rulings. The Court granted Enterasys' Rule 50 motion and dismissed Extreme Networks' claim of willful infringement. The Court granted Extreme Networks' Rule 50 motion and dismissed Enterasys' claims that the Extreme Networks' patents were invalid. Extreme Networks dismissed with prejudice its infringement claims under claim 1 of the '248 patent and claim 1 of the '438 patent, as well as its claims for contributory infringement and inducement of infringement.

The parties are currently briefing post-trial motions. Briefing on Extreme Networks' motion for a permanent injunction was completed on June 13, 2008. Enterasys' motion for judgment as a matter of law and Extreme Networks' motion for attorneys' fees were filed on June 13, 2008; oppositions are due July 3, 2008 and replies are due July 11, 2008.

**III.   Other Proceedings Between Or Among The Parties**

Aside from the present action and the proceedings identified above, there presently exist no other proceedings between or among the parties that touch upon the patent disputes at issue in this case.

                              Respectfully submitted,

                              ENTERASYS NETWORKS, INC.

                              By its attorneys,

                              /s/ Alan E. McKenna
                              Christopher P. Sullivan, Esq. (BBO No. 485120)
                              Stephen L. Coco, Esq. (BBO No. 561169)
                              Alan E. McKenna, Esq. (BBO No. 644556)
                              William J. Rocha, Esq. (BBO No. 657924)
                              Rebecca A. MacDowell, Esq. (BBO No. 666860)
                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                              800 Boylston Street, 25th Floor

Boston, MA 02199
Tel. (617) 267-2300

A. James Anderson, Esq. (*pro hac vice*)
Marla R. Butler, Esq. (*pro hac vice*)
Anna R. Carr, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326-1386
Tel. (404) 760-4300

Dated: July 1, 2008

| FOUNDRY NETWORKS, INC. | EXTREME NETWORKS, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Steven M. Bauer | /s/ David L. Larson |
| Steven M. Bauer, Esq. (BBO No. 542531) | Peter L. Resnik, Esq. (BBO # 417180) |
| Jeremy P. Oczek, Esq. (BBO No. 647509) | Emily E. Smith-Lee, Esq. (BBO # 634223) |
| John W. Pint, Esq. (BBO No. 660548) | MCDERMOTT, WILL & EMERY LLP |
| PROSKAUER ROSE LLP | 28 State Street |
| One International Place, 22nd Floor | Boston, MA 02109-1775 |
| Boston, MA 02110-2600 | Tel. (617) 535-4000 |
| Tel. (617) 526-9600 | |
| | Terrence P. McMahon, Esq. (*pro hac vice*) |
| William L. Anthony Jr., Esq. (*pro hac vice*) | Vera M. Elson, Esq. (*pro hac vice*) |
| Fabio E. Marino, Esq. (*pro hac vice*) | David L. Larson, Esq. (*pro hac vice*) |
| I. Neel Chatterjee, Esq. (*pro hac vice*) | Steven L. Walker, Esq. (*pro hac vice*) |
| Matthew H. Poppe, Esq. (*pro hac vice*) | MCDERMOTT, WILL & EMERY LLP |
| Michael F. Heafey, Esq. (BBO No. 556931) | 3150 Porter Drive |
| Sanjeet K. Dutta, Esq. (*pro hac vice*) | Palo Alto, CA 94304-1212 |
| Brian H. VanderZanden, Esq. (*pro hac vice*) | Tel. (650) 813-5000 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| 1000 Marsh Road | |
| Menlo Park, CA 94025 | |
| Tel. (650) 614-7400 | |

**CERTIFICATE OF SERVICE**

      I, Alan E. McKenna, hereby certify that on July 1, 2008, I caused the attached ***Joint Quarterly Status Report For Q2 2008 Regarding Related Proceedings*** to be served electronically pursuant to the Court's CM/ECF electronic filing system upon Defendants' respective counsel of record as indicated by asterisks below:

Counsel for Defendant Extreme Networks, Inc.:

William L. Anthony, Jr., Esq.*
I. Neel Chatterjee, Esq.*
Sanjeet K. Dutta, Esq.*
Matthew H. Poppe, Esq.*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025

Steven M. Bauer, Esq.*
Jeremy P. Oczek, Esq.*
John W. Pint, Esq.*
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600

Counsel for Defendant Extreme Networks, Inc.:

Terrence P. McMahon, Esq.*
Vera M. Elson, Esq.*
McDermott, Will & Emery LLP
3150 Porter Drive
Palo Alto, CA  94303-1212

Emily E. Smith-Lee, Esq.*
Peter L. Resnik, Esq.*
McDermott, Will & Emery LLP
28 State Street
Boston, MA  02109-1775

Christopher D. Bright, Esq.
McDermott, Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, CA  92612-7107

Dated:  July 1, 2008                                         /s/ Alan E. McKenna
                                                                                        Alan E. McKenna

35208376.2